1  Teresa Demchak, CA Bar No. 123989
   Laura L. Ho, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
        BORGEN & DARDARIAN
3  300 Lakeside Drive., Suite 1000
   Oakland, CA 94612
4  (510) 763-9800 (telephone)
   (510) 835-1417 (telefax)
5
   Joseph M. Sellers
6  Charles E. Tompkins
   Llezlie L. Green
7  COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
   1100 New York Avenue, N.W.
8  Suite 500, West Tower
   Washington, DC 20005
9  (202) 408-4600 (telephone)
   (202) 408-4699 (telefax)
10
   Steven M. Pavsner
11 Jay P. Holland
   JOSEPH,GREENWALKD & LAAKE, P.A.
12 6404 Ivy Lane, Suite 400
   Greenbelt, MD 20770
13 (301) 220-2200 (telephone)
   (202) 220-1214 (telefax)
14
   Attorneys for Plaintiffs
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19 KENNITH CAMPBELL, RAYMOND ALVARADO,
   RUSSELL AUSTIN, DAVID BARRIOS, LEROY BOESE,
20 GEORGE BOHANNON, EDWIN BONDOC, GERVER
   CALDERON, ERNESTO CISNEROS, MITCHELL COBB,
21 DANIEL COHICK, JOSE COLOCHO, TERRY CROW,
   BRIAN DEAN, CECIL ELKINS, RAMON ESTRADA,
22 DAVID GEETING, GREGORY GOODWIN, EARNEST       Case No. C07 3640 MEJ
   HARRELL, BILL HERNANDEZ, JOSE HERNANDEZ,
23 JOSEPH HUTTON, SR., ISAIAS LOPEZ, LUIS LOPEZ,  **PROOF OF SERVICE**
   JOHN MARTIN, MATTHEW MARTIN, LAURIN MCPHEE
24 JR., ASON MINGUS, RANFERI MIRANDA TERAN,
   PATRICK MOXLEY, TONY ORNELAS, MIKE PEACHEE,
25 RICARDO PEREZ, AMADOR PEREZ, ALFREDO PINEDA,
   KEVIN PRICE, ALBERTO REYES, MICHAEL SCHILLING,
26 MARCO SOLORZANO, JASON TAYLOR, KENNETH
   TERRY, ARMANDO TORREZ, THOMAS VISAGE,
27 ROBERT WHITE, MICHAEL WOODS, DAMIAN
   ZENTNER, LUIS ZERMENO,
28

1              Plaintiffs,

2   v.

3   APARTMENT INVESTMENT AND MANAGEMENT
    COMPANY, AIMCO PROPERTIES, L.P. and NHP
4   MANAGEMENT, INC.,

5              Defendants.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Teresa Demchak, 123989<br>GOLDSTEIN DEMCHAK BALLER BORGEN AND DARDARIAN<br>300 LAKESIDE DR STE 1000 | (510) 763-9800 | |
| | Ref. No. or File No | |
| ATTORNEY FOR (Name): Plaintiff | 357 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:

Kennith Campbell

DEFENDANT:

Apartment Investment and Management Company

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07 3640 MEJ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, ECF Registration Informaiton Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Welcome To The U.S. District Court, San Francisco, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Case Management Standing Order Magistrate Judge Maria-Elena James

2. Party Served:         Apartment Investment and Management Company

3. Person Served:        CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   July 26, 2007          1:47 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA 95833

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2007 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6645168

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Teresa Demchak, 123989<br>GOLDSTEIN DEMCHAK BALLER BORGEN AND DARDARIAN<br>300 LAKESIDE DR STE 1000 | (510) 763-9800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>357 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:

Kennith Campbell

DEFENDANT:

Apartment Investment and Management Company

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07 3640 MEJ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, EFC Registration, Order Setting Initial Case Management Conference And ADR Deadlines, Welcome To The U.S. District Court, San Francisco, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Case Management Standing Order Magistrate Judge Maria-Elena James

2. Party Served:           NHP Management, INC

**BY FAX**

3. Person Served:          CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: July 26, 2007        1:47 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
                            SACRAMENTO, CA  95833

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2007 at Sacramento, California.

Signature: _____

Tyler Dimaria

FF# 6645171

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Teresa Demchak, 123989<br>GOLDSTEIN DEMCHAK BALLER BORGEN AND DARDARIAN<br>300 LAKESIDE DR STE 1000 | (510) 763-9800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>357 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Kennith Campbell

DEFENDANT:
Apartment Investment and Management Company

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07 3640 MEJ |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, EFC Registration, Order Setting Initial Case Management Conference And ADR Deadlines, Welcome To The U.S. District Court, San Francisco, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Case Management Standing Order Magistrate Judge Maria-Elena James

2. Party Served:   AIMCO Properties, LP

**BY FAX**

3. Person Served:   CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   July 26, 2007       1:47 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2007 at Sacramento, California.

Signature: _____

Tyler Dimaria

FF# 6645170