1  TERESA DEMCHAK, CA Bar No. 123989
   LAURA L. HO, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
3  300 Lakeside Drive, Suite 1000
   Oakland, CA 94612
4  (510) 763-9800 (Telephone)
   (510) 835-1417 (Telefax)
5

6  Attorneys for Plaintiffs
   *[additional counsel listed on the signature page]*
7

8                    UNITED STATES DISTRICT COURT

9                    CALIFORNIA NORTHERN DISTRICT

10                       SAN FRANCISCO DIVISION

11

12 JOSEPH DOMINGUEZ, ROGER DALY,         Case No.: 3:07-cv-03245-SC; 3:05-cv-04824-SC
   individually and on behalf of all other persons
   similarly situated,                   **JOINT STIPULATION AND [PROPOSED]**
13                                       **ORDER CONTINUING CASE**
            Plaintiffs,                  **MANAGEMENT CONFERENCE**
14
15 vs.

16 APARTMENT INVESTMENT AND
   MANAGEMENT COMPNAY, AIMCO
17 PROPERITIES, LP. AND: NHP
   MANAGEMENT, COMPANY,
18
            Defendants.
19
20 Campbell, et al.,                     Case No.: 3:07-cv-03640-SC

21          Plaintiffs,

22 vs.

23 APARTMENT INVESTMENT AND
   MANAGEMENT COMPANY, AIMCO
24 PROSPERITIES, LP. AND: NHP
   MANAGEMENT, COMPANY,
25
            Defendants.
26

27
28

---

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - CASE NO.: 3:07-CV-
03245-SC; 3:05-CV-04824-SC; 3:07-CV-03640-SC

1  WHEREAS, the Court has previously scheduled a case management conference in *Dominguez v. AIMCO* (Case No. C 05 4824 SC) for September 7, 2007 at 10:00A.M.

WHEREAS, the Court issued an order on August 16, 2007, relating *Dominguez v. AIMCO* (Case No. C-05-4824 -SC), *Dominguez v. AIMCO* (C-07-3245-CRB), and *Campbell v. AIMCO* (Case No. C-07-3640-MEJ) before this Court.

WHEREAS, the Plaintiffs' and the Defendants' counsel agree that they would benefit from additional time to properly consider the implication of the Court's decision to relate the three cases on the progression of this litigation, and that, therefore, the case management conference in the related cases before this Court should proceed on November 30, 2007, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The case management conference currently scheduled for September 7, 2007, at 10:00 a.m. be continued to November 30, 2007, at 10:00 a.m.

2. The joint status statement, currently due to be filed by the parties on September 4, 2007, be filed on or before November 27, 2007.

Dated: August 27, 2007                Respectfully submitted,


                                      /s/
                                      ─────────────────────────────
                                      TERESA DEMCHAK, CA Bar No. 123989
                                      LAURA L. HO, CA Bar No. 173179
                                      GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
                                      300 Lakeside Drive, Suite 1000
                                      Oakland, CA 94612
                                      (510) 763-9800 (Telephone)
                                      (510) 835-1417 (Telefax)

|    |    |
|----|----|
| 1  | Joseph M. Sellers, (pro hac vice application to be filed) |
| 2  | Charles Tompkins, (pro hac vice application to be filed) |
|    | Llezlie L. Green, (pro hac vice application to be filed) |
| 3  | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. |
|    | 1100 New York Avenue, NW |
| 4  | West Tower, Suite 500 |
|    | Washington, DC  20005 |
| 5  | (202) 408-4600 (Telephone) |
|    | (202) 408-4699 (Telefax) |
| 6  | Steven M. Pavsner, (pro hac vice application to be filed) |
| 7  | Jay P. Holland, (pro hac vice application to be filed) |
|    | JOSEPH, GREENWALD, LAAKE, P.A. |
| 8  | 6404 Ivy Lane, Suite 400 |
|    | Greenbelt, MD  20770 |
| 9  | (301) 220-2200 (Telephone) |
|    | (202) 220-1214 (Telefax) |

10   ATTORNEYS FOR PLAINTIFFS

11

12   August 27, 2007        AKIN GUMP STRAUSS HAUER & FELD LLP

13

14                          _____/s/ Chad Stegeman_____
                            Chad Stegeman

15                          ATTORNEYS FOR DEFENDANTS

16

17   **IT IS SO ORDERED**

18

19   Date: August 30, 2007

                            Honorable Samuel Conti
                            [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

20

21

22

23

24

25

26

27

28

                                              2
     JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE – CASE NO. 3:07-CV-
                              03245-SC; 3:05-CV-04824-SC; 3:07-CV-03640-SC