TERESA DEMCHAK, CA Bar No. 123989
LAURA L. HO, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BOREN & DARDARIAN
300 Lakeside Dr., Suite 1000
Oakland, CA 94612, Suite 1000
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

JOSEPH M SELLERS, *pro hac vice*
CHARLES E. TOMPKINS, *pro hac vice*
LLEZLIE L. GREEN, *pro hac vice*
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)

STEVEN M PAVSNER
JAY P. HOLLAND
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 (telephone)
(301) 220-1214 (telefax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kenneth Campbell, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY, <br><br> Defendants. | Case No. C 07 3640 SC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT ADR CERTIFICATION** |

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines, dkt. no. 2, requires the parties to file a Joint ADR Certification With Stipulation or Notice of Need for ADR Phone Conference by October 4, 2007.

WHEREAS, Plaintiffs' Counsel must obtain certifications from more than forty-seven named plaintiffs in this litigation.

WHEREAS, permitting the parties additional time to confer with their clients and obtain the required ADR certifications will not prejudice either party or affect the progress of this litigation.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The Joint ADR Certification, currently due to be filed by the parties on October 4, 2007, shall be filed on or before November 19, 2007.

Dated: October 3, 2007

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By _____/s/_____
Teresa Demchak

Attorneys for Plaintiffs
Joseph Dominguez, et. al.

Dated: October 3, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Chad Stegeman

Attorneys for Defendants
Apartment Investment and Management Company, AIMCO Properties, L.P., and NHP Management Company

**IT IS SO ORDERED**

Date:_____

_____
Honorable Samuel Conti

2
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT ADR CERTIFICATION
CASE NO. 07-CV-3640 SC