1
2   Teresa Demchak, CA Bar No. 123989
    Laura L. Ho, CA Bar No. 173179
3   GOLDSTEIN, DEMCHAK, BALLER,
        BORGEN & DARDARIAN
    300 Lakeside Drive., Suite 1000
4   Oakland, CA  94612
    (510) 763-9800 (telephone)
5   (510) 835-1417 (telefax)

6   Joseph M. Sellers
    Charles E. Tompkins
7   Llezlie L. Green
    COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
8   1100 New York Avenue, N.W.
    Suite 500, West Tower
9   Washington, DC  20005
    (202) 408-4600 (telephone)
10  (202) 408-4699 (telefax)

11  Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15  KENNITH CAMPBELL, *et al.*          | Civil Action No.

16          Plaintiffs,                 | 3:07-cv-03640

17  v.                                  | **STIPULATION AND**
                                        | **[PROPOSED] ORDER**
18  APARTMENT INVESTMENT AND MANAGEMENT | **FOR LEAVE TO FILE**
    COMPANY, *et al.*                   | **FIRST AMENDED**
19                                      | **COMPLAINT**
20          Defendants.

21

22          The parties stipulate to the filing of a First Amended Complaint, and pursuant to Rule

23  15(a) of the Federal Rules of Civil Procedure request leave of Court to file the First Amended

24  Complaint.  The proposed amendments are designed to make two basic changes:  (1) add

25  AIMCO / Bethesda Holdings, Inc. as a Defendant; and (2) correct the name of NHP

26  Management, Inc. to NHP Management Company.  A copy of the Complaint is attached hereto

27  as Exhibit A and the proposed First Amended Complaint is attached hereto as Exhibit B.

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3 STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

Case No.  3:07-CV-03640

1        Fed. R. Civ. P. 15(a) provides that where a responsive pleading to the original complaint

2   has been filed, "a party may amend the party's pleading only by leave of court . . . and leave

3   shall be freely given when justice so requires." FED. R. CIV. P. 15(a).  As established by the

4   Supreme Court in *Foman v. Davis*, 371 U.S. 178, 182 (1962)):

5   
6        In the absence of any apparent or declared reason-such as undue delay, bad faith or
    dilatory motive on the part of the movant, repeated failure to cure deficiencies by
    amendments previously allowed, undue prejudice to the opposing party by virtue of
7   allowance of the amendment, futility of amendment, etc. the leave sought should, as the
    rules require, be 'freely given.'

8   
9   None of the reasons identified by the Supreme Court as reasons for denial are present here, and

10  thus Plaintiffs' proposed amendments should be routinely granted. *Id.*

11       Here, Plaintiffs have not unduly delayed seeking to amend the complaint.  Plaintiffs

12  recently discovered that NHP Management Company has been purchased by AIMCO / Bethesda

13  Holdings, Inc.  Accordingly, Plaintiffs seek leave from the Court to add AIMCO / Bethesda

14  Holdings, Inc. as a Defendant.  Plaintiffs also seek leave to correct the name of existing

15  Defendant NHP Management, Inc. to NHP Management Company.

16       Plaintiffs have conferred with Defendants who, without waiving any and all defenses to

17  any claim in the amended complaint, including but not limited to the running of the applicable

18  statute of limitations, agree that Plaintiffs be allowed to amend the Complaint.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3 STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

- 2 -

Case No. 3:07-CV-03640

1    For the foregoing reasons, Plaintiffs respectfully request leave of Court to file the First

2
3    Amended Complaint, attached hereto as Exhibit B.

4    Dated:  October 31, 2007                    GOLDSTEIN, DEMCHAK, BALLER,
                                                 BORGEN & DARDARIAN
5

6                                                By:    /s/ Laura L. Ho
7                                                       Laura L. Ho

8                                                Attorneys for Plaintiffs
                                                 Joseph Dominguez, et. al.
9

10   Dated:  October 31, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP

11

12                                               By:  Chad Stegeman / by LH w/ permission
                                                      Chad Stegeman
13
14                                               Attorneys for Defendants
                                                 Apartment Investment and Management Company,
                                                 AIMCO Properties, L.P., and NHP Management
15                                               Company

16

17       Pursuant to the parties' Stipulation and for good cause showing, it is HEREBY

18   ORDERED that Plaintiffs are given leave to file the First Amended Complaint attached hereto as

19
     Exhibit B.
20

21   Dated:
                                                 _____
                                                 UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3 STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST        - 3 -        Case No.  3:07-CV-03640
AMENDED COMPLAINT