Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Civil Action No. |
| Plaintiffs, | 3:07-cv-03640 |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.* | |
| Defendants. | |

        The parties stipulate to the filing of a First Amended Complaint, and pursuant to Rule

15(a) of the Federal Rules of Civil Procedure request leave of Court to file the First Amended

Complaint.  The proposed amendments are designed to make two basic changes:  (1) add

AIMCO / Bethesda Holdings, Inc. as a Defendant; and (2) correct the name of NHP

Management, Inc. to NHP Management Company.  A copy of the Complaint is attached hereto

as Exhibit A and the proposed First Amended Complaint is attached hereto as Exhibit B.

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

Case No.  3:07-CV-03640

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fed. R. Civ. P. 15(a) provides that where a responsive pleading to the original complaint has been filed, "a party may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires." FED. R. CIV. P. 15(a). As established by the Supreme Court in *Foman v. Davis*, 371 U.S. 178, 182 (1962)):

> In the absence of any apparent or declared reason-such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. the leave sought should, as the rules require, be 'freely given.'

None of the reasons identified by the Supreme Court as reasons for denial are present here, and thus Plaintiffs' proposed amendments should be routinely granted. *Id.*

Here, Plaintiffs have not unduly delayed seeking to amend the complaint. Plaintiffs recently discovered that NHP Management Company has been purchased by AIMCO / Bethesda Holdings, Inc. Accordingly, Plaintiffs seek leave from the Court to add AIMCO / Bethesda Holdings, Inc. as a Defendant. Plaintiffs also seek leave to correct the name of existing Defendant NHP Management, Inc. to NHP Management Company.

Plaintiffs have conferred with Defendants who, without waiving any and all defenses to any claim in the amended complaint, including but not limited to the running of the applicable statute of limitations, agree that Plaintiffs be allowed to amend the Complaint.

///

///

///

///

///

///

///

///

///

///

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST          - 2 -          Case No. 3:07-CV-03640
AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For the foregoing reasons, Plaintiffs respectfully request leave of Court to file the First Amended Complaint, attached hereto as Exhibit B.

Dated: October 31, 2007

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: ___/s/ Laura L. Ho_____
Laura L. Ho

Attorneys for Plaintiffs
Joseph Dominguez, et. al.

Dated: October 31, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _Chad Stegeman /by LH w/ permission_
Chad Stegeman

Attorneys for Defendants
Apartment Investment and Management Company,
AIMCO Properties, L.P., and NHP Management
Company

Pursuant to the parties' Stipulation and for good cause showing, it is HEREBY ORDERED that Plaintiffs are given leave to file the First Amended Complaint attached hereto as Exhibit B.

Dated:    11/1/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

UNITED _____ JUDGE

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

10738-3STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE FIRST
AMENDED COMPLAINT

- 3 -

Case No. 3:07-CV-03640