Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
 BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. <br><br> Defendants. | Civil Action No. <br><br> 3:07-cv-03640 <br><br> **NOTICE OF FILING ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

In accordance with this Court's October 4, 2007 Order, Plaintiffs hereby file the attached

ADR certifications for the following individuals: Raymond Alverado, Russel Austin, David

Barrios, Leroy Boese, George Bohannon, Edward Bondoc, Mitchell Cobb, Daniel Cohick, Terry

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

NOTICE OF FILING ADR
CERTIFICATIONS BY PARTEIS AND
COUNSEL

Case No. 3:07-CV-03640

Crow, David Getting, Earnest Harrell, Bill Hernandez, Isaias Lopez, Luis Lopez, Lauren McPhee, Mike Peachee, Kevin Price, Michael Schilling, Armando Torrez, Robert White, Damian Zentner, Luis Zermano, Ranferi Miranda Teran, Thomas Visage, Marco Solorzano and Michael Woods.

Dated: November 19, 2007        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By _____/s/Llezlie L. Green_____
        Llezlie L. Green

Attorneys for Plaintiffs
Joseph Dominguez, et. al.

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

NOTICE OF FILING ADR
CERTIFICATIONS BY PARTIES AND        - 2 -        Case No. 3:07-CV-03640
COUNSEL