UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

               Plaintiff(s),

          v.

Apartment Investment & Management
Company, et al.

               Defendant(s).

_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/29/07

_____
[Party]

Dated: 10/25/07

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                    Plaintiff(s),

          v.

Apartment Investment & Management
Company, et al.

                   Defendant(s).

_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private
entities; and

(3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 10/29/07

                                           *Russell Austin*
                                           [Party]

Dated: 10|25|07

                                           *Alesfie L. Iheen*
                                           [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

               Plaintiff(s),

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

          v.

Apartment Investment & Management
Company, et al.

             Defendant(s).

_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-14-07

_____
[Party]

Dated: 10|25|07

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

               Plaintiff(s),

         v.

Apartment Investment & Management
Company, et al.

               Defendant(s).

_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 10-29-07

                                                 [Party]

Dated: 10|25|07

                                                 [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                Plaintiff(s),

        v.

Apartment Investment & Management
Company, et al.

                Defendant(s).

                            /

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: *11~01~07*

                                   George B Bohannon
                                   [Party]

Dated: 10|25|07

                                   Alefie L. Theen
                                   [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

        Plaintiff(s),

          v.

Apartment Investment & Management
Company, et al.

        Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/01/07

        [Party]

Dated: 10|25|07

        [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

              Plaintiff(s),

         v.

Apartment Investment & Management
Company, et al.

              Defendant(s).

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: *11-12-07*

Dated: *10|25|07*

*Mitchell C. Coll*
[Party]

*Alesie L. Sheen*
[Counsel]

*FAX 202-408-4699*
*ATT. TIM GORTON*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

           Plaintiff(s),

          v.

Apartment Investment & Management
Company, et al.

           Defendant(s).

_____/

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/29/07

_____
[Party]

Dated: 10|25|07

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

             Plaintiff(s),

        v.

Apartment Investment & Management
Company, et al.
             Defendant(s).

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-30-07

_____
[Party]

Dated: 10|25|07

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

               Plaintiff(s),

         v.

Apartment Investment & Management
Company, et al.

               Defendant(s).

_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/1/07

Dated: 10/25/07

[Party]

[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

              Plaintiff(s),

v.

Apartment Investment & Management
Company, et al.

              Defendant(s).

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/5/07

Dated: 10|25|07

_____
[Party]

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                    Plaintiff(s),

        v.

Apartment Investment & Management
Company, et al.

                    Defendant(s).

_____/

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 10-29-07

Dated: 10|25|07

                                         [Party]

                                         [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

         Plaintiff(s),

      v.

Apartment Investment & Management
Company, et al.

         Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/6/07

Dated: 10|25|07

*Isaias Lopez*
[Party]

*Alefie R. Iheen*
[Counsel]

*Isaias Lopez*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

            Plaintiff(s),

             v.

Apartment Investment & Management
Company, et al.

            Defendant(s).

_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 11/06/07

                                         [Party]

Dated: 10|25|07

                                         [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                    Plaintiff(s),                    Case No. 3:07-cv-03640

                                                     ADR CERTIFICATION BY PARTIES
                                                     AND COUNSEL

          v.

Apartment Investment & Management
Company, et al.
                    Defendant(s).
_____/

          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

          (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

          (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

          (3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 7 NOV 07                         _____
                                        [Party]

Dated: 10|25|07                         _____
                                        [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                    Plaintiff(s),

                    v.

Apartment Investment & Management
Company, et al.
                    Defendant(s).
_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private
entities; and

(3) Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 10-31-07

Dated: 10|25|07

_____
[Party]

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                 Plaintiff(s),

       v.

Apartment Investment & Management
Company, et al.

                 Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: **11•15•07**

[Party]

Dated: **10|25|07**

[Counsel]

*ATT.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

Case No. 3:07-cv-03640

Plaintiff(s),

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Apartment Investment & Management
Company, et al.

Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/07-07

_____
[Party]

Dated: 10/25/07

_____
[Counsel]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

               Plaintiff(s),

        v.

Apartment Investment & Management
Company, et al.

               Defendant(s).

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: _11. 13. 07_

Dated: _10 | 25 | 07_

_Mark Schultz_
    [Party]

_Alesie L. Theen_
    [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

              Plaintiff(s),

        v.

Apartment Investment & Management
Company, et al.

              Defendant(s).

_____/

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

**(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: __11/1/07__

                                *Mario Solorzano*
                                [Party]

Dated: __10|25|07__

                                *Alexie L. Theen*
                                [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

     Plaintiff(s),

   v.

Apartment Investment & Management
Company, et al.

     Defendant(s).
_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/14/07

Dated: 10|25|07

[Party]

[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                        Plaintiff(s),

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

           v.

Apartment Investment & Management
Company, et al.

                      Defendant(s).

_____/

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _11-8-07_

_____
[Party]

Dated: _10|25|07_

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                Plaintiff(s),

v.

Apartment Investment & Management
Company, et al.
                Defendant(s).

_____/

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-29-07

_____
[Party]

Dated: 10|25|07

_____
[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

               Plaintiff(s),

v.

Apartment Investment & Management
Company, et al.

               Defendant(s).

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

---

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-9-07

               [Party]

Dated: 10|25|07

               [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                    Plaintiff(s),

           v.

Apartment Investment & Management
Company, et al.
                    Defendant(s).

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/30/07

Dated: 10|25|07

[Party]
DAMIAN J ZENTNER

[Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

                Plaintiff(s),

         v.

Apartment Investment & Management
Company, et al.

                Defendant(s).

_____/

Case No.  3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-29-07

                               [Party]

Dated: 10|25|07

                               [Counsel]