Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. <br><br> Defendants. | Civil Action No. <br><br> 3:07-cv-03640 <br><br> **CERTIFICATE OF INTERESTED PARTIES OR PERSONS** |

.

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

CERTIFICATE OF INTERESTED PARTIES
OR PERSONS                                                          Case No. 3:07-CV-03640

1

2  Dated: November 27, 2007				COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

3							By _____/s/Llezlie L. Green_____
							       Llezlie L. Green
4
							Attorneys for Plaintiffs
5							Joseph Dominguez, et. al.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

CERTIFICATE OF INTERESTED PARTIES
OR PERSONS                                              - 2 -              Case No.  3:07-CV-03640