UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CAMPBELL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>    Defendants. | Case No. 07-CV-03640 SC<br><br>**ORDER APPROVING JOINT CASE MANAGEMENT STATEMENT** |
| JOSEPH DOMINGUEZ and ROGER DALY,<br><br>    Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERITIES, LP. AND: NHP MANAGEMENT, COMPANY,<br><br>    Defendants. | Case No.: 3:07-cv-03245-SC |
| JOSEPH DOMINGUEZ, ROGER DALY, Individually, and on behalf all other persons similarly situated;<br><br>    Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>    Defendants. | Case No. 05-CV-4824 SC |

Upon consideration of the parties' proposed Joint Case Management Statement, IT IS this _____ day of _____, 2007, by the United States District Court for the Northern District of California, hereby ORDERED THAT:

---

ORDER APPROVING JOINT CASE MANAGEMENT STATEMENT
07-CV-03640-SC

(1) The parties will exchange interrogatories, requests for production of documents, and requests for admissions on or shortly after the date Defendants' counsel accepts service of the Amended Complaint on Defendants' behalf. The parties will not engage in deposition discovery at this juncture.

(2) The parties will exchange disclosures pursuant to Fed. R. Civ. P. 26(a)(1) at the time they respond to interrogatories, requests for production of documents and requests for admissions.

(3) Any pending case management conferences, as well as any reporting requirements pursuant to Fed. R. Civ. P. 16, 26(a)(2), are stayed for 180 days from the date of this Order to permit the parties to proceed with discovery as identified above.

(4) With respect to setting this case for trial, initial expert disclosures, deadlines for completion of discovery, and deadlines for hearing dispositive motions, those deadlines are stayed pending completion of the discovery plan outlined above.

Dated: _____, 2007.

_____
United States District Judge