# EXHIBIT A

1  Teresa Demchak, CA Bar No. 123989
   Laura L. Ho, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
3  300 Lakeside Drive., Suite 1000
   Oakland, CA 94612
4  (510) 763-9800 (telephone)
   (510) 835-1417 (telefax)
5  tdemchak@gdblegal.com
   lho@gdblegal.com
6
   Joseph M. Sellers
7  Charles E. Tompkins
   Llezlie L. Green
8  COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC 20005
10 (202) 408-4600 (telephone)
   (202) 408-4699 (telefax)
11 jsellers@cmht.com
   ctompkins@cmht.com
12 lgreen@cmht.com

13
   Attorneys for Plaintiffs
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  KENNITH CAMPBELL, et al. | Case No. 3:07-cv-03640 - SC |
| 19          Plaintiffs, | **DECLARATION OF LLEZLIE L. GREEN IN SUPPORT OF PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| 20  v. | |
| 21  APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al. | |
| 22          Defendants. | |
| 23 | Date: January 11, 2008 |
| 24 | Time: 10:00 a.m. |
| 25 | Courtoom: 1 |
| 26  JOSEPH DOMINGUEZ and ROGER DALY, | Case No. 3:07-cv-03245 - SC |
| 27          Plaintiffs, | |

28

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

Declaration of Llezlie L. Green In Support of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation; Case Nos. 3:07-cv-03640-SC; 3:07-CV-03245-SC; 3:05-CV-04824-SC

|  |  |
|---|---|
| v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.*<br><br>Defendants. |  |
| JOSEPH DOMINGUEZ, ROGER DALY, Individually, and on behalf all other persons similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.*<br><br>Defendants. | Case No. 3:05-CV-4824 - SC |

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration. If called to testify regarding these facts, I am competent to do so and would testify as follows:

1. I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, attorney for Plaintiffs. I make this declaration in support of Plaintiffs' motion to stay proceedings in the above-captioned actions pending a decision by the Judicial Panel on Multidistrict Litigation of Plaintiffs' Motion to Transfer for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 ("Plaintiffs' Motion").

2. On November 19, 2007, I called the clerk's office at the Judicial Panel on Multidistrict Litigation at (202) 502-2800.

3. I asked the member of the clerk's office who answered the phone about the Panel's upcoming schedule. She confirmed that the Panel holds a hearing 6 times each year. The Panel's next hearing date is November 29, 2007. Plaintiffs' motion will not be heard at that panel. The next hearing dates will likely be in January, 2008 and March, 2008. The staff member informed me that the Panel typically holds hearings every 2 months.

4. The clerk also confirmed that the Panel announces the exact dates for its hearings

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Declaration of Llezlie L. Green In Support of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation; Case Nos. 3:07-cv-03640-SC; 3:07-CV-03245-SC; 3:05-CV-04824-SC      - 2 -

and the matters it will hear in a Notice of Hearing Session and Hearing Session Order. The Panel typically issues this Notice and Order at a time approximately halfway between the Panel's last hearing and its next hearing. The clerk's office does not know the date of the Panel's January or March hearings or the matters it will hear until the Panel issues these announcements.

5. I asked the staff member whether the Judicial Panel would likely hear Plaintiffs' Motion at either the January or March hearings. She informed me that, while she is unable to officially confirm at which hearing our Motion will be heard, based on the date it was filed, Plaintiffs' Motion will likely be heard at either the January or March 2008 hearings.

6. I also inquired whether the Judicial Panel sends a letter to the courts affected by the Motion to Transfer advising them of the pending motion. The staff member informed me that standard letters are typically circulated to the courts subject to Plaintiffs' Motion once the clerk's office at the Judicial Panel has completed formally docketing the case.

7. Plaintiffs' counsel has received virtually identical requests for admission, requests for documents, and interrogatories in twenty-one of the twenty-two cases related to the above-captioned case presently pending in other jurisdictions.

8. The following attached exhibits are true and accurate copies of the documents described below:

Exhibit 1: Multidistrict Litigation of Plaintiffs' Motion for Transfer for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (filed with the Judicial Panel on November 15, 2007).

Exhibit 2: Brief in Support of Plaintiffs' Motion for Transfer for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (filed with the Judicial Panel on November 15, 2007).

Exhibit 3: April 13, 2007 Letter From Judicial Panel on Multidistrict Litigation to Judges

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

Declaration of Llezlie L. Green In Support of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation; Case Nos. 3:07-cv-03640-SC; 3:07-CV-03245-SC; 3:05-CV-04824-SC    - 3 -

Re: MDL-1854 - In re Tyson Foods, Inc., Fair Labor Standards Act Litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: November 28, 2007

_____
Llezlie L. Green

Cohen, Milstein, Hausfeld & Toll P.L.L.C.
Attorneys At Law

Declaration of Llezlie L. Green In Support of Plaintiffs' Motion To Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation; Case Nos. 3:07-cv-03640-SC; 3:07-CV-03245-SC; 3:05-CV-04824-SC

- 4 -