# EXHIBIT 1

RECEIVED
CLERK'S OFFICE

2007 NOV 15  P 2: 50

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **In re AIMCO PROPERTIES, et al.** | ) | |
| **Fair Labor Standards Act Litigation** | ) | **MDL Docket No. _____** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407, Plaintiffs in 26 actions involving identical claims of unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, hereby move this Panel to:

1.     Transfer the 26 actions listed on the attached schedule of actions that are currently pending before United State District Courts in Alabama, Arizona, California, District of Columbia, Colorado, Florida, Georgia, Illinois, Indiana, Kentucky, Maryland, Michigan, Missouri, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, and Virginia.

2.    Order all 26 of these actions, which are listed on the attached schedule of

actions, assigned to the Hon. Judge James Robertson of the United States District Court

for the District of Columbia for coordinated or consolidated pretrial proceedings.

The grounds for this motion are set forth in the accompanying memorandum of

law.

Dated:  November 15, 2007

Respectfully submitted,

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
**COHEN, MILSTEIN,**
**HAUSFELD & TOLL P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

Candace McGowan
**Wiggins, Childs, Quinn &**
**Pantazis**
The Kress Building
301 19th Street North
Birmingham, AL  35203

Ron Kilgard
**Keller Rohrback, P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, Arizona  85012

Laura Ho
Teresa Demchak
**Goldstein, Demchak, Baller,**
**Borgen & Dardarian**
300 Lakeside Drive.,
 Suite 1000
Oakland, CA  94612

R. Timothy Vannatta
**Kuveikis & Vannatta, P.A.**
120 South Olive Avenue
Suite 202
West Palm Beach, FL  33401

W. Thomas Lacy, Jr.
**Lacy & Snyder, LLP**
300 Prime Point
Suite 100
    Peachtree City, GA  30269

Jairus M. Gilden
**Metcalf, Kaspari, Howad &**
**Lazarus, P.A.**
1660 Highway 100 South
    Minneapolis, MN  55416

William Kenealy
**Kenealy & Jacobi, P.L.L.C.**
Suite 1730
462 S. Fourth Avenue
Louisville, Kentucky 40202

Jay P. Holland
Steven M. Pavsner
**Joseph Greenwald Laake, P.A.**
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770

Thomas Wienner
**Wienner & Gould, P.C.**
950 West University Drive
Suite 350
Rochester, MI  48304

Stephen A. Simon
**Tobias Kraus & Torchia**
414 Walnut Street
STE 911
Cincinnati, OH  45202

George A. Hanson
**Stueve Siegel Hanson LLP**
460 Nichols Road
Suite 200
Kansas City, MO 64112

T. Christopher Tuck
Richardson, Patrick
**Westbrook & Brickman, LLC**
1037 Chuck Dawley Blvd., Bldg. A
P.O. Box 1007
Mt. Pleasant, S.C. 29464
Gordon Ball
**Ball & Scott**
550 West Main Avenue
Suite 750
Knoxville, TN  37902

J. Derek Braziel
**Lee & Braziel LLP**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202

Laura L. Ho
Teresa Demchak
**Goldstein, Demchak, Baller, Borgen &
Dardarian**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

***Attorneys for Plaintiffs:***

*Robert Allford, Paul Bone, Terry Cagle, John Elliot, Roderick Evans, Alvin Hoffman, Jackie
Guthrie, Marcia Hawkins, Darrell Howard, Anjanette Johnson, Gerald Johnson, David Mitchell,
Orville Littleton, Cleveland Ray, Micah Smith, Harry Smart, James Smith, Jason Schaffer,
Claiborn Thompson, Gary Talley, Jerome Young, Kevin Boland, Moises Baca, Louis Belinger,
Warren Bills, Terry Bright, Joseph Butler, Betty Calhoun, Gregory Carpenter, Jesus Carrasco,
Bradley Collins, Steven Cooper, Sr., Steve Davis, Richard Driscoll, Joe Esparza, Daniel
Gueorguiev, Henry Hale, Walt Hermes, David Holder, William Hughes, Brian Kerr, Bill Lagusis,
Lawrence Lamotte, Kevin Martinez, Martin Ortega, Frank Pope, Keith Potter, Eduardo
Ramirez, Stephen Renning, Peter Sapien, Mark Studzinski, Jason Terpstra, Mark Tomamichel,
John   Trichel, Oscar Valenzuela, Steven Van Guilder, Gary Vieth, Guy Wagner, Jr., Tony
Walters, and Brian Williams, Kenneth Campbell, Raymond Alvarado, Russell Austin, David
Barrios, Leroy Boese, George Bohannon, Edwin Bondoc, Gerver Calderon, Ernesto Cisneros,
Mitchell Cobb, Daniel Cohick, Jose Colocho, Terry Crow, Brian Dean, Cecil Elkins, Ramon*

