# EXHIBIT 2

RECEIVED
CLERK'S OFFICE

2007 NOV 15 ☐ 2: 50

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| **In re AIMCO PROPERTIES, et al.** ) | |
| **Fair Labor Standards Act Litigation** ) | **MDL Docket No. _____** |
| ) | |
| ) | |
| ) | |
| ) | |

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

I.    **INTRODUCTION**

Apartment Investment Management Company, Inc. ("AIMCO") is the nation's largest owner and manager of apartment communities in the United States, owning or managing over 1000 apartment communities in the United States.[1] *See Bone* Sept. 21, 2007 Second Amended

---

[1] The actions which Plaintiffs seek consolidated for pre-trial purposes are: *Bone et al. v. Apartment Investment and Management Company et al.*, No. 2:07-cv-01311 (N.D. Ala. filed July 16, 2007) ("*Bone*"); *Boland et al. v. Apartment Investment and Management Company et al.*, No. 2:07-cv-01370 (D. Ariz. filed July 16, 2007) ("*Boland*"); *Campbell et al. v. Apartment Investment and Management Company et al.*, No. 3:07-cv-03640 (N.D. Cal. filed July 16, 2007) ("*Campbell*"); *Dominguez et al. v. Apartment Investment and Management Company et al.*, No. 3:05-cv-04824 (N.D. Cal. filed Nov. 23, 2005) ("*Dominguez*"); *Dominguez et al. v. AIMCO Properties, L.P. et al.*, No. 3:07-cv-03245 (N.D. Cal. filed June 20, 2007) ("*Dominguez II*"); *Hill et al. v. Apartment Investment and Management Company et al.*, No. 07-cv-01492 (D. Colo. filed July 16, 2007) ("*Hill*"); *Chase et al. v. AIMCO Properties, L.P.*, No. 1:03-cv-01683 (D.D.C. filed Aug. 3, 2003) ("*Chase*"); *Angulo et al. v. Apartment Investment and*

Compl. at ¶12; *Boland* Sept. 21, 2007 First Amended Compl. at ¶12; *Campbell* July 16, 2007

Compl. at ¶13; *Dominguez* Sept. 26, 2005 Compl. at ¶7; *Dominguez II* July 16, 2007 First

Amended Compl. at ¶13; *Hill* Oct. 3, 2007 First Amended Compl. at ¶12; *Chase* Oct. 17, 2007

Second Amended Compl. at ¶13; *Angulo* Sept. 21, 2007 Second Amended Compl. at ¶12;

*Thomas*, Sept. 24, 2007 First Amended Compl. at ¶12; *Bishop* Sept. 21, 2007 Corr. First

Amended Compl. at ¶12; *Common* Sept. 21, 2007 Second Amended Compl. at ¶12; *Randolph*

Sept. 24, 2007 Second Amended Compl. at ¶12; *Aceituno* Oct. 1, 2007 First Amended Compl. at

¶12; *Cruz* First Amended Compl. at ¶14; *Barton* May 22, 2006 First Amended Compl. at ¶8;

*Birchett* Sept. 21, 2007 Second Amended Compl. at ¶12; *Conner* Sept. 21 2007 First Amended

---

*Management Company et al.,* No. 3:07-cv-643-J-16JRK (M.D. Fla. filed July 16, 2007)
("*Angulo*"); *Thomas et al. v. Apartment Investment and Management Company et al.,* No. 1:07-cv-1638 (N.D. Ga. filed July 16, 2007) ("*Thomas*"); *Bishop et al. v. Vensons et al.,* No. 1:07-cv-03952 (N.D. Ill. filed July 13, 2007) ("*Bishop*"); *Common et al. v. Apartment Investment and Management Company et al.,* No. 1:07-cv-0921 (S.D. Ind. filed July 16, 2007) ("*Common*"); *Randolph et al v. Apartment Investment and Management Company et al,* No. 3:07CV-371-H (W.D. Ky. filed July 16, 2007) ("*Randolph*"); *Aceituno et al. v. Apartment Investment and Management Company et al.,* No. 8:07-cv-01869 (D. Md. filed July 16, 2007) ("*Aceituno*"); *Cruz et al. v. AIMCO Properties, LP et al.,* No. 8:07-cv-01394 (D. Md. filed May 16, 2007) ("*Cruz*"); *Barton et al. v. Apartment Investment and Management Company et al.,* No. 8:06-cv-00192 (D. Md. filed Jan. 23, 2006) ("*Barton*"); *Birchett et al. v. Apartment Investment and Management Company et al.,* No. 2:07-cv-12939 (E.D. Mich. filed July 16, 2007) ("*Birchett*"); *Conner et al. v. Apartment Investment and Management Company LP et al.,* No. 4:07-cv-00502 (W.D. Mo. filed July 16, 2007) ("*Conner*"); *Hulse et al. v. Apartment Investment and Management Company et al.,* No. 3:07-cv-03256 (D.N.J. filed July 16, 2007) ("*Hulse*"); *Galloway v. Alvarez et al.,* No. 1:07-cv-06435 (S.D.N.Y. filed July 16, 2007) ("*Galloway*"); *Crawford et al. v. Apartment Investment and Management Company et al.,* No. 3:07-cv-274 (W.D.N.C. filed July 16, 2007) ("*Crawford*"); *Davis et al. v. Apartment Investment Management Company et al.,* No. 1:07-cv-542 (S.D. Ohio filed July 16, 2007) ("*Davis*"); *Mitchell et al. v. Apartment Investment Management Company et al.,* No. 2:07-cv-02915 (E.D. Pa. filed July 16, 2007) ("*Mitchell*"); *Cordle et al. v. Apartment Investment Management Company et al.,* No. 7:07-cv-02175 (D.S.C. filed July 16, 2007) ("*Cordle*"); *Burns et al. v. Apartment Investment and Management Company et al.,* No. 3:07-cv-00746 (M.D. Tenn. filed July 16, 2007) ("*Burns*"); *Bell v. Apartment Investment and Management Company,* No. 2:07-cv-00291 (E.D. Tex. filed July 16, 2007) ("*Bell*"); *Dunbar et al. v. Apartment Investments and Management Company et al.,* No. 3:07-cv-00034 (W.D. Va. Filed July 16, 2007) ("*Dunbar*").

Compl. at ¶12; *Hulse* Sept. 28, 2007 First Amended Compl. at ¶12; *Galloway* Sept. 24, 2007 First Amended Compl. at ¶12; *Crawford* Oct. 1, 2007 First Amended Compl. at ¶12; *Davis* Sept. 27, 2007 First Amended Compl. at ¶12; *Mitchell* Oct. 15, 2007 First Amended Compl. at ¶12; *Cordle* Sept. 17, 2007 First Amended Compl. at ¶12; *Burns* Sept. 21, 2007 Second Amended Compl. at ¶12; *Bell* Sept. 21, 2007 First Amended Compl. at ¶12; *Dunbar* Oct. 1, 2007 First Amended Compl. at ¶12, attached collectively as Ex. 1. Defendants NHP Management Co., AIMCO / Bethesda Holdings, Inc. and AIMCO Properties, LP are wholly-owned subsidiaries of AIMCO. *See* Defendants Corporate Disclosure, attached as Ex. 2.

Plaintiffs in the 26 actions at issue here are hourly-paid maintenance or service technicians paid by AIMCO to maintain the condition of its properties. *See Bone* Sept. 21, 2007 Second Amended Compl. at ¶18; *Boland* Sept. 21, 2007 First Amended Compl. at ¶18; *Campbell* July 16, 2007 Compl. at ¶17; *Dominguez* Sept. 26, 2005 Compl. at ¶4; *Dominguez II* July 16, 2007 First Amended Compl. at ¶17; *Hill* Oct. 3, 2007 First Amended Compl. at ¶18; *Chase* Oct. 17, 2007 Second Amended Compl. at ¶21; *Angulo* Sept. 21, 2007 Second Amended Compl. at ¶18; *Thomas* Sept. 24, 2007 First Amended Compl. at ¶18; *Bishop* Sept. 21, 2007 Corr. First Amended Compl. at ¶18; *Common* Sept. 21, 2007 Second Amended Compl. at ¶18; *Randolph* Sept. 24, 2007 Second Amended Compl. at ¶18; *Aceituno* Oct. 1, 2007 First Amended Compl. at ¶18; *Cruz* First Amended Compl. at ¶18; *Barton* May 22, 2006 First Amended Compl. at ¶12; *Birchett* Sept. 21, 2007 Second Amended Compl. at ¶18; *Conner* Sept. 21 2007 First Amended Compl. at ¶18; *Hulse* Sept. 28, 2007 First Amended Compl. at ¶18; *Galloway* Sept. 24, 2007 First Amended Compl. at ¶18; *Crawford* Oct. 1, 2007 First Amended Compl. at ¶18; *Davis* Sept. 27, 2007 First Amended Compl. at ¶18; *Mitchell* Oct. 15, 2007 First Amended Compl. at ¶18; *Cordle* Sept. 17, 2007 First Amended Compl. at ¶18; *Burns* Sept. 21, 2007 Second Amended

