# EXHIBIT 3

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

Robert A. Cahn
Executive Attorney

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 13, 2007

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 1 9 2007

J.T. NOBLIN, CLERK
BY_____DEPUTY

3: 07cv53

TO INVOLVED JUDGES

Re: MDL-1854 -- In re Tyson Foods, Inc., Fair Labor Standards Act Litigation

(See Attached Schedule of Actions)

Dear Judges:

Presently before the Panel pursuant to 28 U.S.C. § 1407 is a motion to transfer which includes at least one action before you in the above-described docket. The parties will have an opportunity to fully brief the question of transfer and the matter will be considered at a bimonthly Panel hearing session. In the meantime, your jurisdiction continues until any transfer ruling by the Panel becomes effective.

If you have a motion pending – such as a motion to remand to state court (if the action was removed to your court) – you are free to rule on the motion, of course, or wait until the Panel has decided the transfer issue. The latter course may be especially appropriate if the motion raises questions likely to arise in other actions in the transferee court and, in the interest of uniformity, might best be decided there if the Panel orders centralization.

Please feel free to contact our staff in Washington with any questions.

Kindest regards,

Wm. Terrell Hodges
Chairman

## SCHEDULE OF ACTIONS
## DOCKET NO. 1854
## IN RE TYSON FOODS, INC., FAIR LABOR STANDARDS ACT LITIGATION

### Northern District of Alabama

*Sheila Ackles, et al. v. Tyson Foods, Inc.*, C.A. No. 1:06-2249  (Judge Karon O. Bowdre)
*Carol Ann Buchanan, et al. v. Tyson Chicken, Inc., et al.*, C.A. No. 1:06-4930  (Judge Karon O. Bowdre)
*Florence Dobbins, et al. v. Tyson Chicken, Inc., et al.*, C.A. No. 4:06-4912  (Judge R. David Proctor)
*Roosevelt Potter, et al. v. Tyson Chicken, Inc., et al.*, C.A. No. 4:06-4931   (Judge T. Michael Putnam)

### Western District of Arkansas

*Levette Adams, et al. v. Tyson Foods, Inc.*, C.A. No. 4:07-4019  (Judge Harry F. Barnes)

### Middle District of Georgia

*Deltha McCluster, et al. v. Tyson Foods, Inc.*, C.A. No. 4:06-143  (Judge Clay D. Land)
*Sharon Mitchell v. Tyson Foods, Inc.*, C.A. No. 5:07-35  (Judge Clay D. Land)
*Wanda L. Atkins, et al. v. Tyson Foods, Inc.*, C.A. No. 5:07-84  (Judge Clay D. Land)

### Southern District of Indiana

*Ava Joyner v. Tyson Foods, Inc.*, C.A. No. 1:07-141  (Judge Larry J. McKinney)

### Western District of Kentucky

*Janet Garrett v. Tyson Foods, Inc.*, C.A. No. 4:07-15  (Judge Joseph H. McKinley, Jr.)

### District of Maryland

*Thomas Lee White v. Tyson Foods, Inc.*, C.A. No. 1:07-279  (Judge William D. Quarles, Jr.)

### Western District of Missouri

*Pamela Woodworth v. Tyson Foods, Inc.*, C.A. No. 3:07-5013  (Judge Dean Whipple)

### Southern District of Mississippi

*Princess Brown v. Tyson Foods, Inc.*, C.A. No. 3:07-53  (Judge Daniel P. Jordan, III)
*Addie Jones, et al. v. Tyson Foods, Inc., et al.*, C.A. No. 3:07-80  (Judge Henry T. Wingate)
*Lillie Williams, et al. v. Tyson Foods, Inc., et al.*, C.A. No. 3:07-87  (Judge Henry T. Wingate)
*J.D. Walton, et al. v. Tyson Foods, Inc., et al.*, C.A. No. 5:07-28  (Judge David C. Bramlette)

### Eastern District of Oklahoma

*Carol Balch, et al. v. Tyson Foods, Inc.*, C.A. No. 6:07-63  (Judge Kimberly E. West)

### Eastern District of Texas

*Winfred Earl v. Tyson Foods, Inc.*, C.A. No. 6:07-49  (Judge Michael H. Schneider)