Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*<br><br>            Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.*<br><br>            Defendants. | Case No. 3:07-cv-03640 - SC<br><br>**PROPOSED ORDER RE PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Date:  January 11, 2008<br>Time: 10:00 a.m.<br>Courtoom:  1 |
| JOSEPH DOMINGUEZ and ROGER DALY,<br><br>            Plaintiffs, | Case No.  3:07-cv-03245 - SC |

Proposed Order re Plaintiffs' Motion to Stay Proceedings Pending A Decision By the Judicial Panel on
Multidistrict Litigation; Case Nos. 3:07-cv-03640-SC; 3:07-CV-03245-SC; 3:05-CV-04824-SC

1  v.

2  APARTMENT INVESTMENT AND MANAGEMENT
   COMPANY, *et al.*

3  ,

4          Defendants.

5  JOSEPH DOMINGUEZ, ROGER DALY, Individually, and on    Case No. 3:05-CV-4824 - SC
   behalf all other persons similarly situated;

6

7          Plaintiffs,

8  v.

9  APARTMENT INVESTMENT AND MANAGEMENT
   COMPANY, *et al.*

10 ,
   Defendants.

11

12                    **PROPOSED ORDER**

13

14      Upon consideration of Plaintiffs' Motion To Stay Proceedings Pending A Decision

15 By the Judicial Panel on Multidistrict Litigation and the entire record herein, IT IS this ___

16 day of November, 2007, by the United States District Court for the Northern District of

17 California, ORDERED THAT:

18      1.      Plaintiffs' Motion to Stay Proceedings Pending a Decision By the Judicial

19 Panel on Multidistrict Litigation BE, and hereby the same IS, GRANTED.

20

21

22                              _____
                                Samuel Conti
23                              United States District Judge

24

25

26

27

28

Cohen, Milstein,
Hausfeld & Toll
P.L.L.C.
Attorneys At Law

Proposed Order re Plaintiffs' Motion to Stay Proceedings Pending A Decision By the Judicial Panel
on Multidistrict Litigation; Case Nos. 3:07-cv-03640-SC; 3:07-CV-03245-SC; 3:05-CV-04824-SC          - 2 -