Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al.<br><br>Defendants. | Case No. 3:07-cv-03640 - SC<br><br>**NOTICE OF FILING ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| JOSEPH DOMINGUEZ and ROGER DALY,<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT | Case No. 3:07-cv-03245 - SC |

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

NOTICE OF FILING ADR
CERTIFICATIONS BY PARTEIS AND
COUNSEL

Case Nos. 3:07-CV-03640; 3:07-CV-3245; 3:05-CV-4824-SC

COMPANY, *et al.*

    Defendants.

JOSEPH DOMINGUEZ, ROGER DALY, Individually, and on behalf all other persons similarly situated;

    Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.*

    Defendants.

Case No. 3:05-CV-4824 - SC

Plaintiffs hereby file the attached ADR certifications for the following individuals:

Gerver Calderon
Brian Dean
John Martin
Matthew Martin
Jason Mingus
Patrick Moxley
Armando Perez
Alfredo Pineda
Jason Taylor
Joseph Dominguez
Roger Daly

Dated: December 10, 2007

COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By    /s/Llezlie L. Green
       Llezlie L. Green

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

          Plaintiff(s),

v.

Apartment Investment & Management Company, et al.

          Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/13/07

                                          [Party]

Dated: 10/25/07

                                          [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

        Plaintiff(s),

v.

Apartment Investment & Management Company, et al.

        Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-04-07

                                                 [Party]

Dated: 10/25/07

                                                 [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

        Plaintiff(s),

v.

Apartment Investment & Management Company, et al.
        Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12-01-07

[signature]
[Party]

Dated: 10/25/07

[signature]
[Counsel]

12/06/2007  22:19   9430416                    DOUG MARTIN                                    PAGE 01

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

           Plaintiff(s),

v.

Apartment Investment & Management Company, et al.

           Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/8/07

                                                  [Party]

Dated: 10/25/07

                                                  [Counsel]

DEC-08-2007 01:08 PM  Smolichnilsson      5417492793                    P.02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

    Plaintiff(s),

v.

Apartment Investment & Management
Company, et al.
    Defendant(s).

Jason Murgas

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/7/07

[signature]
[Party]

Dated: 10/25/07

[signature] Allegie R. Theen
[Counsel]

Dec 10 07 09:46a    Salvation Army                              559-490-2680              p.2
         DEC 10 2007 12:51 FR                          TO 15602300002915594 P.02/02

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

        Plaintiff(s),

v.

Apartment Investment & Management
Company, et al.
        Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12-10-07

[Party]

Dated: 10/25/07

[Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

          Plaintiff(s),

v.

Apartment Investment & Management Company, et al.
          Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/30/07

                                                                                      [Party]

Dated: 10/25/07

                                                                                      [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

        Plaintiff(s),

v.

Apartment Investment & Management Company, et al.

        Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12-07-07

        ALFREDO PINEDA
        [Party]

Dated: 10/25/07

        [Counsel signature]
        [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kennith Campbell, et al.

           Plaintiff(s),

v.

Apartment Investment & Management
Company, et al.
           Defendant(s).

Case No. 3:07-cv-03640

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/13/07

                                                    [Party] Jason Taylor

Dated: 10/25/07

                                                    [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dominguez, et al.

Plaintiff(s),

v.

Apartment Investment & Management Company, et al.

Defendant(s).

Case No. 3:07-cv-3245-SC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Dec 10-07

[Party signature]

Dated: 10/25/07

[Counsel signature]

Dec 06 07 02:33p      Cross Pointe Apartment Ho 925-755-4242                    p.2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dominguez et al.

            Plaintiff(s),

v.

AIMCO Properties, L.P. et al

           Defendant(s).

Case No. 3:07-cv-03245-SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/6/07

Dated: 12/06/07

[Party]

[Counsel]

Rev. 12/05

** TOTAL PAGE.02 **