UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH CAMPBELL, *et al.*,

    Plaintiffs,

v.

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,

    Defendants.

Case No. 07-CV-03640 SC

[PROPOSED] ORDER DISMISSING CERTAIN PLAINTIFFS WITH PREJUDICE

Upon consideration of Defendants Apartment Investment and Management Company's, AIMCO Properties, L.P.'s, NHP Management Company's, and AIMCO/Bethesda Holdings, Inc.'s (collectively, "Defendants") Motion to Dismiss Certain Plaintiffs with Prejudice and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

The claims asserted by Plaintiffs Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Ramon Estrada, Gregory Goodwin, Jose Hernandez, Joseph Hutton, Sr., Tony Ornelas, Ricardo Perez, Alberto Reyes, and Kenneth Terry are DISMISSED WITH PREJUDICE.

                                                Samuel Conti
                                                United States District Judge