1  AKIN, GUMP, STRAUSS HAUER & FELD LLP
   CHAD A. STEGMAN (SBN 225745)
2  580 California Street, Suite 1500
   San Francisco, CA 94104-1036
3  Phone: (415) 765-9500
   Fax:    (415) 765-9501
4  cstegeman@akingump.com

5  AKIN, GUMP, STRAUSS HAUER & FELD LLP
   RICHARD N APPEL (*Pro Hac Vice* application to be submitted)
6  1333 New Hampshire Avenue, N.W.
   Washington, D.C. 20036
7  Phone: (202) 887-4076
   Fax:    (202) 887-4288
8  rappel@akingump.com

9  HOLLAND & HART LLP
   John M. Husband, P.C. (*Pro Hac Vice* application to be submitted)
10 Thomas E.J. Hazard, P.C. (*Pro Hac Vice* application to be submitted)
   Christina F. Gomez (*Pro Hac Vice* application to be submitted)
11 555 Seventeenth Street, Suite 3200
   Denver, Colorado  80201-8749
12 Phone: (303) 295-8228
   Fax:    (303) 975-5381
13 jhusband@hollandhart.com
   tehazard@hollandhart.com
14 cgomez@hollandhart.com

15 Attorneys for Defendants

16              UNITED STATES DISTRICT COURT

17         FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

   KENNETH CAMPBELL, *et al.,*          )    Case No.  07-CV-03640 SC
19                                       )
              Plaintiffs,                )
20                                       )
   v.                                    )    **DECLARATION OF CHAD A.**
21                                       )    **STEGEMAN IN SUPPORT OF**
                                         )    **DEFENDANTS' MOTION TO DISMISS**
   APARTMENT INVESTMENT AND             )    **CERTAIN PLAINTIFFS**
22 MANAGEMENT COMPANY, AIMCO            )
   PROPERTIES, L.P. and NHP             )    **Hearing Date:  February 8, 2008**
23 MANAGEMENT, INC.,                    )    **Time:           10:00 a.m.**
                                         )    **Before the Hon. Samuel Conti**
24            Defendants.                )
                                         )
25

26

27

28

I, Chad A. Stegeman, declare as follows:

1.    I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld, LLP, counsel to Defendants Apartment Investment and Management Company, AIMCO Properties, L.P., NHP Management Company, and AIMCO/Bethesda Holdings, Inc. ("Defendants") in this matter. I am a member in good standing of the Bar of California and the Bar of this Court. I have personal knowledge of the facts in this Declaration unless otherwise stated and could competently testify to them if called as a witness. I make this declaration in support of Defendant's Motion to Dismiss Certain Plaintiffs.

2.    Attached hereto as Exhibit A is a true and correct copy of an e-mail dated November 29, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of December, 2007 in San Francisco, California.

*/s/ Chad A. Stegeman*
Chad A. Stegeman

DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
CERTAIN PLAINTIFFS
07-CV-03640-SC