# EXHIBIT A

**From:** Tompkins, Charles [CTOMPKINS@CMHT.com]
**Sent:** Thursday, November 29, 2007 4:45 PM
**To:** John M. Husband; Thomas E. J. Hazard
**Cc:** cstegeman@AKINGUMP.com
**Subject:** Campbell v. AIMCO

John & Tobie,

I want to confirm our conversation yesterday, and to apply the general terms we discussed to the California action in order to make sure there are no misunderstandings tomorrow. You have agreed that you will give us a 30 day extension on the written discovery you have served, and that, assuming we make reasonable progress (which we did not explicitly define on the call and can discuss if it becomes necessary) in responding to the written discovery, you will not oppose a further 30 day extension if we need it. As a practical matter, my team expects to finish California in December so I do not think this will materialize into an issue for this jurisdiction. All other aspects of our CMC remain unchanged. Assuming you agree to these terms, we will withdraw the motion to stay that we have filed in California, and there will be no opposed issues in that jurisdiction for consideration tomorrow.

In addition, Tobie and I have agreed that Plaintiffs will have 10 days from the date of the hearing to file the remaining ADR certifications, and that we will voluntarily dismiss the claims of those individuals who have not returned the ADR certifications by that time.

Please confirm whether the above is correct so we know whether there are any issues in dispute tomorrow.

Charles Tompkins



EXHIBIT A

12/18/2007