Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. <br><br> Defendants. | Civil Action No. <br><br> 3:07-cv-03640 <br><br> **NOTICE OF FILING ADR CERTIFICATION BY PLAINTIFF RAMON ESTRADA AND COUNSEL** |

    Plaintiffs hereby notify the Court of their filing the attached ADR certification for Plaintiff Ramon Estrada.

Dated:  January 9, 2008    COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

NOTICE OF FILING ADR CERTIFICATION
BY PLAINTIFF RAMON ESTRADA AND
COUNSEL      Case No.  3:07-CV-03640

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1
2       By _____/s/Llezlie L. Green_____
              Llezlie L. Green

3       Attorneys for Plaintiffs
        Joseph Dominguez, et. al.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

NOTICE OF FILING ADR CERTIFICATION
BY PLAINTIFF RAMON ESTRADA AND         - 2 -         Case No. 3:07-CV-03640
COUNSEL