Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*<br><br>              Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*.<br><br>              Defendants. | Case No. 3:07-cv-03640 - SC<br><br>**RESPONSE TO DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS**<br><br>Date:  February 8, 2008<br>Time:  10:00 a.m. |

On December 19, 2007, Defendants moved this Court to dismiss the claims of certain plaintiffs for failure to failure to file ADR certification forms pursuant to ADR L.R. 3-5(b).[1]

---

[1] This dismissal applies only to certain plaintiffs' claims in this case alleging violations of the Fair Labor Standards Act and does not apply to any state law claims they may have as putative class

Response to Motion to Defendants' Motion to Dismiss; Case Nos. 3:07-cv-03640-SC

As Defendants have indicated, Plaintiffs Kennith Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins Gregory Goodwin, Jose Hernandez, Joseph Sutton, Sr., Tony Ornelas, Ricardo Perez, Alberto Reyes, and Kenneth Terry have not filed ADR Certifications as required by this Court. *See* Defs' Mem. In Supp. of Mot. to Dismiss Certain Pls., at 4. Plaintiffs' Counsel has made repeated attempts to secure signed ADR Certifications from these individual, but have been unable to do so. *See* Declaration of Llezlie L. Green, attached hereto ("Green Decl.") At this juncture, Plaintiffs' counsel can represent that, as a result of these plaintiffs' failure to respond to counsels' communications, Plaintiffs will be seeking leave from the Court to withdraw as their counsel.

Plaintiffs oppose, however, Defendant's motion to dismiss the claims of Plaintiff Ramon Estrada. Plaintiffs recently received and filed an ADR certification form on behalf of Plaintiff Ramon Estrada. *See* Notice of Filing Certification Form of Plaintiff Ramon Estrada and Counsel, January 9, 2008, dkt. no. 27. During November and December, Plaintiff Estrada spent several weeks out of town working at various maintenance facilities in California. *See* Green Decl. As a result, he did not receive Plaintiffs counsel's communications regarding this Court's requirement that he file a certification affirming that he has considered his ADR options. *See* Green Decl. Upon returning from his business travel in late December, Mr. Estrada received these communications and returned his ADR certification form to Plaintiffs' Counsel.[2] Plaintiffs filed Mr. Estrada's form on January 9, 2007.

In light of Plaintiff Estrada's extenuating circumstances, the interests of justice are not served by dismissing his claim. Having filed his ADR certification, he has now complied with his obligations under the local rules. As discovery has only recently commenced in this case, Plaintiff Estrada's continued inclusion will not prejudice Defendants nor affect this Court's

---

members in related case *Dominguez v. Apartment Investment and Management, Co.*, (05-cv-04824-SC).
[2/] Plaintiff Estrada will provide an affidavit to this effect, if required by the Court.

Response to Motion to Defendants' Motion to Dismiss; Case Nos. 3:07-cv-03640-SC

- 2 -

management of its docket. Moreover, Defendants have indicated that they do not oppose permitting Mr. Estrada to remain in this case. *See* Green Decl.

Accordingly, respectfully request that this Court deny Defendants' motion as to Plaintiff Ramon Estrada.

Dated: January 9, 2008                COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By _____/s/Charles E. Tompkins___
               Charles E. Tompkins

Attorneys for Plaintiffs
Kennith Campbell, et. al.