Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, et al.<br><br>Defendants. | Case No. 3:07-cv-03640 - SC<br><br>**DECLARATION OF LLEZLIE L. GREEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT' MOTION TO DISMISS CERTAIN PLAINTIFFS**<br><br>Date: February 8, 2008<br>Time: 10:00 a.m. |

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration.

If called to testify regarding these facts, I am competent to do so and would testify as follows:

Declaration of Llezlie L. Green In Support of Plaintiffs' Response to Defendants' Motion
to Dismiss Certain Plaintiffs; Case Nos. 3:07-cv-03640-SC

1.    I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, attorney for Plaintiffs. I make this declaration in support of Plaintiffs' Response to Defendants' Motion to Dismiss Certain Plaintiffs.

2.    On October 26, 2007, Plaintiffs' counsel sent correspondence via overnight delivery to Plaintiffs Kennith Campell, Ernesto Cisneros, Jose Colocho, Ricardo Perez, Alberto Reyes, and Kenneth Terry alerting them of the Northern District of California's requirement that they review the booklet describing their ADR options, discuss these options with their counsel, and return a ADR certification form for filing with the Court.

3.    Thereafter, Plaintiffs counsel made at least 3 attempts to contact each of these plaintiffs via telephone, leaving messages whenever possible.

4.    On November 29, 2007, Plaintiffs' counsel again sent correspondence via overnight delivery to the above-named plaintiffs, reminding them of the Court's ADR consultation requirements and alerting them that their claims would be dismissed if they did not respond. Where the accuracy of their addresses was in question, Plaintiffs' counsel utilized available search engines to locate additional possible addresses for these plaintiffs and sent correspondence to each address.

5.    Despite their repeated efforts, Plaintiffs' counsel has been unable to secure signed ADR certifications from the above-named plaintiffs.

6.    Plaintiffs' counsel received Plaintiff Ramon Estrada's signed ADR Certification form on or about December 21, 2007. Subsequently, I spoke with Mr. Estrada who explained he had been working out-of-town at various maintenance facilities at the time counsel attempted to alert him of his obligation to certify that he has considered his ADR options.

7.    On January 9, 2007, Christina Gomez of Holland and Hart, LLP, counsel for Defendants, authorized me to represent to the Court that Defendants do not oppose permitting

Declaration of Llezlie L. Green In Support of Plaintiffs' Response to Defendants' Motion to Dismiss Certain Plaintiffs; Case Nos. 3:07-cv-03640-SC      - 2 -

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1  Mr. Estrada to remain in this action.

2      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 9, 2008

_____
Llezlie L. Green

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Declaration of Llezlie L. Green In Support of Plaintiffs' Response to Defendants' Motion to Dismiss Certain Plaintiffs; Case Nos. 3:07-cv-03640-SC

- 3 -