TERESA DEMCHAK (SBN 123989)
tdemchak@gdblegal.com
LAURA L. HO (SBN 173179)
lho@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800 (Telephone)
(510) 835-1417 (Telefax)

Attorneys for Plaintiffs
*[additional counsel listed on the signature page]*

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO DIVISION

| | |
|---|---|
| Kenneth Campbell, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, LP. AND: NHP MANAGEMENT, COMPANY,<br><br>    Defendants. | Case No.: 3:07-cv-03640-SC<br><br>**MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**<br><br>Date:   February 15, 2008<br>Time:   10:00 a.m.<br>Crtrm:  8, 19th Floor<br>Hon. Charles R. Breyer |

14865-1

MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY
- CASE NO.: 3:07-CV-03640-SC

Pursuant to Local Rule 6-3, Plaintiffs respectfully seek leave from the Court to file a motion for extension of time to respond to Defendants' discovery requests by January 17, 2008. Plaintiffs have consulted with Defendants' counsel who have indicated the do not consent to this motion. In support of this Motion, Plaintiffs state the following and offer the Declaration of Llezlie L. Green, filed with this Motion.

On approximately October 24, 2007, Defendants' served upon each plaintiff in this action, and upon each of the more than 800 plaintiffs in twenty-one related actions across the country, twenty-three interrogatories, eighteen requests for admission, and seventeen requests for production of documents. On December 4, 2007, Plaintiffs served upon Defendants twenty-two interrogatories and fifty-two requests for production of documents. Recognizing the need to coordinate their response to this voluminous discovery, the parties have agreed to extensions of time to respond. Based upon the parties' current agreements, Plaintiffs' responses to discovery are due January 11, 2007 and Defendants' responses are due February 18, 2008. To date, Plaintiffs have provided Defendants responses on behalf of 150 of the plaintiffs in this and the twenty-one related cases. Additional time, however, is necessary to complete this task.

In an effort to avoid burdening this Court with a contested motion for extension of time to respond to discovery, Plaintiffs sought Defendants' consent to a thirty day extension of time, during which time Plaintiffs would provide Defendants responses on behalf of a minimum of thirty additional plaintiffs per week. At Defendants' counsel's request, Plaintiffs' also represented that, based upon further investigation of Plaintiffs' claims, Plaintiffs would not be pursuing claims for approximately three hundred plaintiffs, thus reducing the total number of plaintiffs in the twenty-two related actions from approximately 800 to approximately 500. During scheduling conferences and in response to Plaintiffs' request for stays to be entered pending a ruling by the Judicial Panel on Multidistrict Litigation, Defendants' counsel have repeatedly represented to the court in nearly every related case that they would work with Plaintiffs to negotiate a reasonable schedule for responding to the voluminous requests in this and the related cases. Despite these representations, and despite Plaintiffs'

///

///

14865-1

1

MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY
- CASE NO.: 3:07-CV-03640-SC

efforts to propose a schedule that would address Defendants' needs and provide a steady stream of discovery responses, Plaintiffs received notification this afternoon that Defendants are unwilling to permit Plaintiffs any extension of time. Having only recently been notified that Defendants are apparently no longer willing to work cooperatively with Plaintiffs on this matter, Plaintiffs now request the Court permit them four days to complete the more detailed briefing necessary for a motion for an extension of time to respond to discovery.

According, Plaintiffs respectfully move this Court for an additional four days, until January 17, 2008 to move for an extension of time to respond to Defendants' interrogatories, requests for admissions, and requests for production of documents.

Dated: January 11, 2008                        Respectfully submitted,

                                                GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                                   DARDARIAN


                                                       /s/  Teresa Demchak
                                                TERESA DEMCHAK (SBN 123989)
                                                tdemchak@gdblegal.com
                                                LAURA L. HO (SBN 173179)
                                                lho@gdblegal.com
                                                GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                                   DARDARIAN
                                                300 Lakeside Drive, Suite 1000
                                                Oakland, CA  94612
                                                (510) 763-9800 (Telephone)
                                                (510) 835-1417 (Telefax)

                                                Joseph M. Sellers, (pro hac vice application to be filed)
                                                jsellers@cmht.com
                                                Charles Tompkins, (pro hac vice application to be filed)
                                                ctompkins@cmht.com
                                                Llezlie L. Green, (pro hac vice application to be filed)
                                                lgreen@cmht.com
                                                COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                                                1100 New York Avenue, NW
                                                West Tower, Suite 500
                                                Washington, DC  20005
                                                (202) 408-4600 (Telephone)
                                                (202) 408-4699 (Telefax)

| | |
|---|---|
| 1 | Steven M. Pavsner, (pro hac vice application to be filed) |
| | spavsner@jgllaw.com |
| 2 | Jay P. Holland, (pro hac vice application to be filed) |
| | jholland@jgllaw.com |
| 3 | JOSEPH, GREENWALD, LAAKE, P.A. |
| | 6404 Ivy Lane, Suite 400 |
| 4 | Greenbelt, MD 20770 |
| | (301) 220-2200 (Telephone) |
| 5 | (202) 220-1214 (Telefax) |
| 6 | **ATTORNEYS FOR PLAINTIFFS** |

14865-1

2

MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY
- CASE NO.: 3:07-CV-03640-SC