1 | TERESA DEMCHAK (SBN 123989)
tdemchak@gdblegal.com
2 | LAURA L. HO (SBN 173179)
lho@gdblegal.com
3 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
4 | Oakland, CA 94612
(510) 763-9800 (Telephone)
5 | (510) 835-1417 (Telefax)

Attorneys for Plaintiffs
*[additional counsel listed on the signature page]*

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO DIVISION

| | |
|---|---|
| Kenneth Campbell, et al., | Case No.: 3:07-cv-03640-SC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | Date: February 15, 2008<br>Time: 10:00 a.m. |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, LP. AND: NHP MANAGEMENT, COMPANY, | Crtrm: 8, 19th Floor<br>Hon. Charles R. Breyer |
| Defendants. | |

14867-1

Upon consideration of Plaintiffs' Motion For an Enlargement of Time to File a Motion for Extension of Time to Respond to Discovery pursuant to Local Rule 6-3 and for good cause shown, Plaintiffs' Motion For an Enlargement of Time to File a Motion for Extension of Time to Respond to Discovery is GRANTED.

IT IS SO ORDERED

Dated: _____    _____
United States District Judge