1  TERESA DEMCHAK (SBN 123989)
   tdemchak@gdblegal.com
2  LAURA L. HO (SBN 173179)
   lho@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
4  Oakland, CA  94612
   (510) 763-9800 (Telephone)
5  (510) 835-1417 (Telefax)

6

7  Attorneys for Plaintiffs
   *[additional counsel listed on the signature page]*

8

9

10 UNITED STATES DISTRICT COURT

11 CALIFORNIA NORTHERN DISTRICT - SAN FRANCISCO DIVISION

12  Kenneth Campbell, et al.,                  Case No.: 3:07-cv-03640-SC

13         Plaintiffs,                          **[PROPOSED] ORDER**

14  vs.                                         Date:   February 22, 2008
                                                Time:   10:00 a.m.
15  APARTMENT INVESTMENT AND                    Crtrm:  1, 17th Floor
    MANAGEMENT COMPANY, AIMCO                   Hon. Samuel Conti
16  PROPERTIES, L.P. AND NHP
    MANAGEMENT, INC.,
17
           Defendants.
18

19

20

21

22

23

24

25

26

27

28

14867-1

1  Upon consideration of Plaintiffs' Motion For an Enlargement of Time to File a Motion for
2  Extension of Time to Respond to Discovery pursuant to Local Rule 6-3 and for good cause shown,
3  Plaintiffs' Motion For an Enlargement of Time to File a Motion for Extension of Time to Respond to
4  Discovery is GRANTED.
5  IT IS SO ORDERED

Dated: _____          _____
                                        United States District Judge