Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | **DECLARATION OF LLEZLIE L. GREEN IN SUPPORT OF MOTION FOR AN EXTENSION OF TME TO RESPOND TO DISCOVERY** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.* | Date:   February 22, 2008 |
| Defendants. | Time:  10:00 a.m.<br>Courtroom: 1 |

I, Llezlie L. Green, declare and state as follows:

1.    The statements set forth in this declaration are made of my own personal

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

knowledge and if called as a witness, I could and would testify competently to the matters stated below.

2.     I am an attorney and a member of the Bar of the state of the District of Columbia. I am an associate with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. in Washington, D.C., co-counsel for the Plaintiffs in this action.

3.     Following the certification of a collective action in Chase v. AIMCO, Civ. No. 1:03-CV-01683(JR), and after the issuance of notice of the pendency of the collective action was sent to AIMCO's current and former maintenance technician employees, more than one thousand employees filed consents to join the collective action.  The parties then engaged in discovery limited to preparation for defendants' motion for decertification.

4.     Following the decertification of Chase v. AIMCO, the parties participated in a mediation session in June 2007 and also engaged in discussions concerning the possibility of a more global resolution that would include the opt-ins' claims.

5.     On approximately October 24, 2007, Defendants' served upon each plaintiff in this action, and upon each of the more than 800 plaintiffs in twenty-two related actions across the country, twenty-three interrogatories, eighteen requests for admission, and seventeen requests for production of documents.

6.     On December 4, 2007, Plaintiffs served upon Defendants twenty-two interrogatories and fifty-two requests for production of documents in each of related actions. Recognizing the need to coordinate their response to this voluminous discovery, the parties have agreed to extensions of time to respond.  Based upon the parties' current agreements, Plaintiffs' responses to discovery are due January 11, 2007 and Defendants' responses are due February 18, 2008.  To date, Plaintiffs have provided Defendants responses on behalf of 145 of the plaintiffs in this and the twenty-one related cases.

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

Declaration of Llezlie L. Green in Support of Motion For an Extension of Time to Respond to Discovery; Case Nos. 3:07-cv-03640-SC                                                     - 2 -

7.     Plaintiffs will produce on or before January 18, 2007, responses on behalf of an additional 35 plaintiff in this and the related cases. Additional time, however, is necessary to complete this task.

8.     An overwhelming number of the Plaintiffs do not have in their possession documents responsive to Defendants' requests for production of documents.

9.     Plaintiffs have hired four contract attorneys and a contract paralegal who have worked diligently to respond to Defendants' discovery requests.

10.     The completion of each plaintiff's discovery responses takes at least three to four hours and oftentimes more.  Furthermore, in order to determine whether a plaintiff's claim should no longer be pursued, Plaintiffs have devoted significant time to contacting each person, and where, possible, interviewing them at length.

11.     In an effort to avoid burdening this Court with a contested motion for extension of time to respond to discovery, Plaintiffs sought Defendants' consent to a thirty day extension of time, during which time Plaintiffs would provide Defendants responses on behalf of a minimum of thirty additional plaintiffs in related cases per week.

12.     At Defendants' counsel's request, Plaintiffs' also represented that, based upon further investigation of Plaintiffs' claims, Plaintiffs would not be pursuing claims for approximately three hundred plaintiffs, thus reducing the total number of plaintiffs in the twenty-two related actions from approximately 800 to approximately 500.  Plaintiffs will seek leave to withdraw from representing these individuals and will not take actions to oppose the dismissal of their claims.

13.     In a January 10, 2008 telephonic conversation with John Husband, Defendants' counsel, Plaintiffs counsel represented that Plaintiffs would be willing to consider a counter-proposal for the completion of discover, if Defendants were not amenable to Plaintiffs' proposal.

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

Defendants have been willing, however, to negotiate with Plaintiffs.

14.     During scheduling conferences and in response to Plaintiffs' request for stays to be entered in many of the twenty-one related cases pending a ruling by the Judicial Panel on Multidistrict Litigation, Defendants' counsel have repeatedly represented to the courts that they would work with Plaintiffs to negotiate a reasonable schedule for responding to the voluminous requests in this and the related cases.  Plaintiffs filed a motion for transfer before the Judicial Panel on Multidistrict Litigation in order to coordinate discovery and pre-trial issues for the related cases pending in this and twenty-one other jurisdictions.

15.     Despite these representations, and despite Plaintiffs' efforts to propose a schedule that would address Defendants' needs and provide a steady stream of discovery responses, I received a voicemail message at noon on January 11, 2008 from Defendants' counsel indicating that Defendants would not agree to this extension of time.

16.     Plaintiff has conferred with Thomas Hazard, Counsel for Defendants, who has consented to Plaintiffs' request to consolidate the hearing on Plaintiffs' Amended Motion for an Enlargement of Time to File a Motion for Extension of Time to Respond to Discovery (dkt. no. 30) and Plaintiffs' Motion for an Enlargement of Time To Respond to Discovery.

17.     The following attached exhibits are true and accurate copies of the documents described below:

Ex. A: Notification of Docket Entry, Bishop, et. al.  v. Apartment Investment Mgmt. Co., et. al., Case No. 1:07-cv-03952 (ND. Ill.  Nov. 6, 2007); Preliminary Pretrial Order, Davis, et. al. v. AIMCO Properties, L.P., et. al., No. 1:07-CV-0052 (S.D. Ohio Nov. 27, 2007); Status Conference Order, Dominguez, et. al. v. Apartment Investment Mgmt. Co., et. al., No. C-05-4824 SC, C-07-3245 SC, C-07-3640 SC (N.D. Ca. Nov. 30, 2007).

Ex. B: Notice of Hearing Session, Judicial Panel on Multidistrict Litigation, Dec. 13,

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Declaration of Llezlie L. Green in Support of Motion For an Extension of Time to Respond to Discovery; Case Nos. 3:07-cv-03640-SC                    - 4 -

1    2007.

2        Ex. C: Email from Llezlie Green to John Husband, Jan. 10, 2008.

3        Ex. D: Transcript, Initial Status Conference, Bishop v. Apartment Investment Mgmt. Co.,

4    Civ. No. 1:07-cv-03952, Jan. 7, 2008 at 15-18.

5
        I declare under penalty of perjury under the laws of the United States that the foregoing
6
    is true and correct.
7

8

9        Executed this 17th day of January, 2008, at Washington, D.C.

10                                            _____/s/ Llezlie L. Green_____
11                                            Llezlie L. Green
                                             Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
12                                            1100 New York Ave., N.W.
                                             Suite 500
13                                            Washington, D.C. 20001

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,        Declaration of Llezlie L. Green in Support of Motion For an Extension of Time to Respond to
HAUSFELD & TOLL         Discovery; Case Nos. 3:07-cv-03640-SC                                          - 5 -
P.L.L.C.
ATTORNEYS AT LAW