# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Travis Bishop Jr., et al.

Plaintiff,

v.

Case No.:
1:07−cv−03952
Honorable Ruben
Castillo

Apartment Investment And Management Company,
et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2007:

MINUTE entry before Judge Ruben Castillo :Status hearing held on 11/6/2007 and continued to 12/6/2007 at 9:45 a.m. All discovery to be completed on or before 3/31/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DERRICK DAVIS, , et al.,              :        NO. 1:07-CV-00542

　　　　Plaintiffs,                     :

vs.                                    :        PRELIMINARY PRETRIAL ORDER

AIMCO PROPERTIES, L.P., et al.,        :

　　　　Defendants.                     :

A preliminary pretrial conference in this matter was held on the 21st day of November, 2007, before The Honorable S. Arthur Spiegel, United States Senior District Judge for the Southern District of Ohio.

In attendance:    For plaintiffs:    Stephen A. Simon, Esq.
                                     Llezlie L. Green, Esq.
                                      (By telephone)
                                     Charles L. Tompkins, Esq.
                                      (By telephone)

                  For defendants:   John M. Husband, Esq.
                                      (By telephone)
                                     Toby Hazard, Esq.
                                      (By telephone)

**I
PROCEEDINGS FOR TRIAL**

This matter will proceed to trial as follows:

(A)    Any dispositive motions must be filed by July 1, 2008.  Such motions filed after this date may be subject to a motion to strike. Parties are referred to Local Rule 7.2, which restricts letters to the Court.  Correspondence with the Court should be by motion, except as expressly permitted by the Rule.

(B)    Discovery will be completed by June 1, 2008.  All matters relating to discovery will be referred to the United States Magistrate Judge to whom the case has been assigned.

(C)    A final pretrial conference has been tentatively scheduled for October 23, 2008, at 2:00 P.M.

(D)    Trial has been tentatively scheduled for November 4, 2008, on an on-deck basis. On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E)    This is expected to be a ten-day jury trial.

(F)    The parties have completed their mandatory Rule 26(f) conference and have submitted a Joint Discovery Agreement which the Court accepts.

(G)    Any proposed jury instructions, jury interrogatories, and/or special verdict forms are to be submitted at least three (3) business days before the trial date and must cite to all sources used. In addition, the Court requests that the parties submit such documents to the Chambers on a computer disc that is compatible with WordPerfect version 8.0 or 10.0 or a CD-ROM.

(H)    Exhibits are to be submitted at least ten days prior to trial.

(I)    Any motions or entries for extensions of time must recite the final pretrial date and trial date.

## II
## ORDERING OF TRANSCRIPTS

Any request for daily copy of a trial should be made to the Judge's Court Reporter at the time of the final pretrial conference. Under no circumstances will the Judge allow a daily transcript or an over-night transcript if daily copy is not arranged in advance of trial.

## III
## STATUS REPORTS

It will not be necessary for counsel to advise the Court in writing on the status of this case.

## IV
## ADDITIONAL CONFERENCES

If the need for the Court's assistance arises, counsel may make a joint appointment for additional conferences.

2

**V**
**TRANSFERRAL**

In accordance with Western Division Rule No. 1 and Rule 53, Federal Rules of Civil Procedure, this matter may be transferred to the United States Magistrate Judge for disposition or for him to serve as Master.

SO ORDERED.


Date: November 27, 2007

/s/ S. Arthur Spiegel
S. Arthur Spiegel
United States Senior District Judge

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOMINQUEZ, et al., | ) No. C-05-4824 SC |
| | ) No. C-07-3245 SC |
| Plaintiff, | ) No. C-07-3640 SC   RELATED CASES |
| | ) |
| | ) STATUS CONFERENCE ORDER SETTING |
| -v- | ) TIMES FOR COMPLIANCE WITH CERTAIN |
| | ) RULES OF COURT |
| APARTMENT INVESTMENT, et al. | ) |
| | ) FAILURE TO STRICTLY COMPLY WITH |
| Defendant. | ) EACH PROVISION OF THIS ORDER WILL |
| | ) BE DEEMED SUFFICIENT GROUNDS TO |
| | ) IMPOSE SANCTIONS |
| | ) |

IT IS HEREBY ORDERED THAT:

(1)   This case is set for trial on <u>August 11, 2008</u>, at 9:30 A.M., or as soon thereafter as the court may designate, all counsel having been advised that they must be prepared to go to trial on a trailing basis.   This order shall also apply to all trial continuance dates.

(2)   All discovery shall have been completed and all depositions taken by <u>June 11, 2008</u>, (60) days before the date set for trial.

