# EXHIBIT C

## Green, Llezlie

**From:** Green, Llezlie
**Sent:** Thursday, January 10, 2008 11:51 AM
**To:** John M. Husband
**Cc:** 'Thomas E. J. Hazard'; 'Christina Gomez'; Tompkins, Charles; Aziz, Sahar
**Subject:** AIMCO discovery

Dear John:

As you know, we have thus far provided discovery responses on behalf of approximately 75 plaintiffs in our related cases against AIMCO. We expect to produce discovery responses on behalf of an additional 75 plaintiffs tomorrow. We will also begin producing tomorrow documents responsive to your requests. As you likely expected, the plaintiffs have typically have had no or very few responsive documents in their possession. Despite our devotion of significant resources (including several contract attorneys and paralegals) to the task of responding to discovery for the several hundred plaintiffs in this case, we will not be in the position to complete responses for every individual by January 11th.

At this juncture, we can represent with near certainty that, for a number of reasons, these cases will not ultimately involve more than 800 plaintiffs as previously thought. It is our understanding that at least 10 plaintiffs have now affirmatively expressed their intention not to remain in these cases. In addition, we are in the process of determining, based upon our interviews with each plaintiff, which individuals do not appear to have valid claims and whose claims we will therefore not be pursuing. We currently project the total number of plaintiffs will be closer to four or five hundred.

We therefore request an extension until February 11, 2008 to respond to discovery in these cases. In the interest of moving this process forward, we propose providing responses on behalf of at least 30 individuals each week. We would prefer to avoid seeking the courts' intervention. However, to the extent you are not amenable to this proposal, we are prepared to move for extensions of time in each jurisdiction in which there is no stay on written discovery.

We look forward to your response.

-Llezlie


COHEN MILSTEIN
HAUSFELD & TOLL

**Llezlie Lloren Green**
Attorney
d: 202-408-4653

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
t: 202.408.4600
f: 202.408.4699
www.cmht.com