# EXHIBIT D

1

```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

TRAVIS BISHOP, JR.,                )
On behalf of himself and all       ) Docket No. 07 C 3952
others similarly situated,         )
                                   ) Chicago, Illinois
               Plaintiff,          ) January 7, 2008
                                   ) 9:30 a.m.
       v                           )
                                   )
APARTMENT INVESTMENT &             )
MANAGEMENT COMPANY, et al.,        )
                                   )
               Defendants          )


                   TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE ROBERT M. DOW, JR.


PRESENT:

For the Plaintiff:        CAROL V. GILDEN
                          Cohen, Milstein, Hausfeld & Toll PLLC
                          190 South LaSalle Street
                          Suite 1705
                          Chicago, Illinois  60603

                          LLEZLIE L. GREEN
                          Cohen, Milsteon, Hausfeld & Toll PLLC
                          1100 New York Avenue NW
                          Suite 500
                          Washington, DC  20005

For the Defendant:        ROBERT E. SHAPIRO
                          Barack, Ferrazzano, Kirschbaum
                           & Nagelberg LLP
                          200 West Madison Street
                          Suite 3900
                          Chicago, Illinois  60606

Court Reporter:           Lois A. LaCorte
                          219 South Dearborn  Room 1918
                          Chicago, Illinois 60604
                          (312) 435-5558
```

1  produce written discovery on the, I believe that there are
2  approximately 40 plaintiffs in this case, misses the mark on some
3  level because there are in reality --
4            THE COURT:  I do understand the point, and I'm sure
5  what you have said to the MDL panel is whether these -- these are
6  all separate cases, we will grant that --
7            MS. GREEN:  Right.
8            THE COURT:  -- with separate trials, but there is some
9  reason that you should coordinate these for pretrial proceedings.
10 Whether they grant that, I don't know.
11           MR. SHAPIRO:  Your Honor, you will notice the problem
12 that they're raising is not one that involves their clients, it
13 involves this law firm that's decided to file these 22 actions.
14 I'm not aware of any basis that you should just wholesale, I
15 mean, we are willing to accommodate counsel, we have done that up
16 to now, we have extended the dates when they have said they
17 needed more time, but what they're asking you to do is something
18 much more fundamental, not based on the individual actions
19 themselves, but on the law firm's difficulties in responding with
20 respect to the 22 actions that they have filed.
21           They filed this action.  Judge Castillo said it should
22 move along.  We understand now that we are not going to be able
23 to go forward with deposition discovery, but we should at least
24 get the documents, the responses to the written discovery, and
25 the documents that we have requested, and we are willing to work

with counsel on appropriate dates if they have difficulty gathering the documents and things of that sort, just as we would in any case, we will extend appropriate courtesies. But there is no reason to stay the proceeding in the interim, at least with respect to the written discovery.

MS. GREEN: And I'm not sure whether -- there have been a number of conversations that plaintiff's counsel have had with defendant's counsel, and I will admit that I don't know that Mr. Shapiro was involved in those conversations.

MR. SHAPIRO: I was not.

MS. GREEN: But they have been somewhat amenable to extensions. They have indicated, and I believe that January 11 is the current extension deadline that we have agreed upon that they will begin moving to dismiss plaintiffs for failure to prosecute in the event we are unable to produce the discovery by that date.

So the contention that they are willing to provide us extensions and that we will work something out in the meantime might be somewhat overstated in this case.

THE COURT: I can only be concerned about this case and the counsel who are before me. I don't know what's going on in those other cases.

MS. GREEN: That discussion with our opposing counsel would apply to this case. It's the national counsel, Holland & Hart in Denver, that made that representation. I simply wanted

1 to note this in part because I know that Mr. Shapiro may not have
2 been a part of that conversation. Many of our conversations with
3 lead counsel apply to all of the cases, don't necessarily involve
4 the local counsel in every instance.
5 　　　　MR. SHAPIRO: Your Honor, what we have said to them is
6 we believe they have an obligation, Judge Castillo told them they
7 have an obligation, they have an obligation to go forward with
8 respect to this discovery. We said we want these documents, we
9 want responses, and if they don't respond as appropriate, then we
10 will seek further relief, which you would decide upon. If you
11 decide that we are not being reasonable with respect to that, we
12 would probably figure this out in advance, but if you decide we
13 weren't being reasonable, you would deny that motion.
14 　　　　The real question is are they going to respond to
15 discovery or not. This was their case. They filed the case.
16 They filed all of the cases. And all we are asking for is to go
17 forward with the written discovery which has been pending now for
18 about two and a half months, if my calculations are correct, and
19 we ought to go forward with it. Judge Castillo told them to go
20 forward with it. We ought to go forward with it now.
21 　　　　THE COURT: I think I have heard about all I need to
22 hear right now. This is a little more complicated than I had
23 given it credit for, and I appreciate your argument.
24 　　　　I think what I'm going to do is think about this and
25 give you an answer like today or tomorrow. I'm going to go

18

1 through the paper a little bit more and think about it, but you
2 can look tomorrow for a ruling, okay?
3     MS. GILDEN:   Thank you, Judge.
4     MS. GREEN:    We appreciate your time.
5     THE COURT:   Thank you all.
6         *            *            *
7 I certify that the above is a true and correct
8 transcript of proceedings had in the above matter.

_____
Lois A. LaCorte