Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | **PROPOSED ORDER** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

Upon consideration of Plaintiffs' Motion For Extension of Time to Respond to Discovery and the entire record herein, IT IS this ___ day of January, 2008, ORDERED THAT:

1.   Plaintiffs' Motion for An Enlargement of Time To Respond to Discovery is GRANTED; AND;

2. Plaintiffs shall respond to Defendants' First Interrogatories to Plaintiffs, First Requests for Admission to Plaintiffs, and First Requests for Production of Documents to Plaintiffs by February 19, 2008.

Samuel Conti
United States District Judge

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Proposed Order;  Case Nos. 3:07-cv-03640-SC

- 2 -