UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CAMPBELL, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>  Defendants. | Case No. 07-CV-03640 SC<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY<br><br>Date:  February 22, 2008<br>Time:  10:00 a.m.<br>Crtrm:  1, 17th Floor<br>Judge:  Honorable Samuel Conti |

Upon consideration of Plaintiffs' Motion for An Extension of Time to Respond to Discovery and Motion for an Enlargement of Time to File a Motion for an Extension of Time, and being fully advised in the premises, IT IS this ____ day of _____, 2008, by the United States District Court for the Northern District of California, hereby ORDERED THAT:

(1) Plaintiffs' Motion for an Extension of Time to Respond to Discovery is DENIED;

(2) Plaintiffs' Motion for an Enlargement of Time to File a Motion for Extension of Time is DENIED; and

(3) All Plaintiffs who failed to respond to Defendants' written discovery by the January 11, 2008 deadline are hereby dismissed from this case.

_____
Samuel Conti
United States District Judge