Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*.<br><br>Defendants. | Case No. 3:07-cv-03640 - SC<br><br>**STIPULATION AND PROPOSED ORDER TO FILE AN UPDATED DISCOVERY STATUS REPORT PURSUANT TO CIVIL LOCAL RULE 7-11** |

WHEREAS, Plaintiffs filed a Motion for an Enlargement of Time to Respond to Discovery ("Plaintiffs' Motion") on January 17, 2008 and Defendants filed a brief in opposition on January 22, 2008.

WHEREAS, the Court recently vacated the hearing on Plaintiffs motion which had been

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

set for February 22, 2008 and has alerted the parties that it intends to rule based upon the parties' previously submitted briefs in support of and in opposition to Plaintiffs' Motion.

WHEREAS, Plaintiffs seek to provide the Court an update on the status of their responses to discovery, which are the subject of their pending motion, and which Plaintiffs intended to provide the Court at the now-vacated hearing concerning Plaintiffs' Mtion.

WHEREAS, Plaintiffs seek administrative relief under Civil Local Rule 7-11.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. Plaintiffs may submit for this Court's consideration the Updated Discovery Status Report, attached hereto.

Dated: February 21, 2008              COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

                                      By _____/s/_____
                                              Llezlie L. Green

                                      Attorneys for Plaintiffs
                                      Kennith Campbell, et. al.

Dated: February 21, 2008              HOLLAND & HART, LLP

                                      By_____/s/_____
                                              Thomas E.J. Hazard

                                      Attorneys for Defendants
                                      Apartment Investment and Management Company,
                                      AIMCO Properties, L.P., and NHP Management
                                      Company

**IT IS SO ORDERED**

Date:_____                     _____
                                              Honorable Samuel Conti