|   |   |
|---|---|
| 1 | Teresa Demchak, CA Bar No. 123989 |
|   | Laura L. Ho, CA Bar No. 173179 |
| 2 | GOLDSTEIN, DEMCHAK, BALLER, |
|   |    BORGEN & DARDARIAN |
| 3 | 300 Lakeside Drive., Suite 1000 |
|   | Oakland, CA 94612 |
| 4 | (510) 763-9800 (telephone) |
|   | (510) 835-1417 (telefax) |
| 5 | tdemchak@gdblegal.com |
|   | lho@gdblegal.com |
| 6 |   |
|   | Joseph M. Sellers |
| 7 | Charles E. Tompkins |
|   | Llezlie L. Green |
| 8 | COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC |
|   | 1100 New York Avenue, N.W. |
| 9 | Suite 500, West Tower |
|   | Washington, DC 20005 |
| 10 | (202) 408-4600 (telephone) |
|   | (202) 408-4699 (telefax) |
| 11 | jsellers@cmht.com |
|   | ctompkins@cmht.com |
| 12 | lgreen@cmht.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
|---|---|
| Plaintiffs, | **UPDATED DISCOVERY STATUS REPORT** |
| v. |  |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.* |  |
| Defendants. |  |

As this Court recently vacated the hearing on Plaintiffs' Motion for an Enlargement of Time to Respond to discovery, at which time Plaintiffs intended to update the Court on the progress of discovery in this case, Plaintiffs submit the following report.

Plaintiffs hereby notify the Court that they have provided the Defendants verified

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC

Cohen, Milstein, Hausfeld & Toll P.L.L.C. Attorneys At Law

responses to Defendants' Requests for Admissions and Interrogatories on behalf of the following Plaintiffs: Raymond Alvarado, Austin Russell, David Barrios, Leroy Boese, George Bohannon, Edwin Bondoc, Gerver Calderon, Mitchell Cobb, Daniel Cohick, Terry Crow, Roger Daly, Joseph Dominguez, Ramon Estrada, David Geeting, Earnest Harrell, Bill Hernandez, Isaias Lopez, Luis Lopez, Matthew Martin, Jason Mingus, Ranferi Miranda, Mike Peachee, Amador Perez, Alfredo Pineda, Kevin Price, Michael Schilling, Armando Torrez, Robert White, Michael Woods, and Luis Zermeno. *See* Declaration of Llezlie L. Green, attached hereto as Ex. 1.

Plaintiffs have also provided Defendants unverified discovery responses on behalf of the following Plaintiffs: Brian Dean, John Martin, Laurin Mcphee, Jr., Jason Taylor, and Thomas Visage. *See id.* Plaintiffs' Counsel expects to receive shortly the signed verifications of these plaintiffs and upon their receipt will immediately provide verified responses to Defendants. Plaintiffs do not expect the verified responses to materially differ from the previously-served unverified responses. *See id.*

Plaintiffs have been unable to secure discovery responses from the remaining plaintiffs and, accordingly, intend to move to withdraw as their counsel. *See id.* Those plaintiffs are: Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Gregory Goodwin, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Marco Solorzano, Kenneth Terry, and Damian Zenter. *See id.*

Dated:  February 22, 2008          Respectfully submtted,

                                   COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

                                   By _____/s/_____
                                           Llezlie L. Green

                                   Attorneys for Plaintiffs
                                   Kennith Campbell, et. al.

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC                                                                                       - 2 -