# EXHIBIT 1

1  Teresa Demchak, CA Bar No. 123989
   Laura L. Ho, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
3  300 Lakeside Drive., Suite 1000
   Oakland, CA  94612
4  (510) 763-9800 (telephone)
   (510) 835-1417 (telefax)
5  tdemchak@gdblegal.com
   lho@gdblegal.com
6
   Joseph M. Sellers
7  Charles E. Tompkins
   Llezlie L. Green
8  COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC  20005
10 (202) 408-4600 (telephone)
   (202) 408-4699 (telefax)
11 jsellers@cmht.com
   ctompkins@cmht.com
12 lgreen@cmht.com

13
   Attorneys for Plaintiffs
14

15           UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| 19           Plaintiffs, | **DECLARATION OF LLEZLIE L. GREEN** |
| 20  v. | |
| 21  APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| 22           Defendants. | |

24           **<u>DECLARATION OF LLEZLIE L. GREEN</u>**

25       I, Llezlie L. Green, have personal knowledge of the matters described in this declaration.

26 If called to testify regarding these facts, I am competent to do so and would testify as follows:

27       1.    I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld &

28

Toll, PLLC, attorney for Plaintiffs. I make this declaration in support of Plaintiffs' Updated Discovery Status Report.

2. Plaintiffs have provided the Defendants verified responses to Defendants' Requests for Admissions and Interrogatories on behalf of the following Plaintiffs: Raymond Alvarado, Austin Russell, David Barrios, Leroy Boese, George Bohannon, Edwin Bondoc, Gerver Calderon, Mitchell Cobb, Daniel Cohick, Terry Crow, Roger Daly, Joseph Dominguez, Ramon Estrada, David Geeting, Earnest Harrell, Bill Hernandez, Isaias Lopez, Luis Lopez, Matthew Martin, Jason Mingus, Ranferi Miranda, Mike Peachee, Amador Perez, Alfredo Pineda, Kevin Price, Michael Schilling, Armando Torrez, Robert White, Michael Woods, and Luis Zermeno.

3. Plaintiffs have also provided Defendants unverified discovery responses on behalf of the following Plaintiffs: Brian Dean, John Martin, Laurin Mcphee, Jr., Jason Taylor, and Thomas Visage. Plaintiffs' Counsel expects to receive shortly the signed verifications of these plaintiffs and upon their receipt will immediately provide verified responses to Defendants. Plaintiffs do not expect the verified responses to materially differ from the previously-served unverified responses.

4. Plaintiffs have been unable to secure discovery responses from the remaining plaintiffs and, accordingly, intend to move to withdraw as their counsel. Those plaintiffs are: Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Gregory Goodwin, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Marco Solorzano, Kenneth Terry, and Damian Zenter.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 22, 2008         /s/ *Llezlie L. Green*
                                Llezlie L. Green