Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*<br><br>                Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*.<br><br>                Defendants. | Case No. 3:07-cv-03640 - SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO FILE AN UPDATED DISCOVERY STATUS REPORT PURSUANT TO CIVIL LOCAL RULE 7-11** |

WHEREAS, Plaintiffs filed a Motion for an Enlargement of Time to Respond to Discovery ("Plaintiffs' Motion") on January 17, 2008 and Defendants filed a brief in opposition on January 22, 2008.

WHEREAS, the Court recently vacated the hearing on Plaintiffs motion which had been

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

set for February 22, 2008 and has alerted the parties that it intends to rule based upon the parties' previously submitted briefs in support of and in opposition to Plaintiffs' Motion.

WHEREAS, Plaintiffs seek to provide the Court an update on the status of their responses to discovery, which are the subject of their pending motion, and which Plaintiffs intended to provide the Court at the now-vacated hearing concerning Plaintiffs' Mtion.

WHEREAS, Plaintiffs seek administrative relief under Civil Local Rule 7-11.

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. Plaintiffs may submit for this Court's consideration the Updated Discovery Status Report, attached hereto.

Dated: February 21, 2008      COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By _____/s/_____
Llezlie L. Green

Attorneys for Plaintiffs
Kennith Campbell, et. al.

Dated: February 21, 2008      HOLLAND & HART, LLP

By _____/s/_____
Thomas E.J. Hazard

Attorneys for Defendants
Apartment Investment and Management Company,
AIMCO Properties, L.P., and NHP Management Company

**IT IS SO ORDERED**

Date: 2/25/08   _____



Hon. Samuel Conti
Judge Samuel Conti

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC      - 2 -

Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | **UPDATED DISCOVERY STATUS REPORT** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

As this Court recently vacated the hearing on Plaintiffs' Motion for an Enlargement of Time to Respond to discovery, at which time Plaintiffs intended to update the Court on the progress of discovery in this case, Plaintiffs submit the following report.

Plaintiffs hereby notify the Court that they have provided the Defendants verified

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

responses to Defendants' Requests for Admissions and Interrogatories on behalf of the following Plaintiffs: Raymond Alvarado, Austin Russell, David Barrios, Leroy Boese, George Bohannon, Edwin Bondoc, Gerver Calderon, Mitchell Cobb, Daniel Cohick, Terry Crow, Roger Daly, Joseph Dominguez, Ramon Estrada, David Geeting, Earnest Harrell, Bill Hernandez, Isaias Lopez, Luis Lopez, Matthew Martin, Jason Mingus, Ranferi Miranda, Mike Peachee, Amador Perez, Alfredo Pineda, Kevin Price, Michael Schilling, Armando Torrez, Robert White, Michael Woods, and Luis Zermeno. *See* Declaration of Llezlie L. Green, attached hereto as Ex. 1.

Plaintiffs have also provided Defendants unverified discovery responses on behalf of the following Plaintiffs: Brian Dean, John Martin, Laurin Mcphee, Jr., Jason Taylor, and Thomas Visage. *See id.* Plaintiffs' Counsel expects to receive shortly the signed verifications of these plaintiffs and upon their receipt will immediately provide verified responses to Defendants. Plaintiffs do not expect the verified responses to materially differ from the previously-served unverified responses. *See id.*

Plaintiffs have been unable to secure discovery responses from the remaining plaintiffs and, accordingly, intend to move to withdraw as their counsel. *See id.* Those plaintiffs are: Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Gregory Goodwin, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Marco Solorzano, Kenneth Terry, and Damian Zenter. *See id.*

Dated: February 22, 2008        Respectfully submtted,

COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By _____/s/_____
         Llezlie L. Green

Attorneys for Plaintiffs
Kennith Campbell, et. al.

Stipulation and Proposed Order to File an Updated Discovery Status Report Pursuant to Local Rule 7-11; Case No. 3:07-cv-03640-SC          - 2 -

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

# EXHIBIT 1

Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | **DECLARATION OF LLEZLIE L. GREEN** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.* | |
| Defendants. | |

**DECLARATION OF LLEZLIE L. GREEN**

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration. If called to testify regarding these facts, I am competent to do so and would testify as follows:

1. I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld &

Declaration of Llezlie L. Green;  Case No. 3:07-cv-03640-SC

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1  Toll, PLLC, attorney for Plaintiffs. I make this declaration in support of Plaintiffs' Updated

2  Discovery Status Report.

3      2.    Plaintiffs have provided the Defendants verified responses to Defendants'

4  Requests for Admissions and Interrogatories on behalf of the following Plaintiffs: Raymond

5  Alvarado, Austin Russell, David Barrios, Leroy Boese, George Bohannon, Edwin Bondoc,

6  Gerver Calderon, Mitchell Cobb, Daniel Cohick, Terry Crow, Roger Daly, Joseph Dominguez,

7  Ramon Estrada, David Geeting, Earnest Harrell, Bill Hernandez, Isaias Lopez, Luis Lopez,

8  Matthew Martin, Jason Mingus, Ranferi Miranda, Mike Peachee, Amador Perez, Alfredo

9  Pineda, Kevin Price, Michael Schilling, Armando Torrez, Robert White, Michael Woods, and

10 Luis Zermeno.

11     3.    Plaintiffs have also provided Defendants unverified discovery responses on

12 behalf of the following Plaintiffs: Brian Dean, John Martin, Laurin Mcphee, Jr., Jason Taylor,

13 and Thomas Visage. Plaintiffs' Counsel expects to receive shortly the signed verifications of

14 these plaintiffs and upon their receipt will immediately provide verified responses to

15 Defendants. Plaintiffs do not expect the verified responses to materially differ from the

16 previously-served unverified responses.

17     4.    Plaintiffs have been unable to secure discovery responses from the remaining

18 plaintiffs and, accordingly, intend to move to withdraw as their counsel. Those plaintiffs are:

19 Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Gregory Goodwin, Jose

20 Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Marco Solorzano,

21 Kenneth Terry, and Damian Zenter.

22 I declare under penalty of perjury that the foregoing is true and correct.

Date: February 22, 2008            /s/ *Llezlie L. Green*
                                   Llezlie L. Green

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Declaration of Llezlie L. Green;  Case No. 3:07-cv-03640-SC        - 2 -