1  Teresa Demchak, CA Bar No. 123989
   Laura L. Ho, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
3  300 Lakeside Drive., Suite 1000
   Oakland, CA  94612
4  (510) 763-9800 (telephone)
   (510) 835-1417 (telefax)
5  tdemchak@gdblegal.com
   lho@gdblegal.com
6
   Joseph M. Sellers
7  Charles E. Tompkins
   Llezlie L. Green
8  COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC  20005
10 (202) 408-4600 (telephone)
   (202) 408-4699 (telefax)
11 jsellers@cmht.com
   ctompkins@cmht.com
12 lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | **NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | Date: March 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1 |

**NOTICE OF MOTION, MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that on March 7, 2008 at 10:00 a.m. in Courtroom 1 of this Court

located at 450 Golden Gate Avenue, 17th Flr., San Francisco, California, Cohen, Milstein,

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Notice, Motion and Memorandum In Support of Motion to Withdraw as Counsel, Case Nos. 3:07-cv-03640-SC
344788.1 1

Hausfeld, & Toll, P.L.L.C. ("Plaintiffs' Counsel") will and hereby do move for leave of the Court to withdraw their appearance as attorneys for Plaintiffs. This motion is based on this Motion, the memorandum of points and authorities, the Declaration of Llezlie L. Green, and the Proposed Order.

Plaintiffs have conferred with Defendants' counsel who has indicated they do not oppose this motion. Plaintiffs Counsel have been unable to determine if any plaintiffs will oppose this motion, as the motion is based up on the failure of plaintiffs to communicate with counsel.

## ARGUMENT

Pursuant to Local Rule 11-5(a), Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. and Goldstein, Demchak, Baller, Borgen & Dardarian (collectively "Plaintiffs' Counsel") hereby seeks permission of the Court to withdraw its appearance as attorneys for Plaintiffs Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Kenneth Terry, and Damian Zenter. Plaintiffs' Counsel have justifiable cause for withdrawal due to Plaintiffs' lack of communication and cooperation with Plaintiffs' Counsel, and Plaintiffs' Counsel have given these plaintiffs reasonable notice that this lack of communication will result in their withdrawal as counsel.

Plaintiffs motion for leave to withdraw is consistent with the governing rules. Local Rule 11-5(a) provides that "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Local Rule 11-4(a) requires that "[e]very member of the bar of this Court … must (1) [b]e familiar with and comply with the standards of professional conduct required of members of the State Bar of California. Plaintiffs' counsel's request to withdraw under the circumstances presented here is consistent with the Rules of Professional

Notice, Motion and Memorandum In Support of Motion to Withdraw as Counsel, Case Nos. 3:07-cv-03640-SC
344788.1 1
- 2 -

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Conduct.

Rule 3-700 of the Rules of Professional Conduct of the State Bar of California concerns "Termination of Employment," and provides the following:

> (1) If permission for termination of employment is required by the rules of a tribunal, a member shall not withdraw from employment in a proceeding before that tribunal without its permission.
>
> (2) A member shall not withdraw from employment until the member has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other counsel, complying with rule 3-700 (D), and complying with applicable laws and rules.

Rules of Professional Conduct of the State Bar of California, Rule 3-700 (A).

Rule 3-700(C) provides: "a member may not request permission to withdraw in matters pending before a tribunal, and may not withdraw in other matters, unless such request or such withdrawal is because: (1) [t]he client … (d) by other conduct renders it unreasonably difficult for the member to carry out the employment effectively.…"[1] Here, the plaintiffs from whom we seek to withdraw have made it "unreasonably difficult" for counsel to "carry out the employment effectively."

"The courts also have ruled that lack of cooperation by a client with its counsel, including lack of communication, is a sufficient reason for allowing withdrawal.'" *Hallmark Capital Corp. v. Red Rose Collection, Inc.,* No. 96 Civ. 2839, 1997 WL 661146, at *2 (S.D. N.Y. Oct. 21, 1997) (*quoting Fischer v. Biman Bangladesh Airlines*, No. 96 Civ. 3120, 1997 WL

---

[1] Similarly, the American Bar Association (ABA) *Model Rule of Professional Conduct* states:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, *or* if: ... (4) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled.

Model Rules of Professional Conduct Rule § 1.16(b) (1996).

411446, at *2 (S.D. N.Y. Jul. 18, 1997)), & cases cited therein; *see also, e.g.*, *S.E.C. v. Towers Fin. Corp.*, No. 93 Civ. 0744, 1996 WL 288176, at *3 (S.D. N.Y. May 31, 1996) (Peck, M.J.).

  Plaintiffs' Counsel have made repeated attempts to secure responses to discovery served upon these eleven plaintiffs. *See* Declaration of Llezlie L. Green, attached hereto as Ex. A, at ¶¶2-3. Despite their exhaustive efforts, Plaintiffs Counsel have been unable to communicate with these plaintiffs, and, as a result, are no longer able to prosecute their claims. *See id.* In contrast, Plaintiffs have served responses from 35 other plaintiffs.

  A copy of this motion will be sent to each of these twelve plaintiffs by certified mail, return receipt requested, contemporaneously with the motion's submission to the court.

  Accordingly, pursuant to Local Rule 11-5(a), Plaintiffs respectfully seek leave of the Court to withdraw as Counsel for Plaintiffs Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Kenneth Terry, and Damian Zenter.

Dated: February 29, 2008    COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

            By: */s/Llezlie L. Green*

            Attorneys for Plaintiffs
            Joseph Dominguez, et. al.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing Motion for Leave to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such to the following:

Chad Allen Stegeman
Akin Gump Strauss Hauer & Feld
580 California St.
San Francisco, CA 94104
cstegeman@akingump.com

John M. Husband
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202

Melissa Dulski
Richard N. Appel
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue NW
Suite 1000
Washington, DC 20036

And that I served by first class mail, postage pre-paid, the following:

Kenneth Campbell
1066 Palou Avenue
Apartment I
San Francisco, CA 94124

Ernesto Cisneros
4131 Tiberon Dr
Oceanside, CA 92056

Jose Colocho
416 Alida Way
Apt. 220
San Francisco, CA 94080

Cecil Elkins
8224 Twin Oaks Ave.
Citrus Heights, CA 95610

Jose Hernandez
11120 West Van Buren St.
#1043
Avondale, AZ 85323

Joseph Hutton, Sr.
6399 Chesterfield Lane
Reno, NV 89523

1

2  Patrick Moxley
   3572 N. Blythe
3  Fresno, CA 93722

4  Tony Ornelas
   2633 Poso Drive
   Unit F
5  Wasco, CA 93280

6  Alberto Reyes
   3830 International Blvd
7  Apt.#246
   Oakland, CA 94601
8

9  Kenneth Terry
   1417 North Marengo Avenue
   Apt. 1
10 Pasadena, CA 91103

11 Damian Zentner
   3351 Duckhorn Dr.
12 Sacramento, CA 95834

13

14
    Date: February 29, 2008          __    */s/Llezlie L. Green*_____
15                                          Llezlie L. Green
                                            Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
16                                          1100 New York Ave, NW, Suite 500 West Tower
                                            Washington, DC  20005-3964
17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,   Notice, Motion and Memorandum In Support of Motion to Withdraw as Counsel, Case Nos. 3:07-cv-
HAUSFELD & TOLL    03640-SC                                                                              - 6 -
P.L.L.C.           344788.1 1
ATTORNEYS AT LAW