*Estrada, David Geeting, Gregory Goodwin, Earnest Harrell, Bill Hernandez, Jose Hernandez, Joseph Hutton, Sr., Isaias Lopez, Luis Lopez, John Martin, Matthew Martin, Laurin McPhee, Jr., Ason Mingus, Patrick Moxley, Tony Ornelas, Mick Peachee, Ricardo Perez, Amador Perez, Alfredo Pineda, Kevin Price, Alberto Reyes, Michael Schilling, Marco Solorzano, Jason Taylor, Ranferi Miranda Teran,  Kenneth Terry, Armando Torrez, Thomas Visage, Robert White, Michael Woods, Damian Zentner, and Luis Zermeno, Joseph Dominguez, Roger Daly, Mark Hill, Jose Baca, Laute Bachicha, Jr., Steven Birchfield, Polo Aguirre, Jamey Block, Lonnie Blake, Donald Cooperrider, Edward Cordova, Jr., Mathew Corbett, Trevor Hamilton, John Estrada, James Fazzone, Leonardo Diaz, Patrick Haggerty, Charles Holman, Dustin Jernberg, Raymondo Martinez, Eric Larsen, Ananias Nunez, Ronald Pollock, Larry Myles, James Perry, William Raymond, Dominic Rinaldi, Johnny Sizemore, Leornard Sanchez, Jessie Sanchez, Antonio Young, and William Wakefield, William Angulo, Carlos Alfaro, Arvester Anderson, Hilton Anglada, Charles Antoine, Gunay Badak, Thomas Bailey, James Ballish, John Biddle, Michael Billick, Julio Botex, Felix Cabrera, Joseph Cannarella, Jeremiah Cannon, Giancarlo Carbajal, David Carlisle, Manuel Castellanos, Gerardo Chilenitt, Marc Clairvoyant, Rafael Collazo, Frank Collyer, Boyce Conwill, James Cooper, Jason Cowart, Mario Delcid, Daniel Delrio, Mariano Diaz, Theodore Dority Jr., John Ettlinger, Timothy Fenwick, Vladimir Fernandez, Maximino Figueroa, James Flindt, Leroy Foreman, Nick Foster, Gabriel Franqui, Luis Giraldes-Borrego, Jose Gonzalez, Sergio Gonzalez, Jeffery Gordon, Alfonso Gravenhorst, Robert Gray, Alan Harrison, Eric Huntley, Edino Ibanez, Mario Iglesias, Reginald Jackson, Darryl Johnson, John Keel, Jeffrey Kennedy, William Kilosky, David Langlais, Gary Lee, William Lee, Raymond Lindsey, Ramona Lugo, Edwin Luna, Kelly Mahan, Jose Martinez, William McCann, Andre McEachin, Robert Mendoza, Felix Mercedes, James Mhoon, Oswin Minor, Michael Monegan, Jorge Morejon, Jorge Moreno, Jody Mundon, Gregory Myall, Pedro Nodarse, Dana Ofeldt, Juan Ortiz-Laboy, Antonio Perez, Hector Ramos-Agosto, Julio Raposa, Joel Rivera, Emilio Rodriguez, Joel Rodriguez, Luis Rodriguez, Rassiel Rodriguez, Andres Ross, Anthony Ross, Floyd Rowe, Ernesto Rubido, Carlos Ruiz, Michael Ryan, Agustin Santiago, Steve Scherf, Richard Sheldon, Lenin Sifontes, Larry Simond, Kenneth Simpson, Kenneth Singleton, Mattie Smith, Frank Stockholm, Jr., Fredy Suni, Jeffrey Thomas, Carlos Thompson, Gary Tooker, David Torres, Douglas Uribe, Albert Valle, Hector Vallejo, Leroy Vann, Hector Vasquez, Lawrence Verderosa, Rene Vredegoor, Craig Weast, Anthony Whiting, Jr., Lenbyrd Woods, and Frank Yanes-Ruano, Hassan Abdullah, Ronnie Belt, Terrell Brown, Juan Bussey, Demetrius Chambers, Timothy Clawson, Dennis Cooke, V, Michael Cote, Roland Dickerson, Danny Ellerbee, Matthew Fields, Tracy Gordino, Kelton Gresham, Jr., Ken Herring, Andre Humphrey, Henry Jackson, Gary Jones, Joseph Jones, Jr., Rufus Jones, Fredrick Keith, Darnel Manley, Will May, Rick Millan, Terrance Mitchell, Kenneth Morgan, Richard Owens, Larry Parks, Eugene Pereira, Philip Philander, Kenneth Rann, Jerry Scott, Jon Sfintu, Paul Smith, Tommie Stephens, Lamar Stone, Curtis Sturdivant, David Taylor, Troy Thomas, Lladnar Thompson, Mark Uhl, Arthur Walker, Harold Weston, Mark Williams, Wendall Wood, Travis Bishop Jr., Rafic Badran, Magdaleno Barron, Brian Behning, Tyrone Bolian, David Carruthers, Arbie Carter, Robert Cluckey, Sean Davies, Karen Fadke, Anthony Forillo, Joseph Frey, Terry Fulk Jr., Mary Ganger, Asberry Griffin, Phillip Grimm, Michael Halton, Michael Holiday, Keith Hughes, Richard Hyzy, Steven Johnson, Robert King, John Kolep, Toby Large, Robert Leschewski, Raul Leyva, Charles MacMillian, Mark Martin, Robert Mendenhall, Steven Merkel, John Meyers, Edib Mulasmajic, Pedro Pantoja, Clayton Prysny, Harun Puci (Fasliu), Kevin Ross, Michael Shott, Larry Swearingen, Mark Trojan, Albert Vensons, Antonio Vivanco, Jerome*

*Washington, Robert Williams, James Wojcik, Daniel Wood, Gable Common, Robert Adkisson, Samuel Beckett, Thomas Blessing, Allen Bolden, Sr., Dennis Bonte, John Booth, IV, Neal Braun, Shawna Breeding, Dennis Brennan, James Burns, Tyree Carter, Kenneth Carter, Jerome Chambers, Larry Corbin, Darryl Cotton, Karl Crick, Rufus Downey, Loren Duff, II, Juan Echeverria, Jr., David Feltner, Charles Fiedler, Raymond Garrett, David Gilley, Ernest Green, Dennis Hale, Harold Hargrave, Jr., Darren Highbaugh, Christopher Hinds, Todd Howard, Eugene Johnson, Joseph Johnston, Jr., James Jones, Edward Kersage, Jimmie King, Robert Ledman, Patrick Lynch, Kevin Macy, William Mettler, Jr., Michael Mills, Jessie Monk, Jr., Marvin Montgomery, Sr., Daniel Moulton, Matthew Pearman, Timothy Phelan, Narine Pragg, Jack Prusell, John Risch, James Rivers, Paul Sharp, Brian Starr, Michael Stone, Willie Strong, William Templin, Alan Vanbibber, Shaine Volle, Kenneth Walsh, Barry Woodruff, Kevin Woods, William Chase, Joseph Moreno, Lorenzo Hall, David Jordan, Herbert Paz-Varela, Joseph Ray, Zackaric Todd, Robert Randolph, Jerry Amos, Mickey Brite, Jonathan Brown, Samuel Curry, Michael Duncan, Arthur Ewing, Joseph Garrett, Larry Gibson, Shawn Hamilton, The Estate of Richard Hancock, Jr., William Kearfott, Adam Koch, Bobby Marshall, Douglas Miller, Deverett Newcomb, Joseph Porter, Thomas Raines, Terry Schrock, Thomas Vaughn, Bruce Vice, David Wiley, Aldo Cruz, William Broadie, Wendell Aceituno, Ronald Ardis, Jr., Thomas Barr, Robert Barr, Jr., Marvin Barton, Joseph Beion, Herbert Benjamin, John Bonner, Clarence Brock, Jr., Lewis Brown, Montinas Butler, Charles Campbell, Frederic Caron, Michael Dockery, Thomas Gattison, Ramon Giron, Darryl Grant, Anthony Haley, Anthony Hammond, Marsaiah Harris, Thomas Karras, Rodney Lewis, Erich Locust, Marshall Massey, Joseph Mattingly, Jr., Michael Moore, Andrigo Prevento, James Reid, Terry Scurry, Richard Swartz, Isadore Sykes, Keith Thornton, Mark Tippett, Walter White, Jr., James Wiggins, Jonathan Wright, Jr., Alieu Yousif, Florentino Zuniga, Michael Birchett Jr., Thomas Alderman, Charles Anderson, Joseph Antonelli, Craig Blake, Alfred Bryant, Ryan Coleman, Tyree Cook Jr., Dolores Fabela, Alaric Fairchild, Shawn Fleming, Roger Gagnon, Raven Germain, Larry Golden, Dennis Grindle, Frederick Honore Sr., David Hook, Albert Horton Jr., Mark Howard, Robert Howard, Paul Jackson, Cornell Johnson, Michelle Joyner, Frederick Leeper, Nicholas Letterman, Thomas Liddell, Michael Livingston, Stephen Lukasewycz, Ron MacFarlane, Donald McAtee, Kevin Meegan, Tansy Miller, Paul Minarik, Matthew Moore, Russell Mudge, Robert O'Connor, Mack Quarrels, Rusty Richardson, Brent Ringler, Garry Ritchey, Robert Robinson, James Ross, Lenard Ross, Richard Sharp, Harold Smith, James Smith, Lonnie Staton, James Tabor, Joseph Tatum, Thomas Vidak, Steven Wenzel, William Whiddon Douglas Wilkins, Johnny Connor, Antonio Brownlee, Eddie Buckner, Daryl Collins, Kenneth Dampier, Arthur Ford, Edward Johnson, Dewey Jones, Gerald Knapp, John Latimore, Donald Long, Marcus McMiller, Jimmy Miles, Latheron Moffatt, Steven Moore, Ray Partman, George Ramsey, William Rider Jr., Aaron Robinson, Kyle Russell, Antoine Smith, Paul Stasiak, Jamahl Williams, Mareese Williams, Lewis Willis, Linda Hulse, Keith Artis, Ralph Cineus, David Davis, Carl Evans, Len Ford, Nimrod Harris, Dusan Jonovic, Charles Mergel, Joseph Vadon, Jr., John Galloway, Clemente Alvarez, Juan Alvarez, Edward Candelo, Albert Clendinen, Michael Crispin, Sr., Marciana Forde, Inocencio Gonzalez, Nikolay Gorgush, Javiel Morales, Hernan Ossandon, Hezekiah Sumpter, Dominick Tesoriero, Donald Tochterman, Bradford Tripp, James Watts, Charles Wright, III, Michael Wynn, Daniel Allen, Willie Bethea, Douglas Bonds, David Bowen, Stephen Briggs, Jerry Brown, Mark Cariss, Julius Ciprian, Samuel Crawford, Jeremy Deitrick, Christopher Faires, Martin Flores, Timothy Gaddy, Bobby Gibson, Johnny Guin, James Harris, Antonio Howard, Webster Jackson, Dwight Jones, Derek Latta, Mike Masingale, Darryl McCollum, Marcus Meadows, Larry Pittman, Tyrone*

*Prince, Clifford Relford, Richard Reynolds, Earl Rose, Jesue Saavedra, Russell Sheehy, Larry Speight, Roger Venable, Shannon Waddell, Caesar Werts, Joseph Whoston, Carsie Williams, Michael Wright, Derrick Davis, Edward Alley, Kevin Antelo, Charles Bessenbach, John Boyd, Michael Brisbin, Michael Broerman, Jeffrey Carmack, Terry Chambers, James Dotson, Lloyd Dotson, John Eaton, Bobby Fletcher, Rick Ford, Robert Gambrell, Charles Gilman, Roger Hall, Matthew Hatten, Darryl Hill, Christopher Jennings, Michael Jones, Taylor Jones, James Kappes, Michael Knight, John Landefeld, Albert Manteuffel, Dennis Marbury, Pennington Martin, Michael Mays, Christopher McAfee, Kenneth Papin, Walter Penson, William Perdue, Jr., Kevin Porter, Sr., Mark Reigle, Ronald Ross, James Sadowski, Larry Sickels, David Smith, Perry Smith, Jr., Mark Spivey, Ronald Szymkowiak, Rick Thomas, Henry Thompson, Ray Toler, James Wagner, Jerry Wagner, Shawn Ward, Brian Whitten, Richard Wilden, Gilbert Mitchell, Christopher Albertson, Mark Ankner, Robert Baker, Charles Balfauf, John Barras, John Best, Kenneth Blake, Jeffrey Butz, Robert Carey, Albert Carpenter, Harry Casterline, Ervin Century, William Cheskiewicz, Robert Clawson, Jr., Jack Clugston, II, Brett Conley, Brian Cramer, Gabor Czeczon, John Failor, Stephen Fisher, Tony Fleming, Allen Frankenfield, Jeremy Garman, Frank Geary, Edward Getts, Jason Gleiter, William Hill, Michael Holloman, Matthew Howell, Keith James, Robert Jenkins, Barney Johnson, Mohamed Kaffa, Paul Kaiser, Edward Kleinfelter, Philip Krinks, Mark Kury, Louise Lahr, Gary Lamoreaux, Jack Laudati, Lafonse Leatherberry, Paul Leonard, Jr., Derrick McCallum, Paul McColgan, Brad McIntire, Joseph Minyon, Kenneth Morse, James Neidert, James Newdeck, Timothy Providence, Chang Quach, Brian Ralston, Hector Ramos, Arne Refvik, Michael Robinson, Allen Romano, Jeffery Russell, William Schaller, Randy Seelye, George Sherrick, David Smith, David Speraw, Charles Stager, Edward Strobl, James Van Atta, Manuel Vazquez, William Wagner, Benjamin Walker, James Wilkins, Jr., Mason Williams, Rodd Wilt, Richard Yanochko, Leonard Zielinski, David Alvey, David Anderson, William Ballew, Bradwell Bates, Robert Branch, Ruben Colonferrer, Harold Cordle, William Ginn, Edward Jaeger, Ralph Moore, Jr., David Reid, David (Scott) Sisk, Rudolph Slater, Preston Stanton, Teddy Stegall, Billy Townsend, Richard Walker, Eugene Wallace, III, Phillip Youngblood, Jamie Ashburn, James Brown, Barry Burns, Homer Davenport, Paul Hensley, Albert Husley, Jr., Jeffrey Jenkins, Antonio Jones, Reginald Jones, Fred Lewis, Thomas Massey, Joshua Merritt, Brian Mitchell, Timothy Moore, Curtis Myers, Arthur Neal, Michael Pooley, Jerry Rush, Kenneth Sales, Geoffrey Scanlon, James Todd, Jr., Jerry Vaughn, Mark Vital, Frank Williams, Jose Abitria, Jr., Jose Arellano, Daniel Armas, Samuel Asaolu, Ernest Ashley, Daniel Baker, Demorne Barnes, John Bartlett, Clint Beard, Christopher Bell, Carlos Beltran, Saul Benavides, Jeffrey Blackman, Robert Brana, Christopher Burnett, Vincent Calzada, Phillip Cano, Luis Carrera, Luis Chumil, Gilbert Cisnero, Edwin Cotton, David Davidson, Garlan Davis, Adolphus Davis, Wilbert Davis, Joseph Denton, Daniel Diaz, Alejandro Dominguez, Brian Dupre, Larry Enlow, Jose Escobar, Bruce Firestone, Federico Flores, Samuel Ford, Edward Fowler, Jr, John Franklin, Daniel Frausto, Toribio Galindo, Javier Garcia, Leo Gimeson, Domingo Concena, Roberto Gonzalez, Philip Granger, Barry Green, Honorio Guevara, Charles Guillemette, Jose Gutierrez, David Herrera, William Hood, Thomas Hunter, Dan Ingram, Jr, Desmon Jackson, Mike Jaraillo, Andres Johnson, Ernest Kahn, John Kent, Dennis King, Jimmy King, Mike Lacy, Clyde Lewis, Ismael Lira, Bernardo Lizama, Aubrey Long, Jr, Mario Lugo, James Macfarland, Michael Manthei, Lissette Marder, George Mckee, Christopher Mcneely, Michael Meadows, Braden Minton, Michael Mobley, Marcelo Montalbo, Eulalio Munoz, Antonio Moya, Andrew Murret, Herman Nesbitt, Jr, Jesus Nuncio, Manuel Nunez, Jose Nuno, Joseph O'Bryant, Odundie Odundie, Jose Olvera, Mark Orr,*

Ionnis Ousaklidis, David Ovalle, Mario Ovalle, Vernon Owens, Adolfo Parada, Kevin Patton, Charles Peevey, Robert Pena, Gabino Perez, Melvin Peyton, David Raney, Michael Ray, William Reeves, Jr, Raul Rigual, Laurie Robbins, Julian Romo, Mario Sandoval, Marc Sands, Mark Serna, Larry Session, Michael Snowden, Henry Stanton, Elifio Surco, Michael Thompson, Ricky Truex, Herbert Turner, III, Jose Valencia, Jesse Vasquez, Aurelio Vasquez, Jerry Vaughn, Elvin Velasque, David Weempe, Roger Wells, Raymond White, Leslie Wilson, Larry Woodard, Jason Yowman, Antonio Zapata, Robert Zipper, John Bonanno, William Boozer, Jr., John Bratcher, Charles Dean, Jr., Ted Drayer, Lawrence Dunbar, Robert Flanagan, David Goff, Tony Hart, Timothy Herzog, David Hudson, Rory Jinar, Harold Johnson, Charles Johnson, Clinton Jordan, Marlon Laird, Nathaniel Martin, William Massaquoi, Harry Massenburg, Juan Morales, Thomas Morton, II, Ralph Nagovich, Sea Oh, Maurice Ousley, David Robertson, Vincent Robison, William Rodriguez, Haidra Sadiq, Zewar Sadiq, Elmer Shiflett, Jr., James Slattery, Adrian Urrutia, Robert Vandergrift, Charlie Watson, Jr., William White, Richard Williams, Jr. Zipper

<u>PROOF OF SERVICE</u>

    I hereby certify that on this day, November 15, 2007, a copy of the foregoing Plaintiffs' Motion for Transfer for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 was served by first-class mail, postage prepaid upon the following:

**Clerk of the Court**
United States District Court for the Northern District of Alabama
Hugo L. Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**Clerk of the Court**
United States District Court for the District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

**Clerk of the Court**
United States District Court for the Northern District of California
235 Pine Street, 19th Floor
San Francisco, CA, 94120-7341

**Clerk of the Court**
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589

**Clerk of the Court**
United States District Court for the Middle District of Florida – Jacksonville Division
United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202

**Clerk of the Court**
United States District Court for the Northern District of Georgia – Atlanta Division
Richard B. Russell Federal Building and Courthouse
75 Spring Street SW, Room 2211
Atlanta, GA 30303-3361

**Clerk of the Court**
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

**Clerk of the Court**
United States District Court for the Southern District of Indiana – Indianapolis Division
Birch Bayh Federal Building
46 East Ohio Street, Room 105
Indianapolis, IN 46204

**Clerk of the Court**
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Clerk of the Court**
United States District Court for the Western District of Kentucky – Louisville Division
Gene Snyder United States Courthouse
601 W. Broadway, Rm 106
Louisville, KY 40202

**Clerk of the Court**
United States District Court for the District of Maryland – Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

**Clerk of the Court**
United States District Court for the Eastern District of Michigan– Detroit Division
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

**Clerk of the Court**
United States District Court for the Western District of Missouri – Kansas City Division
400 E 9th St.
Kansas City, MO 64106

**Clerk of the Court**
United States District Court for the District of New Jersey – Trenton Division
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Clerk of the Court**
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Clerk of the Court**
United States District Court for the Western District of North Carolina – Charlotte Division
401 W. Trade St., Room 212
Charlotte, NC 28202

**Clerk of the Court**
United States District Court for the Southern District of Ohio – Cincinatti Division
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

**Clerk of the Court**
United States District Court for the Eastern District of Pennsylvania – Philadelphia Division
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

**Clerk of the Court**
United States District Court for the District of South Carolina – Spartanburg Division
Donald S. Russell Courthouse
201 Magnolia Street
Spartanburg, South Carolina 29306

**Clerk of the Court**
United States District Court for the Middle District of Tennessee – Nashville Division
801 Broadway
Nashville, TN 37203

**Clerk of the Court**
United States District Court for the Eastern District of Texas – Marshall Division
100 E. Houston, Room 125
Marshall, Texas 75670

**Clerk of the Court**
United States District Court for the Western District of Virginia – Charlottesville Division
255 W. Main Street, Room 304
Charlottesville, VA 22902

**Alison M. Day**
Littler Mendelson, PC
21 E. State Street
Suite 1600
Columbus, OH 43215
Tel: 614-463-4201
Fax: 614-221-3301

**Counsel for Defendants: Apartment Investment and Management Company**, S.D. Ohio, No. 1:07-cv-00542-SAS-TSB

Counsel for Defendants: **AIMCO Properties, L.P.,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB

Counsel for Defendants: **NHP Management Company,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB

**Antonio D. Robinson**
Littler Mendelson, PC
3348 Peachtree Road NE, Suite 1100
Atlanta, GA 30326
Tel: 404-233-0330
Fax: 404-233-2361

Counsel for Defendants: **Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746

Counsel for Defendants: **AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746

Counsel for Defendants: **NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746

**Camille Webb Steward**
Miller & Martin, LLP
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219-2433
Tel: (615) 244-9270

Counsel for Defendants: **Apartment Investment and Management Company,** M.D. Tenn., No. 3:07-cv-00746

Counsel for Defendants: **AIMCO Properties, L.P.,** M.D. Tenn., No. 3:07-cv-00746

Counsel for Defendants: **NHP Management Company,** M.D. Tenn., No. 3:07-cv-00746

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.,** M.D. Tenn., No. 3:07-cv-00746

**Carlos J. Burruezo**
Littler Mendelson, PC
4767 New Broad St
Orlando, FL 32814
Tel: 407-514-2637
Fax: 407-514-2638

**Counsel for Defendants: Apartment Investment and Management Company,** M.D. Fla., No. 3:07-cv-00643-J-16JRK

    **Counsel for Defendants: AIMCO Properties, L.P,** M.D. Fla., No. 3:07-cv-00643-J-16JRK

    **Counsel for Defendants: NHP Management Company,** M.D. Fla., No. 3:07-cv-00643-J-16JRK

    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** M.D. Fla., No. 3:07-cv-00643- J-16JRK

**Chad Allen Stegeman**
Akin Gump Strauss Hauer & Feld
580 California St.
San Francisco, CA 94104
Tel: (415) 765-9526
Fax: (415) 765-9501

    **Counsel for Defendants: Apartment Investment and Management Company,** N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824;

    **Counsel for Defendants: AIMCO Properties, L.P,** N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824; N.D. Cal., No. 3:07-cv-03245

    **Counsel for Defendants: NHP Management Company,** N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824;

    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824;

**Christina Gomez**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

    **Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

    **Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC, D.D.C, No. 1:03-cv-01683-JR

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Craig Warner Wiley**
Littler Mendelson, PC
111 Monument Circle
Suite 702
Indianapolis, IN 46204
Tel: 317-287-3600
Fax: 317-636-0712

**Counsel for Defendants: Apartment Investment and Management Company,** S.D. Ind., 1:07-cv-0921

**Counsel for Defendants: AIMCO Properties, L.P.,** S.D. Ind., 1:07-cv-0921

**Counsel for Defendants: NHP Management Company,** S.D. Ind., 1:07-cv-0921

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** S.D. Ind., 1:07-cv-0921

**Eduardo F. Cuaderes, Jr**
Littler Mendelson, PC
2001 Ross Ave
Suite 1500
Lock Box 116
Dallas, TX 7520-2931
Tel: 214-880-8100
Fax: 214-880-0181

**Counsel for Defendants: Apartment Investment and Management Company,** E.D. Tex., No. 2:07-cv-00291-DF-CE

**Counsel for Defendants: AIMCO Properties, L.P.,** E.D. Tex., No. 2:07-cv-00291-DF-CE

**Counsel for Defendants: NHP Management Company,** E.D. Tex., No. 2:07-cv-00291-DF-CE

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** E.D. Tex., No. 2:07-cv-00291-DF-CE

**Elizabeth A. Lalik**
Littler Mendelson, PC
1650 Tysons Boulevard
McLean, VA 22102
Tel: 703-286-3131
> **Counsel for Defendants: Apartment Investment and Management Company,** W.D.
> Va., No. 3:07-cv-00034-NKM-BWC
> **Counsel for Defendants: AIMCO Properties, L.P.,** W.D. Va., No. 3:07-cv-00034-
> NKM-BWC
> **Counsel for Defendants: NHP Management Company,** W.D. Va., No. 3:07-cv-00034-
> NKM-BWC
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D. Va., No. 3:07-cv-
> 00034-NKM-BWC

**Erin A. Webber**
Littler Mendelson, PC
2300 Main Street
Suite 900
Kansas City, MO 64108
Tel: 816-448-3558
Fax: 816-817-0735
> **Counsel for Defendants: Apartment Investment and Management Company,** W.D.
> Mo., No. 4:07-cv-00502-DW
> **Counsel for Defendants: AIMCO Properties, L.P.,** W.D. Mo., No. 4:07-cv-00502-DW
> **Counsel for Defendants: NHP Management Company,** W.D. Mo., No. 4:07-cv-
> 00502-DW
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D. Mo., No. 4:07-cv-
> 00502-DW

**Gregory Bertram Reilly, III**
Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102
(973)621-3200
Fax: (973)621-3199
> **Counsel for Defendants: Apartment Investment and Management Company,**
> S.D.N.Y., 1:07-cv-06435-LTS
> **Counsel for Defendants: AIMCO Properties, L.P.,** S.D.N.Y., 1:07-cv-06435-LTS
> **Counsel for Defendants: NHP Management Company,** S.D.N.Y., 1:07-cv-06435-
> LTS
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** S.D.N.Y., 1:07-cv-06435-
> LTS

**Heather Burror**
Akin Gump Strauss Hauer & Feld

14

580 California St.
San Francisco, CA 94104
Tel: (415) 765-9526
Fax: (415) 765-9501
>    **Counsel for Defendants: Apartment Investment and Management Company,** N.D.
>        Cal., No. 3:05-cv-04824
>    **Counsel for Defendants: AIMCO Properties, L.P,** N.D. Cal., No. 3:05-cv-04824
>    **Counsel for Defendants: NHP Management Company,** N.D. Cal., No. 3:05-cv-04824
>    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Cal., No. 3:05-cv-
>        04824

**Jerry Howard Walters, Jr.**
Littler Mendelson, P.C.
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Tel: 704-972-7013
Fax: 704-333-4005
>    **Counsel for Defendants: Apartment Investment and Management Company,**
>        W.D.N.C., No. 3:07-cv-00274-GCM
>    **Counsel for Defendants: AIMCO Properties, L.P,** W.D.N.C., No. 3:07-cv-00274-
>        GCM
>    **Counsel for Defendants: NHP Management Company,** W.D.N.C., No. 3:07-cv-
>        00274- GCM
>    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D.N.C., No. 3:07-cv-
>        00274-GCM

**Jim O. Stuckey, II**
Littler Mendelson, PC
1201 Main Street
Suite 1100
Columbia, SC 29201
Tel: 803-799-9760
Fax: 803-753-9861
>    **Counsel for Defendants: Apartment Investment and Management Company,**
>        D. S.C., 7:07-cv-02175-GRA
>    **Counsel for Defendants: AIMCO Properties, L.P.,** D. S.C., 7:07-cv-02175-GRA
>    **Counsel for Defendants: NHP Management Company,** D. S.C., 7:07-cv-02175-GRA
>    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** D. S.C., 7:07-cv-02175-
>        GRA

**John M. Husband**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

**Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; N.D. Cal., No. 3:05-cv-04824; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; N.D. Cal., No. 3:05-cv-04824; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC; D.D.C, No. 1:03-cv-01683-JR; N.D. Cal., No. 3:05-cv-04824

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; N.D. Cal., No. 3:05-cv-04824; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Katherine A. Goetzl**
Littler Mendelson, P.C.
1150 17th Street NW
Washington, DC 20036
Tel: 202-842-3400
Fax: 202-842-0011

**Counsel for Defendants: Apartment Investment and Management Company,** W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: AIMCO Properties, L.P.,** W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D. Va., No. 3:07-cv-
00034-NKM-BWC

**Kimberly J. Gost**
**Sarah L. Powenski**
Littler Mendelson, P.C.
Three Parkway Suite 1400
1601 Cherry Street
Philadelphia, PA 19102-1321
Tel: 267-402-3000
    **Counsel for Defendants: Apartment Investment and Management Company,**
        E.D. Pa., 2:07-cv-02915-JS
    **Counsel for Defendants: AIMCO Properties, L.P.,** E.D. Pa., 2:07-cv-02915-JS
    **Counsel for Defendants: NHP Management Company,** E.D. Pa., 2:07-cv-02915-JS
    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** E.D. Pa., 2:07-cv-02915-
        JS

**Laurent Richard George Badoux**
Littler Mendelson PC
2425 E Camelback Rd
Ste 900
Phoenix, AZ 85016-2907
602-474-3600
Fax: 602-957-1801
    **Counsel for Defendants: Apartment Investment and Management Company,** D.
        Ariz., No. 2:07-cv-01370
    **Counsel for Defendants: AIMCO Properties, L.P,** D. Ariz., No. 2:07-cv-01370
    **Counsel for Defendants: NHP Management Company,** , D. Ariz., No. 2:07-cv-01370
    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** D. Ariz., No.
        2:07-cv-01370

**Melissa Dulski**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue NW
Suite 1000
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288
    **Counsel for Defendants: AIMCO Properties, L.P,** N.D. Cal., No. 3:07-cv-03245
    **Counsel for Defendants: NHP Management, Company,** N.D. Cal., No. 3:07-cv-03245

**R. Scott Summers**
Littler Mendelson PC
3739 Steele Blvd.
Suite 300

17

Fayetteville, AR 72703
Tel: 479-582-6102
Fax: 479-582-6111
>    **Counsel for Defendants: Apartment Investment and Management Company,** W.D.
>    Ky. No. 3:07CV-371-H
>    **Counsel for Defendants: AIMCO Properties, L.P,** W.D. Ky. No. 3:07CV-371-H
>    **Counsel for Defendants: NHP Management Company,** W.D. Ky. No. 3:07CV-371-H
>    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D. Ky. No. 3:07CV-
>    371-H

**Richard N. Appel**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave NW
Ste 1000
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288
>    **Counsel for Defendants: Apartment Investment and Management Company,** N.D.
>    Cal., No. 3:05-cv-04824; D.D.C, No. 1:03-cv-01683-JR; D. Md., 8:07-cv-01869-
>    AW
>    **Counsel for Defendants: AIMCO Properties, L.P,** N.D. Cal., No. 3:05-cv-04824; N.D.
>    Cal., No. 3:07-cv-03245; D.D.C, No. 1:03-cv-01683-JR; D. Md., 8:07-cv-01869-
>    AW
>    **Counsel for Defendants: NHP Management Inc.** D. Md., 8:07-cv-01869-AW; D.D.C,
>    No. 1:03-cv-01683-JR; N.D. Cal., No. 3:05-cv-04824;
>    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Cal., No. 3:05-cv-
>    04824; D.D.C, No. 1:03-cv-01683-JR

**Robert Eliot Shapiro**
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100
>    **Counsel for Defendants: Apartment Investment and Management Company,**
>    N.D.Ill, 1:07-cv-03952
>    **Counsel for Defendants: AIMCO Properties, L.P.,** N.D.Ill, 1:07-cv-03952
>    **Counsel for Defendants: NHP Management Company,** N.D.Ill, 1:07-cv-03952
>    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D.Ill, 1:07-cv-03952

**Tanya E. Milligan**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

**Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC; D.D.C, No. 1:03-cv-01683-JR

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Thomas E. J. Hazard**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

**Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-

00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC; D.D.C, No. 1:03-cv-01683-JR

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Timothy S. Anderson**
Littler Mendelson, PC
1100 Superior Avenue East
20th Floor
Cleveland, OH 44114-2531
Tel: 216-696-7600

**Counsel for Defendants: Apartment Investment and Management Company,** E.D. Mich., No. 2:07-cv-12939-RHC-VMM

**Counsel for Defendants: AIMCO Properties, L.P.,** E.D. Mich., No. 2:07-cv-12939-RHC-VMM

**Counsel for Defendants: NHP Management Company,** E.D.Mich., No. 2:07-cv-12939-RHC-VMM

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** E.D.Mich., No. 2:07-cv-12939-RHC-VMM

**William P. McLane**
Littler Mendelson, PC
One Newark Center
Eighth Floor
Newark, NJ 07102
Tel: (973) 848-4700
Fax: (973) 643-5626

**Counsel for Defendants: Apartment Investment and Management Company,** D.N.J., 3:07-cv-03256-FLW-JJH

**Counsel for Defendants: AIMCO Properties, L.P.,** D.N.J., 3:07-cv-03256-FLW-JJH

**Counsel for Defendants: NHP Management Company**, D.N.J., 3:07-cv-03256-FLW-JJH
**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.**, D.N.J., 3:07-cv-03256-FLW-JJH

Date: November 15, 2007

_____
Charles E. Tompkins