Compl. at ¶18; *Bell* Sept. 21, 2007 First Amended Compl. at ¶18; *Dunbar* Oct. 1, 2007 First

Amended Compl. at ¶18, Ex. 1. All Plaintiffs were required by AIMCO to remain "on call" after

normal business hours to respond to and address tenant requests for services received during

those hours. *Id.* at ¶¶ 16, 19, 24, 26, 34, Ex. 1. Pursuant to 28 U.S.C. § 1407, Plaintiffs in all

these actions seek the consolidated or coordinated pretrial treatment of 26 related actions.[2]

These cases satisfy the requirements for transfer and coordination since they "involv[e]

one or more common questions of fact," and transfer would further "the convenience of the

parties and witnesses" and "promote the just and efficient conduct of [the] actions by" ensuring

centralized oversight of pretrial fact development. *See* 28 U.S.C. § 1407(a). Plaintiffs in each

suit make nearly identical claims for unpaid overtime under the Fair Labor Standards Act

("FLSA"), 29 U.S.C. §§ 201, *et seq.*, and have filed substantively identical complaints against

Defendants. *See* Complaints, Ex. 1. All Plaintiffs in all actions allege that they were not paid for

all time worked while they were "on call" at their apartment communities. AIMCO denies

Plaintiffs are entitled to overtime compensation for the activities at issue and asserts identical

defenses in each action. *See Bone* Answer at Affirmative Defense ¶¶ 1-5; *Boland* Answer at

Affirmative Defense ¶¶ 1-5; *Campbell* Answer at Affirmative Defense ¶¶ 1-5; *Dominguez*

Answer at Affirmative Defense ¶¶ 1-5; *Chase* Answer at Affirmative Defense ¶¶ 1-5; *Angulo*

Answer at Affirmative Defense ¶¶ 1-5; *Thomas* Answer at Affirmative Defense ¶¶ 1-5; *Bishop*

Answer at Affirmative Defense ¶¶ 1-5; *Common* Answer at Affirmative Defense ¶¶ 1-5;

*Randolph* Answer at Affirmative Defense ¶¶ 1-5; *Aceituno* Answer at Affirmative Defense ¶¶ 1-

5; *Barton* Answer at Affirmative Defense ¶¶ 1-5; *Birchett* Answer at Affirmative Defense ¶¶ 1-5;

---

[2] *See supra*, note 1.

*Conner* Answer at Affirmative Defense ¶¶ 1-5 ; *Hulse* Answer at Affirmative Defense ¶¶ 1-5;

*Galloway* Answer at Affirmative Defense ¶¶ 1-5; *Crawford* Answer at Affirmative Defense ¶¶ 1-5; *Davis* Answer at Affirmative Defense ¶¶ 1-5; *Mitchell* Answer at Affirmative Defense ¶¶ 1-5;

*Cordle* Answer at Affirmative Defense ¶¶ 1-5; *Burns* Answer at Affirmative Defense ¶¶ 1-5; *Bell*

Answer at Affirmative Defense ¶¶ 1-5; *Dunbar* Answer at Affirmative Defense ¶¶ 1-5, attached

collectively as Ex. 3. All Plaintiffs in the cases in which discovery has commenced have been

served with identical discovery, and Plaintiffs expect to serve Defendants with essentially

identical discovery in each action as well.    *See* Requests for Admission, Requests for

Documents, and Interrogatories, attached collectively as Ex. 4 (including a sample of the

identical discovery requests from each action).    Therefore, transfer under section 1407 is

necessary to avoid duplication of discovery, eliminate potential conflicting pretrial rulings by

different courts, and conserve the resources of the parties and the judiciary.

All of the cases for which transfer and consolidation are sought arise from a single action,

*Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR) (D.D.C. Aug. 7, 2003) ("*Chase*"), currently

pending before Judge Robertson in the United States District Court for the District of Columbia.

In *Chase*, Judge Robertson granted conditional certification of an opt-in class of AIMCO

maintenance technicians. *See Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR), slip. op. (D. D.C.

June 23, 2005), dkt. no. 88.    Following notice of this action to potential class members,

approximately 1000 maintenance technicians elected to file consents to join the *Chase* action.

Judge Robertson subsequently determined a single trial of all of the Plaintiffs' claims was

inappropriate, decertified the class, and dismissed those opt-in Plaintiffs whose claims did not

have a nexus with Washington, D.C.   *Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR), slip. op.

(D.D.C. Apr. 25, 2007), dkt. nos. 217, 222  Plaintiffs then filed lawsuits in Alabama, Arizona,

California, District of Columbia, Colorado, Florida, Georgia, Illinois, Indiana, Kentucky, Maryland, Michigan, Missouri, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, and Virginia on behalf of the opt-in class members residing in each of these states.

Because Judge Robertson is familiar with both the facts and the law at issue in these actions, and because *Chase* case is by far the most advanced of the actions at issue, Plaintiffs respectfully propose that the Panel transfer these 26 lawsuits to District Judge Robertson for coordinated pretrial treatment.

## II.    LITIGATION BACKGROUND

The history of these actions is lengthy. On August 3, 2003, certain maintenance technicians employed by Defendants filed a collective and class action suit in the United States District Court for the District of Columbia pursuant to 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23. *See* Compl., *Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR) (D.D.C. Aug. 7, 2003), dkt. no. 1. The plaintiffs in that action made the same basic allegations as the Plaintiffs here. Plaintiffs sought certification of a nationwide collective action pursuant to § 216(b) of the Fair Labor Standards Act, and the certification of Maryland and California state law claims pursuant to Fed. R. Civ. P. 23. Judge James Robertson conditionally certified as a collective action plaintiffs' claims under the Fair Labor Standards Act, but declined to exercise supplemental jurisdiction over the pendant state law claims of the proposed Rule 23 subclasses.[3] *Chase v. AIMCO*, Civ.

---

[3] Judge Robertson's decision not to exercise supplemental jurisdiction over the state law claims was based on *Lindsay v. Gov't. Employees Ins. Co.*, 355 F. Supp. 2d 119 (D.D.C. 2004) which was subsequently reversed by the United States Court Appeals for the District of Columbia in *Lindsay v. Gov't Employees Ins. Co.*, 448 F.3d 416 (D.C. Cir. 2006). As a result of Judge Robertson's decision, the California and Maryland plaintiffs filed in action their respective state courts alleging violations of state law and seeking class treatment of their claims. Defendant removed these actions to federal court. *See Dominguez et al. v. Apartment Investment and Management Company et al.*, No. 3:05-cv-04824 (N.D. Cal. filed Nov. 23, 2005); *Barton et al. v.*

No. 1:03-CV-01683(JR), slip. op. (D. D.C. June 23, 2005), dkt. no. 88. Following certification pursuant to Rule 216(b), notice of the pendency of the collective action was sent to AIMCO's current and former maintenance technician employees. More than one thousand employees filed consents to join the collective action.

The parties then engaged in discovery limited to preparation for Defendants' motion for decertification of the conditionally certified opt-in class. On March 28, 2007, Judge Robertson granted Defendants' motion to decertify the collective action, finding the facts incompatible with a nationwide collective action. *Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR), slip. op. (D.D.C. Apr. 25, 2007), dkt. no. 217. The court subsequently dismissed without prejudice the claims of the individuals who filed consents to join *Chase v. AIMCO*, but whose claims did not have a nexus with the properties managed by AIMCO in the District of Columbia.[4] *Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR), slip. op. (D. D.C. Apr. 25, 2007), dkt. no. 222. That same day, the Court ordered mediation of the D.C. named plaintiffs and the D.C. opt-ins' claims. *Chase v. AIMCO*, Civ. No. 1:03-CV-01683(JR), slip. op. (D. D.C. Apr. 25, 2007), dkt. no. 223. The parties participated in a mediation session in June 2007 and also engaged in discussions concerning the possibility of a more global resolution that would include the opt-ins' claims.

---

*Apartment Investment and Management Company et al.,* No. 8:06-cv-00192 (D. Md. filed Jan. 23, 2006). These actions were stayed pending resolution of the motion for decertification in *Chase*.

[4] Judge Robertson also transferred the claims of the *Chase* named plaintiffs with a nexus to Maryland and California to their respective jurisdictions, resulting in two new actions that allege violations of the FLSA on behalf of two individuals in the Northern District of California and three individuals in the District of Maryland. *See Dominguez et al. v. AIMCO Properties, L.P. et al.,* No. 3:07-cv-03245 (N.D. Cal. filed June 20, 2007); *Chase et al. v. AIMCO Properties, LP et al.,* No. 8:07-cv-01394 (D. Md. filed May 16, 2007). Shortly thereafter, the opt-in Plaintiffs in *Chase* filed actions in California and Maryland, respectively. *See Campbell et al. v. Apartment Investment and Management Company et al.,* No. 3:07-cv-03640 (N.D. Cal. filed July 16, 2007); *Aceituno et al. v. Apartment Investment and Management Company et al.,* No. 8:07-cv-01869 (D. Md. filed July 16, 2007).

The mediation and related discussions were unsuccessful and, as a result, Plaintiffs filed 21 actions on behalf of the non-Washington, D.C. opt-ins whose claims were denied without prejudice in *Chase v. AIMCO* but who have a nexus to properties managed by AIMCO in each respective jurisdiction. *See supra*, note 1.

### III. APPLICATION OF THE CONTROLLING LEGAL STANDARD FAVORS THE TRANSFER OF THESE ACTIONS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407, civil actions in different districts that involve common questions of fact may be transferred to a single court for coordinated or consolidated pretrial proceedings if such a transfer "will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a). The goal of section 1407 is "the avoidance of conflicting and duplicative pretrial demands on parties and witnesses in related cases." *In re Regents of the Univ. of Cal.*, 964 F.2d 1128, 1131 (Fed. Cir. 1992).

Consolidation of these 26 actions, which are pending in 22 different jurisdictions, fulfills these requirements. All 26 actions assert essentially the same claims and involve essentially the same defenses. Thus, litigating Plaintiffs' claims will require resolution of parallel issues, such as: (i) whether AIMCO, despite its written prohibitions for off the clock work, effectively required its maintenance technicians to work off the clock responding to service calls from tenants; (ii) whether AIMCO's recordkeeping of the time maintenance technicians worked while on call was sufficient to satisfy the requirements of the FLSA; (iii) the nature of the restrictions AIMCO placed on Plaintiffs while they were on call; (iv) whether those restrictions are sufficient to justify compensation for all time spent on call; and (v) whether AIMCO's failure to pay Plaintiffs for all on call time was a willful violation of the FLSA.

On these and other matters, duplicative discovery and motion practice will occur. Indeed, identical discovery already has been served in every action in which discovery has been

commenced. *See* Requests for Admission, Requests for Documents, and Interrogatories, Ex. 4. Absent coordination, any dispute arising from this identical discovery will be litigated 26 separate times, with the possibility of varying outcomes and inconsistent discovery requirements. Because consolidated pretrial treatment under section 1407 would assist the parties in avoiding such repetition and conflicting decisions concerning these issues, consolidation would serve the convenience of the parties and witnesses and promote the just and efficient conduct of litigation.

### A.    These Actions Involve Several Common Questions Of Fact

The threshold issue under section 1407 is the existence of one or more common questions of fact. *See In re Regents of Univ. of Cal.*, 964 F.2d at 1135 (coordination and transfer pursuant to section 1407 requires the presence of sufficient common questions of fact to promote the just and efficient conduct of multiple actions by eliminating the potential for conflicting pretrial rulings by coordinate courts). In situations where individual lawsuits share a "common factual core" transfer is appropriate. *See In re Stirling Home Corp. Secs. Litig.*, 442 F. Supp. 547, 549 (J.P.M.L. 1977).

The factual assertions in each of the instant actions are identical. Plaintiffs allege that they are or were employed by AIMCO as maintenance technicians; that they are or were required to work "on call" after normal business hours; and that AIMCO, pursuant to an unwritten but nevertheless enforced corporate policy, did not and continues not to pay them for all time worked while on call. In addition, some Plaintiffs allege that the restrictions placed on them while on call were sufficiently limiting that they should be paid for all time spent on call waiting for calls for service from tenants. *See* Complaints, Ex. 1.

These common allegations require the resolution of similar factual issues in each action. For example, each of these actions will require inquiry as to (1) the nature of AIMCO's instructions regarding off-the-clock work while on call; (2) whether AIMCO permitted its

employees to be paid overtime where, as was the case with virtually all emergency work, a request for overtime was not received in advance; the sufficiency of AIMCO's recordkeeping; (3) the level of restriction placed on the activities of on call employees; and (4) whether AIMCO's violation of the FLSA was in good faith or willful. The defenses in each action also are identical and therefore will require adjudication of common questions of fact. Transfer under section 1407 thus is appropriate because the core factual allegations of all 26 lawsuits, and the defenses asserted in each, are virtually identical.

**B.     Consolidation Of These Actions Will Serve The Convenience Of The Parties And Witnesses And Will Promote The Just And Efficient Conduct Of These Actions.**

Consolidation also is appropriate because it would serve the convenience of the parties and witnesses, and promote the just and efficient conduct of these actions. Consolidated pretrial discovery would limit the duplication of discovery on common issues, avoid conflicting pretrial rulings, and resolve potential conflicting rulings on certification of the state law claims pending in four jurisdictions.[5]   *See In re Amerada Hess Corp. Antitrust Litig.*, 355 F. Supp. 1404, 1405 (J.P.M.L. 1975) (coordinated treatment is appropriate to avoid duplication of discovery); *In re Suess Patent Litig.*, 331 F. Supp. 549, 550 (J.P.M.L. 1971) (coordinated treatment is appropriate to avoid duplication of discovery and conflicting pretrial rulings); *In re Griseofulvin Antitrust Litig.*, 395 F. Supp. 1402, 1403 (J.P.M.L. 1975) (same).

Here, the discovery served in each action has thus far been identical, therefore, as a practical matter only consolidation for pre-trial purposes will avoid both conflicting discovery rulings and the burden of 22 separate judges deciding identical discovery disputes. Coordination

---

[5] In addition to the state law class action claims pending in the District of Maryland and the Northern District of California, *see supra* at n. 3, the complaints filed in the Northern District of Illinois and the Southern District of New York by the opt-ins dismissed without prejudice in the *Chase v. AIMCO* litigation include state law class action allegations.

would also reduce the burden on Plaintiffs by allowing them to schedule the pretrial workload in an efficient manner, perhaps moving sequentially through the various states in which actions are filed, or in some other logical, staged manner. *See In re Bristol Bay, Alas., Salmon Fishery Antitrust Litig.*, 424 F. Supp. 504, 506-07 (J.P.M.L. 1977).

        1.    <u>Consolidation will prevent duplicative discovery and conflicting rulings</u>

Because Plaintiffs' allegations are identical in each jurisdiction, repetitive discovery already has begun and will continue. The parties have sought[6] and will seek the same types of information for each common factual issue. As a result, each party either has served or will shortly serve redundant discovery requests, and Plaintiffs in each action will seek redundant depositions from the same corporate representatives. Moreover, the parties in each action are likely to request many of the same documents. Consolidating these cases before a single district judge would avoid such unnecessary and burdensome repetition.

Coordinated or consolidated pretrial proceedings would also help to avoid conflicting pretrial rulings. This Panel has previously recognized that avoiding duplicative and potentially inconsistent pretrial rulings promotes the just and efficient conduct of related proceedings and justifies transfer under section 1407. This includes potentially inconsistent rulings on discovery motions, *see In re Ironworkers Union Employment Practices Litig.*, 424 F. Supp. 1072, 1074 (J.P.M.L. 1976), and dispositive motions, *see In re Temporomandibular Joint (TMJ) Implants Prods. Liability Litig.*, 844 F. Supp. 1553, 1554 (J.P.M.L. 1994). Because the parties just recently begun to conduct, and will continue to conduct, identical discovery in each action, it is a certainty that Courts in each jurisdiction will encounter and be required to resolve identical discovery disputes.

---

[6] *See* Ex. 4.

Similarly, these actions will likely involve duplicative motions for summary judgment. For instance, the parties disagree on whether waiting time is compensable as a matter of law under the circumstances present here. The parties also are likely to disagree over whether AIMCO's violation of the law was willful, and whether AIMCO is entitled to a reduction from the FLSA's presumptive double damages provisions. Litigating these pretrial motions in a consolidated manner before a single judge, rather than repeatedly subjecting these issues to potentially conflicting determinations by multiple courts, would serve the just and efficient conduct of these actions. Not only would it save the parties from the time spent on duplicative motions, but it would also avoid the multiple appeals that would likely result from conflicting determinations on identical factual allegations.

## IV.   THIS PANEL SHOULD TRANSFER THE ACTIONS TO THE DISTRICT OF COLUMBIA

Given the similar factual issues that predominate in these actions, and the likelihood of repetitive discovery and pretrial motions, coordination under section 1407 is appropriate. The question thus becomes where the Panel should transfer these suits. Numerous factors are relevant in selecting a transferee forum, including the: (1) district of the earliest filed action, *In re Regents of Univ. of Cal.*, 964 F.2d at 1136; (2) status of the actions in the various transferor forums, *In re Four Seasons Secs. Laws Litig.*, 362 F. Supp. 574, 575-76 (J.P.M.L. 1973); (3) the number of actions pending before the potential transferee forums, *In re Republic Nat'l-Realty Equities Sec. Litig.*, 382 F. Supp. 1403, 1406 (J.RKL. 1974); and (4) familiarity of judges in the potential transferee forum with the issues in the consolidated actions, *In re Plywood Antitrust Litig.*, 376 F. Supp. 1405, 1407 (J.P.M.L. 1974). Here, because there is only one action in 20 of the jurisdictions, and the multiple actions pending in the Northern District of California and the District of Maryland have been consolidated before a single judge in each court, factor (3) is

irrelevant. Factors (1), (2), & (4), however, all strongly favor transfer and consolidation of the actions for pre-trial purposes to The Hon. Judge Robertson of the District Court for the District of Columbia.

### A.    Earliest Filed Action And Status Of Litigation

The *Chase* case before Judge Robertson is by far the most advanced of the instant actions. Judge Robertson has presided over the action *Chase et al v. AIMCO*, which gave rise to the 26 actions that Plaintiffs now seek consolidated, for over four years. Discovery is set to close in *Chase* in early 2008, with dispositive motion practice to begin March 1, 2008. A trial will follow shortly thereafter – the first of the related actions at issue here to be tried. In contrast, none of the 23 newly-filed actions has progressed beyond the initial pleadings stage. As noted above, identical discovery in each action has been served, but neither party has answered any discovery.

Consolidation of these actions with the *Chase* case thus presents an opportunity to efficiently manage the other 25 actions at issue. By the conclusion of this discovery process and trial in *Chase*, both the Court and the parties should have a complete understanding of the appropriate approach for the completion of discovery in the other 25 actions related to *Chase*. Transfer of these actions for pre-trial purposes to Judge Robertson will thus permit the most efficient course for the completion of discovery and pre-trial motion practice of those actions.

### B.    Familiarity Of Judges In The Transferee Forums With The Issues In Consolidated Cases

Judge Robertson is far more familiar with the facts underlying the 26 actions than any other Court. During the pendency of *Chase*, Judge Robertson has become extensively familiar with the both the facts of the action, which largely overlap with those of the 25 other actions filed this year, and the underlying legal issues, set forth above, that constitute the core of the

13

parties' disputes in each of the actions. Judge Robertson has resolved several discovery motions, ruled on Plaintiffs' motion for collective action treatment pursuant to 29 U.S.C. § 216(b), and ruled on Defendants' subsequent motion for decertification. Resolution of each of these motions required developing familiarity with the facts and the law relevant to all of the 26 actions Plaintiffs propose for consolidation. The District of Columbia thus represents the ideal transferee forum for the instant litigation.

## V.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court transfer each of the actions listed in the attached Schedule of Actions to the Hon. Judge James Robertson the United States District Court for the District of Columbia for consolidation and coordination of pre-trial proceedings.

Date: November 15, 2007

Respectfully submitted,

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
**COHEN, MILSTEIN, HAUSFELD &**
**TOLL P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699

Candace McGowan
**Wiggins, Childs, Quinn &**
**Pantazis**
The Kress Building
301 19th Street North
Birmingham, AL  35203

Ron Kilgard
**Keller Rohrback, P.L.C.**
3101 North Central Avenue, Suite 1400
Phoenix, Arizona  85012

14

Laura Ho
Teresa Demchak
**Goldstein, Demchak, Baller,**
**Borgen & Dardarian**
300 Lakeside Drive.,
 Suite 1000
Oakland, CA  94612

R. Timothy Vannatta
**Kuveikis & Vannatta, P.A.**
120 South Olive Avenue
Suite 202
West Palm Beach, FL  33401

W. Thomas Lacy, Jr.
**Lacy & Snyder, LLP**
300 Prime Point
Suite 100
Peachtree City, GA  30269

Jairus M. Gilden
**Metcalf, Kaspari, Howad &**
**Lazarus, P.A.**
1660 Highway 100 South
Minneaspolis, MN  55416

William Kenealy
**Kenealy & Jacobi, P.L.L.C.**
Suite 1730
462 S. Fourth Avenue
Louisville, Kentucky 40202

Jay P. Holland
Steven M. Pavsner
**Joseph Greenwald Laake, P.A.**
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770

Thomas Wienner
**Wienner & Gould, P.C.**
950 West University Drive
Suite 350
Rochester, MI  48304

Stephen A. Simon
**Tobias Kraus & Torchia**
414 Walnut Street
STE 911
Cincinnati, OH  45202

George A. Hanson
**Stueve Siegel Hanson LLP**
460 Nichols Road
Suite 200
Kansas City, MO 64112

T. Christopher Tuck
Richardson, Patrick
**Westbrook & Brickman, LLC**
1037 Chuck Dawley Blvd., Bldg. A
P.O. Box 1007
Mt. Pleasant, S.C. 29464

Gordon Ball
**Ball & Scott**
550 West Main Avenue
Suite 750
Knoxville, TN  37902

J. Derek Braziel
**Lee & Braziel LLP**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202

Teresa Demchak
**Goldstein, Demchak, Baller, Borgen &**
**Dardarian**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612

***Attorneys for Plaintiffs****, Robert Allford, Paul Bone, Terry Cagle, John Elliot, Roderick Evans,
Alvin Hoffman, Jackie Guthrie, Marcia Hawkins, Darrell Howard, Anjanette Johnson, Gerald
Johnson, David Mitchell, Orville Littleton, Cleveland Ray, Micah Smith, Harry Smart, James*

Smith, Jason Schaffer, Claiborn Thompson, Gary Talley, Jerome Young, Kevin Boland, Moises Baca, Louis Belinger, Warren Bills, Terry Bright, Joseph Butler, Betty Calhoun, Gregory Carpenter, Jesus Carrasco, Bradley Collins, Steven Cooper, Sr., Steve Davis, Richard Driscoll, Joe Esparza, Daniel Gueorguiev, Henry Hale, Walt Hermes, David Holder, William Hughes, Brian Kerr, Bill Lagusis, Lawrence Lamotte, Kevin Martinez, Martin Ortega, Frank Pope, Keith Potter, Eduardo Ramirez, Stephen Renning, Peter Sapien, Mark Studzinski, Jason Terpstra, Mark Tomamichel, John      Trichel, Oscar Valenzuela, Steven Van Guilder, Gary Vieth, Guy Wagner, Jr., Tony Walters, and Brian Williams, Kenneth Campbell, Raymond Alvarado, Russell Austin, David Barrios, Leroy Boese, George Bohannon, Edwin Bondoc, Gerver Calderon, Ernesto Cisneros, Mitchell Cobb,      Daniel Cohick, Jose Colocho, Terry Crow, Brian Dean, Cecil Elkins, Ramon Estrada, David Geeting, Gregory Goodwin, Earnest Harrell, Bill Hernandez, Jose Hernandez, Joseph Hutton, Sr., Isaias Lopez, Luis Lopez, John Martin, Matthew Martin, Laurin      McPhee, Jr., Ason Mingus, Patrick Moxley, Tony Ornelas, Mick Peachee, Ricardo Perez, Amador Perez, Alfredo Pineda, Kevin Price, Alberto Reyes, Michael Schilling, Marco Solorzano, Jason Taylor, Ranferi Miranda Teran, Kenneth Terry, Armando Torrez, Thomas Visage, Robert White, Michael Woods, Damian Zentner, and Luis Zermeno, Joseph Dominguez, Roger Daly, Mark Hill, Jose Baca, Laute Bachicha, Jr., Steven Birchfield, Polo Aguirre, Jamey Block, Lonnie Blake, Donald Cooperrider, Edward Cordova, Jr., Mathew Corbett, Trevor Hamilton, John Estrada, James Fazzone, Leonardo Diaz, Patrick Haggerty, Charles Holman, Dustin Jernberg, Raymondo Martinez, Eric Larsen, Ananias Nunez, Ronald Pollock, Larry Myles, James Perry, William Raymond, Dominic Rinaldi, Johnny Sizemore, Leornard Sanchez, Jessie Sanchez, Antonio Young, and William Wakefield, William Angulo, Carlos Alfaro, Arvester Anderson, Hilton Anglada, Charles Antoine, Gunay Badak, Thomas Bailey, James Ballish, John Biddle, Michael Billick, Julio Botex, Felix Cabrera, Joseph Cannarella, Jeremiah Cannon, Giancarlo Carbajal, David Carlisle, Manuel Castellanos, Gerardo Chilenitt, Marc Clairvoyant, Rafael Collazo, Frank Collyer, Boyce Conwill, James Cooper, Jason Cowart, Mario Delcid, Daniel Delrio, Mariano Diaz, Theodore Dority Jr., John Ettlinger, Timothy Fenwick, Vladimir Fernandez, Maximino Figueroa, James Flindt, Leroy Foreman, Nick Foster, Gabriel Franqui, Luis Giraldes-Borrego, Jose Gonzalez, Sergio Gonzalez, Jeffery Gordon, Alfonso Gravenhorst, Robert Gray, Alan Harrison, Eric Huntley, Edino Ibanez, Mario Iglesias, Reginald Jackson, Darryl Johnson, John Keel, Jeffrey Kennedy, William Kilosky, David Langlais, Gary Lee, William Lee, Raymond Lindsey, Ramona Lugo, Edwin Luna, Kelly Mahan, Jose Martinez, William McCann, Andre McEachin, Robert Mendoza, Felix Mercedes, James Mhoon, Oswin Minor, Michael Monegan, Jorge Morejon, Jorge Moreno, Jody Mundon, Gregory Myall, Pedro Nodarse, Dana Ofeldt, Juan Ortiz-Laboy, Antonio Perez, Hector Ramos-Agosto, Julio Raposa, Joel Rivera, Emilio Rodriguez, Joel Rodriguez, Luis Rodriguez, Rassiel Rodriguez, Andres Ross, Anthony Ross, Floyd Rowe, Ernesto Rubido, Carlos Ruiz, Michael Ryan, Agustin Santiago, Steve Scherf, Richard Sheldon, Lenin Sifontes, Larry Simond, Kenneth Simpson, Kenneth Singleton, Mattie Smith, Frank Stockholm, Jr., Fredy Suni, Jeffrey Thomas, Carlos Thompson, Gary Tooker, David Torres, Douglas Uribe, Albert Valle, Hector Vallejo, Leroy Vann, Hector Vasquez, Lawrence Verderosa, Rene Vredegoor, Craig Weast, Anthony Whiting, Jr., Lenbyrd Woods, and Frank Yanes-Ruano, Hassan Abdullah, Ronnie Belt, Terrell Brown, Juan Bussey, Demetrius Chambers, Timothy Clawson, Dennis Cooke, V, Michael Cote, Roland Dickerson, Danny Ellerbee, Matthew Fields, Tracy Gordino, Kelton Gresham, Jr., Ken Herring, Andre Humphrey, Henry Jackson, Gary Jones, Joseph Jones, Jr., Rufus Jones, Fredrick Keith, Darnell Manley, Will May, Rick Millan, Terrance Mitchell,

16

Kenneth Morgan, Richard Owens, Larry Parks, Eugene Pereira, Philip Philander, Kenneth Rann, Jerry Scott, Jon Sfintu, Paul Smith, Tommie Stephens, Lamar Stone, Curtis Sturdivant, David Taylor, Troy Thomas, Lladnar Thompson, Mark Uhl, Arthur Walker, Harold Weston, Mark Williams, Wendall Wood, Travis Bishop Jr., Rafic Badran, Magdaleno Barron, Brian Behning, Tyrone Bolian, David Carruthers, Arbie Carter, Robert Cluckey, Sean Davies, Karen Fadke, Anthony Forillo, Joseph Frey, Terry Fulk Jr., Mary Ganger, Asberry Griffin, Phillip Grimm, Michael Halton, Michael Holiday, Keith Hughes, Richard Hyzy, Steven Johnson, Robert King, John Kolep, Toby Large, Robert Leschewski, Raul Leyva, Charles MacMillian, Mark Martin, Robert Mendenhall, Steven Merkel, John Meyers, Edib Mulasmajic, Pedro Pantoja, Clayton Prysny, Harun Puci (Fasliu), Kevin Ross, Michael Shott, Larry Swearingen, Mark Trojan, Albert Vensons, Antonio Vivanco, Jerome Washington, Robert Williams, James Wojcik, Daniel Wood, Gable Common, Robert Adkisson, Samuel Beckett, Thomas Blessing, Allen Bolden, Sr., Dennis Bonte, John Booth, IV, Neal Braun, Shawna Breeding, Dennis Brennan, James Burns, Tyree Carter, Kenneth Carter, Jerome Chambers, Larry Corbin, Darryl Cotton, Karl Crick, Rufus Downey, Loren Duff, II, Juan Echeverria, Jr., David Feltner, Charles Fiedler, Raymond Garrett, David Gilley, Ernest Green, Dennis Hale, Harold Hargrave, Jr., Darren Highbaugh, Christopher Hinds, Todd Howard, Eugene Johnson, Joseph Johnston, Jr., James Jones, Edward Kersage, Jimmie King, Robert Ledman, Patrick Lynch, Kevin Macy, William Mettler, Jr., Michael Mills, Jessie Monk, Jr., Marvin Montgomery, Sr., Daniel Moulton, Matthew Pearman, Timothy Phelan, Narine Pragg, Jack Prusell, John Risch, James Rivers, Paul Sharp, Brian Starr, Michael Stone, Willie Strong, William Templin, Alan Vanbibber, Shaine Volle, Kenneth Walsh, Barry Woodruff, Kevin Woods, William Chase, Joseph Moreno, Lorenzo Hall, David Jordan, Herbert Paz-Varela, Joseph Ray, Zackaric Todd, Robert Randolph, Jerry Amos, Mickey Brite, Jonathan Brown, Samuel Curry, Michael Duncan, Arthur Ewing, Joseph Garrett, Larry Gibson, Shawn Hamilton, The Estate of Richard Hancock, Jr., William Kearfott, Adam Koch, Bobby Marshall, Douglas Miller, Deverett Newcomb, Joseph Porter, Thomas Raines, Terry Schrock, Thomas Vaughn, Bruce Vice, David Wiley, Aldo Cruz, William Broadie, Wendell Aceituno, Ronald Ardis, Jr., Thomas Barr, Robert Barr, Jr., Marvin Barton, Joseph Beion, Herbert Benjamin, John Bonner, Clarence Brock, Jr., Lewis Brown, Montinas Butler, Charles Campbell, Frederic Caron, Michael Dockery, Thomas Gattison, Ramon Giron, Darryl Grant, Anthony Haley, Anthony Hammond, Marsaiah Harris, Thomas Karras, Rodney Lewis, Erich Locust, Marshall Massey, Joseph Mattingly, Jr., Michael Moore, Andrigo Prevento, James Reid, Terry Scurry, Richard Swartz, Isadore Sykes, Keith Thornton, Mark Tippett, Walter White, Jr., James Wiggins, Jonathan Wright, Jr., Alieu Yousif, Florentino Zuniga, Michael Birchett Jr., Thomas Alderman, Charles Anderson, Joseph Antonelli, Craig Blake, Alfred Bryant, Ryan Coleman, Tyree Cook Jr., Dolores Fabela, Alaric Fairchild, Shawn Fleming, Roger Gagnon, Raven Germain, Larry Golden, Dennis Grindle, Frederick Honore Sr., David Hook, Albert Horton Jr., Mark Howard, Robert Howard, Paul Jackson, Cornell Johnson, Michelle Joyner, Frederick Leeper, Nicholas Letterman, Thomas Liddell, Michael Livingston, Stephen Lukasewycz, Ron MacFarlane, Donald McAtee, Kevin Meegan, Tansy Miller, Paul Minarik, Matthew Moore, Russell Mudge, Robert O'Connor, Mack Quarrels, Rusty Richardson, Brent Ringler, Garry Ritchey, Robert Robinson, James Ross, Lenard Ross, Richard Sharp, Harold Smith, James Smith, Lonnie Staton, James Tabor, Joseph Tatum, Thomas Vidak, Steven Wenzel, William Whiddon Douglas Wilkins, Johnny Connor, Antonio Brownlee, Eddie Buckner, Daryl Collins, Kenneth Dampier, Arthur Ford, Edward Johnson, Dewey Jones, Gerald Knapp, John Latimore, Donald Long, Marcus McMiller, Jimmy Miles, Latheron Moffatt, Steven Moore, Ray

Partman, George Ramsey, William Rider Jr., Aaron Robinson, Kyle Russell, Antoine Smith, Paul Stasiak, Jamahl Williams, Mareese Williams, Lewis Willis, Linda Hulse, Keith Artis, Ralph Cineus, David Davis, Carl Evans, Len Ford, Nimrod Harris, Dusan Jonovic, Charles Mergel, Joseph Vadon, Jr., John Galloway, Clemente Alvarez, Juan Alvarez, Edward Candelo, Albert Clendinen, Michael Crispin, Sr., Marciana Forde, Inocencio Gonzalez, Nikolay Gorgush, Javiel Morales, Hernan Ossandon, Hezekiah Sumpter, Dominick Tesoriero, Donald Tochterman, Bradford Tripp, James Watts, Charles Wright, III, Michael Wynn, Daniel Allen, Willie Bethea, Douglas Bonds, David Bowen, Stephen Briggs, Jerry Brown, Mark Cariss, Julius Ciprian, Samuel Crawford, Jeremy Deitrick, Christopher Faires, Martin Flores, Timothy Gaddy, Bobby Gibson, Johnny Guin, James Harris, Antonio Howard, Webster Jackson, Dwight Jones, Derek Latta, Mike Masingale, Darryl McCollum, Marcus Meadows, Larry Pittman, Tyrone Prince, Clifford Relford, Richard Reynolds, Earl Rose, Jesue Saavedra, Russell Sheehy, Larry Speight, Roger Venable, Shannon Waddell, Caesar Werts, Joseph Whoston, Carsie Williams, Michael Wright, Derrick Davis, Edward Alley, Kevin Antelo, Charles Bessenbach, John Boyd, Michael Brisbin, Michael Broerman, Jeffrey Carmack, Terry Chambers, James Dotson, Lloyd Dotson, John Eaton, Bobby Fletcher, Rick Ford, Robert Gambrell, Charles Gilman, Roger Hall, Matthew Hatten, Darryl Hill, Christopher Jennings, Michael Jones, Taylor Jones, James Kappes, Michael Knight, John Landefeld, Albert Manteuffel, Dennis Marbury, Pennington Martin, Michael Mays, Christopher McAfee, Kenneth Papin, Walter Penson, William Perdue, Jr., Kevin Porter, Sr., Mark Reigle, Ronald Ross, James Sadowski, Larry Sickels, David Smith, Perry Smith, Jr., Mark Spivey, Ronald Szymkowiak, Rick Thomas, Henry Thompson, Ray Toler, James Wagner, Jerry Wagner, Shawn Ward, Brian Whitten, Richard Wilden, Gilbert Mitchell, Christopher Albertson, Mark Ankner, Robert Baker, Charles Balfauf, John Barras, John Best, Kenneth Blake, Jeffrey Butz, Robert Carey, Albert Carpenter, Harry Casterline, Ervin Century, William Cheskiewicz, Robert Clawson, Jr., Jack Clugston, II, Brett Conley, Brian Cramer, Gabor Czeczon, John Failor, Stephen Fisher, Tony Fleming, Allen Frankenfield, Jeremy Garman, Frank Geary, Edward Getts, Jason Gleiter, William Hill, Michael Holloman, Matthew Howell, Keith James, Robert Jenkins, Barney Johnson, Mohamed Kaffa, Paul Kaiser, Edward Kleinfelter, Philip Krinks, Mark Kury, Louise Lahr, Gary Lamoreaux, Jack Laudati, Lafonse Leatherberry, Paul Leonard, Jr., Derrick McCallum, Paul McColgan, Brad McIntire, Joseph Minyon, Kenneth Morse, James Neidert, James Newdeck, Timothy Providence, Chang Quach, Brian Ralston, Hector Ramos, Arne Refvik, Michael Robinson, Allen Romano, Jeffery Russell, William Schaller, Randy Seelye, George Sherrick, David Smith, David Speraw, Charles Stager, Edward Strobl, James Van Atta, Manuel Vazquez, William Wagner, Benjamin Walker, James Wilkins, Jr., Mason Williams, Rodd Wilt, Richard Yanochko, Leonard Zielinski, David Alvey, David Anderson, William Ballew, Bradwell Bates, Robert Branch, Ruben Colonferrer, Harold Cordle, William Ginn, Edward Jaeger, Ralph Moore, Jr., David Reid, David (Scott) Sisk, Rudolph Slater, Preston Stanton, Teddy Stegall, Billy Townsend, Richard Walker, Eugene Wallace, III, Phillip Youngblood, Jamie Ashburn, James Brown, Barry Burns, Homer Davenport, Paul Hensley, Albert Husley, Jr., Jeffrey Jenkins, Antonio Jones, Reginald Jones, Fred Lewis, Thomas Massey, Joshua Merritt, Brian Mitchell, Timothy Moore, Curtis Myers, Arthur Neal, Michael Pooley, Jerry Rush, Kenneth Sales, Geoffrey Scanlon, James Todd, Jr., Jerry Vaughn, Mark Vital, Frank Williams, Jose Abitria, Jr., Jose Arellano, Daniel Armas, Samuel Asaolu, Ernest Ashley, Daniel Baker, Demorne Barnes, John Bartlett, Clint Beard, Christopher Bell, Carlos Beltran, Saul Benavides, Jeffrey Blackman, Robert Brana, Christopher Burnett, Vincent Calzada, Phillip Cano, Luis Carrera, Luis Chumil, Gilbert Cisnero, Edwin Cotton, David Davidson, Garlan

*Davis, Adolphus Davis, Wilbert Davis, Joseph Denton, Daniel Diaz, Alejandro Dominguez, Brian Dupre, Larry Enlow, Jose Escobar, Bruce Firestone, Federico Flores, Samuel Ford, Edward Fowler, Jr, John Franklin, Daniel Frausto, Toribio Galindo, Javier Garcia, Leo Gimeson, Domingo Concena, Roberto Gonzalez, Philip Granger, Barry Green, Honorio Guevara, Charles Guillemette, Jose Gutierrez, David Herrera, William Hood, Thomas Hunter, Dan Ingram, Jr, Desmon Jackson, Mike Jaraillo, Andres Johnson, Ernest Kahn, John Kent, Dennis King, Jimmy King, Mike Lacy, Clyde Lewis, Ismael Lira, Bernardo Lizama, Aubrey Long, Jr, Mario Lugo, James Macfarland, Michael Manthei, Lissette Marder, George Mckee, Christopher Mcneely, Michael Meadows, Braden Minton, Michael Mobley, Marcelo Montalbo, Eulalio Munoz, Antonio Moya, Andrew Murret, Herman Nesbitt, Jr, Jesus Nuncio, Manuel Nunez, Jose Nuno, Joseph O'Bryant, Odundie Odundie, Jose Olvera, Mark Orr, Ionnis Ousaklidis, David Ovalle, Mario Ovalle, Vernon Owens, Adolfo Parada, Kevin Patton, Charles Peevey, Robert Pena, Gabino Perez, Melvin Peyton, David Raney, Michael Ray, William Reeves, Jr, Raul Rigual, Laurie Robbins, Julian Romo, Mario Sandoval, Marc Sands, Mark Serna, Larry Session, Michael Snowden, Henry Stanton, Elifio Surco, Michael Thompson, Ricky Truex, Herbert Turner, III, Jose Valencia, Jesse Vasquez, Aurelio Vasquez, Jerry Vaughn, Elvin Velasque, David Weempe, Roger Wells, Raymond White, Leslie Wilson, Larry Woodard, Jason Yowman, Antonio Zapata, Robert Zipper, John Bonanno, William Boozer, Jr., John Bratcher, Charles Dean, Jr., Ted Drayer, Lawrence Dunbar, Robert Flanagan, David Goff, Tony Hart, Timothy Herzog, David Hudson, Rory Jinar, Harold Johnson, Charles Johnson, Clinton Jordan, Marlon Laird, Nathaniel Martin, William Massaquoi, Harry Massenburg, Juan Morales, Thomas Morton, II, Ralph Nagovich, Sea Oh, Maurice Ousley, David Robertson, Vincent Robison, William Rodriguez, Haidra Sadiq, Zewar Sadiq, Elmer Shiflett, Jr., James Slattery, Adrian Urrutia, Robert Vandergrift, Charlie Watson, Jr., William White, Richard Williams, Jr. Zipper*

<u>PROOF OF SERVICE</u>

I hereby certify that on this day, November 15, 2007, a copy of the foregoing Plaintiffs'

Motion for Transfer for Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 was

served by first-class mail, postage prepaid upon the following:

**Clerk of the Court**
United States District Court for the Northern District of Alabama
Hugo L. Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**Clerk of the Court**
United States District Court for the District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

**Clerk of the Court**
United States District Court for the Northern District of California
235 Pine Street, 19th Floor
San Francisco, CA, 94120-7341

**Clerk of the Court**
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse, Room A105
901 19th Street
Denver, Colorado 80294-3589

**Clerk of the Court**
United States District Court for the Middle District of Florida – Jacksonville Division
United States Courthouse
300 North Hogan Street
Jacksonville, FL 32202

**Clerk of the Court**
United States District Court for the Northern District of Georgia – Atlanta Division
Richard B. Russell Federal Building and Courthouse
75 Spring Street SW, Room 2211
Atlanta, GA 30303-3361

**Clerk of the Court**
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street

20

Chicago, Illinois 60604

**Clerk of the Court**
United States District Court for the Southern District of Indiana – Indianapolis Division
Birch Bayh Federal Building
46 East Ohio Street, Room 105
Indianapolis, IN 46204

**Clerk of the Court**
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Clerk of the Court**
United States District Court for the Western District of Kentucky – Louisville Division
Gene Snyder United States Courthouse
601 W. Broadway, Rm 106
Louisville, KY 40202

**Clerk of the Court**
United States District Court for the District of Maryland – Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

**Clerk of the Court**
United States District Court for the Eastern District of Michigan– Detroit Division
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

**Clerk of the Court**
United States District Court for the Western District of Missouri – Kansas City Division
400 E 9th St.
Kansas City, MO 64106

**Clerk of the Court**
United States District Court for the District of New Jersey – Trenton Division
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

**Clerk of the Court**
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse

500 Pearl Street
New York, NY 10007-1312

**Clerk of the Court**
United States District Court for the Western District of North Carolina – Charlotte Division
401 W. Trade St., Room 212
Charlotte, NC 28202

**Clerk of the Court**
United States District Court for the Southern District of Ohio – Cincinatti Division
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

**Clerk of the Court**
United States District Court for the Eastern District of Pennsylvania – Philadelphia Division
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

**Clerk of the Court**
United States District Court for the District of South Carolina – Spartanburg Division
Donald S. Russell Courthouse
201 Magnolia Street
Spartanburg, South Carolina 29306

**Clerk of the Court**
United States District Court for the Middle District of Tennessee – Nashville Division
801 Broadway
Nashville, TN 37203

**Clerk of the Court**
United States District Court for the Eastern District of Texas – Marshall Division
100 E. Houston, Room 125
Marshall, Texas 75670

**Clerk of the Court**
United States District Court for the Western District of Virginia – Charlottesville Division
255 W. Main Street, Room 304
Charlottesville, VA 22902

**Alison M. Day**
Littler Mendelson, PC
21 E. State Street
Suite 1600
Columbus, OH 43215

Tel: 614-463-4201
Fax: 614-221-3301
> **Counsel for Defendants: Apartment Investment and Management Company,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB
> **Counsel for Defendants: AIMCO Properties, L.P.,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB
> **Counsel for Defendants: NHP Management Company,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** S.D. Ohio, No. 1:07-cv-00542-SAS-TSB

**Antonio D. Robinson**
Littler Mendelson, PC
3348 Peachtree Road NE, Suite 1100
Atlanta, GA 30326
Tel: 404-233-0330
Fax: 404-233-2361
> **Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746
> **Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746
> **Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; N.D. Ga., No. 1:07-cv-01638-TCB; M.D. Tenn., 3:07-cv-00746

**Camille Webb Steward**
Miller & Martin, LLP
150 Fourth Avenue, N
1200 One Nashville Place
Nashville, TN 37219-2433
Tel: (615) 244-9270
> **Counsel for Defendants: Apartment Investment and Management Company,** M.D. Tenn., No. 3:07-cv-00746
> **Counsel for Defendants: AIMCO Properties, L.P.,** M.D. Tenn., No. 3:07-cv-00746
> **Counsel for Defendants: NHP Management Company,** M.D. Tenn., No. 3:07-cv-00746
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** M.D. Tenn., No. 3:07-cv-00746

**Carlos J. Burruezo**
Littler Mendelson, PC
4767 New Broad St

Orlando, FL 32814
Tel: 407-514-2637
Fax: 407-514-2638

**Counsel for Defendants: Apartment Investment and Management Company**, M.D. Fla., No. 3:07-cv-00643-J-16JRK

    **Counsel for Defendants: AIMCO Properties, L.P.**, M.D. Fla., No. 3:07-cv-00643-J-16JRK

    **Counsel for Defendants: NHP Management Company**, M.D. Fla., No. 3:07-cv-00643-J-16JRK

    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.**, M.D. Fla., No. 3:07-cv-00643-J-16JRK


**Chad Allen Stegeman**
Akin Gump Strauss Hauer & Feld
580 California St.
San Francisco, CA 94104
Tel: (415) 765-9526
Fax: (415) 765-9501

    **Counsel for Defendants: Apartment Investment and Management Company**, N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824;

    **Counsel for Defendants: AIMCO Properties, L.P**, N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824; N.D. Cal., No. 3:07-cv-03245

    **Counsel for Defendants: NHP Management Company**, N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824;

    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.**, N.D. Cal., No. 3:07-cv-03640; N.D. Cal., No. 3:05-cv-04824;


**Christina Gomez**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

    **Counsel for Defendants: Apartment Investment and Management Company**, N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

    **Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-

00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC, D.D.C, No. 1:03-cv-01683-JR

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Craig Warner Wiley**
Littler Mendelson, PC
111 Monument Circle
Suite 702
Indianapolis, IN 46204
Tel: 317-287-3600
Fax: 317-636-0712

**Counsel for Defendants: Apartment Investment and Management Company,** S.D. Ind., 1:07-cv-0921

**Counsel for Defendants: AIMCO Properties, L.P.,** S.D. Ind., 1:07-cv-0921

**Counsel for Defendants: NHP Management Company,** S.D. Ind., 1:07-cv-0921

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** S.D. Ind., 1:07-cv-0921

**Eduardo F. Cuaderes, Jr**
Littler Mendelson, PC
2001 Ross Ave
Suite 1500
Lock Box 116
Dallas, TX 7520-2931
Tel: 214-880-8100
Fax: 214-880-0181

**Counsel for Defendants: Apartment Investment and Management Company,** E.D. Tex., No. 2:07-cv-00291-DF-CE

**Counsel for Defendants: AIMCO Properties, L.P.,** E.D. Tex., No. 2:07-cv-00291-DF-CE

**Counsel for Defendants: NHP Management Company,** E.D. Tex., No. 2:07-cv-00291-DF-CE

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.**, E.D. Tex., No. 2:07-cv-00291-DF-CE

**Elizabeth A. Lalik**
Littler Mendelson, PC
1650 Tysons Boulevard
McLean, VA 22102
Tel: 703-286-3131

Counsel for Defendants: **Apartment Investment and Management Company**, W.D. Va., No. 3:07-cv-00034-NKM-BWC

Counsel for Defendants: **AIMCO Properties, L.P.**, W.D. Va., No. 3:07-cv-00034-NKM-BWC

Counsel for Defendants: **NHP Management Company**, W.D. Va., No. 3:07-cv-00034-NKM-BWC

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.**, W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Erin A. Webber**
Littler Mendelson, PC
2300 Main Street
Suite 900
Kansas City, MO 64108
Tel: 816-448-3558
Fax: 816-817-0735

Counsel for Defendants: **Apartment Investment and Management Company**, W.D. Mo., No. 4:07-cv-00502-DW

Counsel for Defendants: **AIMCO Properties, L.P.**, W.D. Mo., No. 4:07-cv-00502-DW

Counsel for Defendants: **NHP Management Company**, W.D. Mo., No. 4:07-cv-00502-DW

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.**, W.D. Mo., No. 4:07-cv-00502-DW

**Gregory Bertram Reilly, III**
Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102
(973)621-3200
Fax: (973)621-3199

Counsel for Defendants: **Apartment Investment and Management Company**, S.D.N.Y., 1:07-cv-06435-LTS

Counsel for Defendants: **AIMCO Properties, L.P.**, S.D.N.Y., 1:07-cv-06435-LTS

Counsel for Defendants: **NHP Management Company**, S.D.N.Y., 1:07-cv-06435-LTS

Counsel for Defendants: **AIMCO/Bethesda Holdings, Inc.**, S.D.N.Y., 1:07-cv-06435-LTS

**Heather Burror**
Akin Gump Strauss Hauer & Feld
580 California St.
San Francisco, CA 94104
Tel: (415) 765-9526
Fax: (415) 765-9501
> **Counsel for Defendants: Apartment Investment and Management Company,** N.D. Cal., No. 3:05-cv-04824
> **Counsel for Defendants: AIMCO Properties, L.P,** N.D. Cal., No. 3:05-cv-04824
> **Counsel for Defendants: NHP Management Company,** N.D. Cal., No. 3:05-cv-04824
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Cal., No. 3:05-cv-04824

**Jerry Howard Walters, Jr.**
Littler Mendelson, P.C.
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Tel: 704-972-7013
Fax: 704-333-4005
> **Counsel for Defendants: Apartment Investment and Management Company,** W.D.N.C., No. 3:07-cv-00274-GCM
> **Counsel for Defendants: AIMCO Properties, L.P,** W.D.N.C., No. 3:07-cv-00274-GCM
> **Counsel for Defendants: NHP Management Company,** W.D.N.C., No. 3:07-cv-00274- GCM
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D.N.C., No. 3:07-cv-00274-GCM

**Jim O. Stuckey, II**
Littler Mendelson, PC
1201 Main Street
Suite 1100
Columbia, SC 29201
Tel: 803-799-9760
Fax: 803-753-9861
> **Counsel for Defendants: Apartment Investment and Management Company,** D. S.C., 7:07-cv-02175-GRA
> **Counsel for Defendants: AIMCO Properties, L.P.,** D. S.C., 7:07-cv-02175-GRA
> **Counsel for Defendants: NHP Management Company,** D. S.C., 7:07-cv-02175-GRA
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** D. S.C., 7:07-cv-02175-GRA

**John M. Husband**
Holland & Hart LLP
555 17th Street, Suite 3200

Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

> **Counsel for Defendants: Apartment Investment and Management Company,** N.D.
> Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; N.D. Cal., No. 3:05-cv-
> 04824; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga.,
> No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR;
> W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y.,
> 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-
> cv-00542-SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-
> 00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC
>
> **Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D.
> Ariz., No. 2:07-cv-01370; N.D. Cal., No. 3:05-cv-04824; D. Colo., 1:07-cv-
> 01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB;
> S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-
> 371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS;
> W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-
> SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-
> CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC
>
> **Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311;
> D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-
> J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; W.D. Ky.
> No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-
> 06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-
> SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-
> CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC; D.D.C, No. 1:03-cv-01683-JR;
> N.D. Cal., No. 3:05-cv-04824
>
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-
> 01311; D. Ariz., No. 2:07-cv-01370; N.D. Cal., No. 3:05-cv-04824; D. Colo.,
> 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-
> 01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky.
> No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-
> 06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; S.D. Ohio, No. 1:07-cv-00542-
> SAS-TSB; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF
> CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Katherine A. Goetzl**
Littler Mendelson, P.C.
1150 17th Street NW
Washington, DC 20036
Tel: 202-842-3400
Fax: 202-842-0011

> **Counsel for Defendants: Apartment Investment and Management Company,** W.D.
> Va., No. 3:07-cv-00034-NKM-BWC
>
> **Counsel for Defendants: AIMCO Properties, L.P.,** W.D. Va., No. 3:07-cv-00034-
> NKM-BWC

**Counsel for Defendants: NHP Management Company**, W.D. Va., No. 3:07-cv-00034-NKM-BWC
**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.**, W.D. Va., No. 3:07-cv-00034-NKM-BWC


**Kimberly J. Gost**
**Sarah L. Powenski**
Littler Mendelson, P.C.
Three Parkway Suite 1400
1601 Cherry Street
Philadelphia, PA 19102-1321
Tel: 267-402-3000
    **Counsel for Defendants: Apartment Investment and Management Company**, E.D. Pa., 2:07-cv-02915-JS
    **Counsel for Defendants: AIMCO Properties, L.P.**, E.D. Pa., 2:07-cv-02915-JS
    **Counsel for Defendants: NHP Management Company**, E.D. Pa., 2:07-cv-02915-JS
    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.**, E.D. Pa., 2:07-cv-02915-JS

**Laurent Richard George Badoux**
Littler Mendelson PC
2425 E Camelback Rd
Ste 900
Phoenix, AZ 85016-2907
602-474-3600
Fax: 602-957-1801
    **Counsel for Defendants: Apartment Investment and Management Company**, D. Ariz., No. 2:07-cv-01370
    **Counsel for Defendants: AIMCO Properties, L.P**, D. Ariz., No. 2:07-cv-01370
    **Counsel for Defendants: NHP Management Company**, , D. Ariz., No. 2:07-cv-01370
    **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.**, D. Ariz., No. 2:07-cv-01370

**Melissa Dulski**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue NW
Suite 1000
Washington, DC 20036
Tel: 202-887-4000
Fax: 202-887-4288
    **Counsel for Defendants: AIMCO Properties, L.P**, N.D. Cal., No. 3:07-cv-03245
    **Counsel for Defendants: NHP Management, Company**, N.D. Cal., No. 3:07-cv-03245

**R. Scott Summers**
Littler Mendelson PC

3739 Steele Blvd.
Suite 300
Fayettesville, AR 72703
Tel: 479-582-6102
Fax: 479-582-6111
> **Counsel for Defendants: Apartment Investment and Management Company,** W.D.
> Ky. No. 3:07CV-371-H
> **Counsel for Defendants: AIMCO Properties, L.P,** W.D. Ky. No. 3:07CV-371-H
> **Counsel for Defendants: NHP Management Company,** W.D. Ky. No. 3:07CV-371-H
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** W.D. Ky. No. 3:07CV-
> 371-H

**Richard N. Appel**
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave NW
Ste 1000
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288
> **Counsel for Defendants: Apartment Investment and Management Company,** N.D.
> Cal., No. 3:05-cv-04824; D.D.C, No. 1:03-cv-01683-JR; D. Md., 8:07-cv-01869-
> AW
> **Counsel for Defendants: AIMCO Properties, L.P,** N.D. Cal., No. 3:05-cv-04824; N.D.
> Cal., No. 3:07-cv-03245; D.D.C, No. 1:03-cv-01683-JR; D. Md., 8:07-cv-01869-
> AW
> **Counsel for Defendants: NHP Management Inc.** D. Md., 8:07-cv-01869-AW; D.D.C,
> No. 1:03-cv-01683-JR; N.D. Cal., No. 3:05-cv-04824;
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Cal., No. 3:05-cv-
> 04824; D.D.C, No. 1:03-cv-01683-JR

**Robert Eliot Shapiro**
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100
> **Counsel for Defendants: Apartment Investment and Management Company,**
> N.D.Ill, 1:07-cv-03952
> **Counsel for Defendants: AIMCO Properties, L.P.,** N.D.Ill, 1:07-cv-03952
> **Counsel for Defendants: NHP Management Company,** N.D.Ill, 1:07-cv-03952
> **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D.Ill, 1:07-cv-03952

**Tanya E. Milligan**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202

Tel: 303-295-8366
Fax: 303-713-6304

      **Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

      **Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

      **Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC; D.D.C, No. 1:03-cv-01683-JR

      **Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Thomas E. J. Hazard**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel: 303-295-8366
Fax: 303-713-6304

      **Counsel for Defendants: Apartment Investment and Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz. No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: AIMCO Properties, L.P.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

**Counsel for Defendants: NHP Management Company,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC; D.D.C, No. 1:03-cv-01683-JR

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** N.D. Ala., No. 2:07-cv-01311; D. Ariz., No. 2:07-cv-01370; D. Colo., 1:07-cv-01492; M.D. Fla., 3:07-cv-00643-J-16JRK; N.D. Ga., No. 1:07-cv-01638-TCB; S.D. Ind., 1:07-cv-0921; D.D.C, No. 1:03-cv-01683-JR; W.D. Ky. No. 3:07CV-371-H; W.D. Mo., No. 4:07-cv-00502-DW; S.D.N.Y., 1:07-cv-06435-LTS; W.D.N.C., No. 3:07-cv-00274-GCM; E.D. Pa., 2:07-cv-02915-JS; M.D. Tenn., No. 3:07-cv-00746; E.D. Tex., No. 2:07-cv-00291-DF-CE; W.D. Va., No. 3:07-cv-00034-NKM-BWC

Timothy S. Anderson
Littler Mendelson, PC
1100 Superior Avenue East
20th Floor
Cleveland, OH 44114-2531
Tel: 216-696-7600

**Counsel for Defendants: Apartment Investment and Management Company,** E.D. Mich., No. 2:07-cv-12939-RHC-VMM

**Counsel for Defendants: AIMCO Properties, L.P.,** E.D. Mich., No. 2:07-cv-12939-RHC-VMM

**Counsel for Defendants: NHP Management Company,** E.D.Mich., No. 2:07-cv-12939- RHC-VMM

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** E.D.Mich., No. 2:07-cv-12939- RHC-VMM

William P. McLane
Littler Mendelson, PC
One Newark Center
Eighth Floor
Newark, NJ 07102
Tel: (973) 848-4700
Fax: (973) 643-5626

**Counsel for Defendants: Apartment Investment and Management Company,** D.N.J., 3:07-cv-03256-FLW-JJH

**Counsel for Defendants: AIMCO Properties, L.P.,** D.N.J., 3:07-cv-03256-FLW-JJH

**Counsel for Defendants: NHP Management Company,** D.N.J., 3:07-cv-03256-FLW-JJH

**Counsel for Defendants: AIMCO/Bethesda Holdings, Inc.,** D.N.J., 3:07-cv-03256-FLW-JJH

Date: November 15, 2007

_____

Charles E. Tompkins

33