(3)   The last hearing date for motions, to be noticed in accordance with Civil Local Rule 7-2, is <u>July 11, 2008</u>, at 10:00 A.M.  Counsel should contact the courtroom deputy for an available date prior to noticing any motions for hearing.

1

(4)  All counsel shall meet prior to the pretrial conference to discuss the preparation of a joint pretrial statement and possible settlement of the action. Within one week thereafter, all counsel shall sign and file a written statement briefly summarizing the result of said conference, insofar as possible settlement is concerned.

(5)  A pretrial conference shall be held before the court on August 1, 2008, at 10:00 a.m.  Pursuant to Civil Local Rule 16-10(b), a joint pretrial statement shall be filed not less than ten (10) days prior to said date.  If there is any disagreement as to the wording of the statement, each party may state that party's position in the party's own words.  Therefore, the court directs all parties or their counsel to sign the statement and anticipates that it will be confirmed as the pretrial order.  (Civil Local Rule 16-10(d))

(6)  Not less than ten calendar days prior to the date set for trial, the parties shall:

(a)  serve and file trial briefs;

(b)  submit a list of the witnesses, including expert witnesses, they intend to present and any Daubert challenges (if not presented they will be deemed waived), the order of presentation, and an estimate of testimony time (both direct and cross), and a brief statement as to the content of the witness' testimony.  No witnesses other than those on said list shall be

2

allowed to testify (except upon express order of the court), also
with reference to expert witnesses, FRCP Rule 26 will be adhered to
and applied;

        (c) serve and file statements designating excerpts from
depositions (specifying the witness and page and line references),
from interrogatory answers and from responses to requests for
admission to be offered at the trial other than for impeachment or
rebuttal;

        (d)  exchange copies of all exhibits to be offered and
all schedules, summaries, diagrams and charts to be used at the
trial other than for impeachment or rebuttal.  Upon request, a
party shall make the original or the underlying documents of any
exhibit available for inspection and copying.  Each proposed
exhibit shall be pre-marked for identification in a manner clearly
distinguishing plaintiff from defendant, and a list of exhibits
shall be prepared by each party.

    (7)  (a)  If a jury trial has been demanded, the parties shall
not less than ten days before the date set for trial, lodge with
the court, in duplicate, proposed voir dire questions, a complete
set of proposed jury instructions and verdict form upon which they
have agreed, including all standard instructions regarding the role
of jurors, organization of the jury, communication with the court,
etc.  At the same time, each party shall lodge with the court, in
duplicate, all proposed jury instructions upon which any other

party does not agree, noting the corresponding instruction, if any, being lodged by the other party. Each proposed instruction shall (I) be concise and free from argument; (ii) show the identity of the offering party; (iii) be typewritten in full on separate pages; (iv) be consecutively numbered; and (v) set forth specific citations to supporting authority.

(b)    If a non-jury trial is requested, each party must submit proposed findings of fact and conclusions of law and form of judgment at least ten days before trial.

(8)    Each party shall see to it that all depositions are brought to court on the trial date.

(9)    No provisions of the order may be changed except by order of this court upon its own motion, or upon motion of one or more parties made pursuant to Civil Local Rule 7.

(10)    Failure to strictly comply fully with each and all provisions of this order will be deemed sufficient grounds to impose sanctions, which may include dismissal of the action, dismissal of cross-complaint, dismissal of defenses, or refusal of testimony of witnesses not listed per 6(b) above.

Dated: November 30, 2007

_____
United States District Judge

4

<u>INSTRUCTIONS FOR COMPLETING EXHIBIT MARKERS AND EXHIBIT LIST</u>

<u>EXHIBIT MARKERS</u>

Counsel should fill in the appropriate markers leaving the "Date Entered" and "Deputy Clerk" lines blank.

Plaintiff's exhibits should be denoted as: P-1, P-2, P-3, etc. Defendant's exhibits should be denoted as: D-501, D-502, D-503, etc.

<u>EXHIBIT LIST</u>

Counsel are to supply all the requested information with the exception of the two "Date Boxes."

<u>COLOR OF EXHIBIT BINDERS</u>

Plaintiff's exhibit binders must be black and Defendant's exhibit binders must be blue.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**PLAINTIFF** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**DEFENDANT** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**PLAINTIFF** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**DEFENDANT** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**PLAINTIFF** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**DEFENDANT** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**PLAINTIFF** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**DEFENDANT** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**PLAINTIFF** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**DEFENDANT** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk |
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**PLAINTIFF** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Case No._____<br>**DEFENDANT** Exhibit No._____<br>Date Entered:_____<br>RICHARD W. WIEKING, CLERK<br>By:_____<br>Deputy Clerk |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. _____                DATE _____

_____ vs. _____

EXHIBIT LIST

( ) PLAINTIFF                              ( ) DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |