Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

### DECLARATION OF LLEZLIE L. GREEN

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration.

If called to testify regarding these facts, I am competent to do so and would testify as follows:

344866.1 1

1. I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiffs. I make this declaration in support of Plaintiffs' Motion to Withdraw as Counsel.

2. Plaintiffs' counsel have made repeated attempts to communicate with and secure discovery responses from Plaintiffs Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Kenneth Terry, and Damian Zenter. Plaintiffs counsel have attempted to communicate telephonically on at least two occasions (except where phone numbers were disconnected), leaving messages whenever possible. Plaintiffs' Counsel have also sent correspondence to the last known addresses for Plaintiffs Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Kenneth Terry, and Damian Zenter. In an effort to exhaust every measure available to communication with these plaintiffs, Plaintiffs' Counsel conducted an internet search for potential addresses for each plaintiff and mailed correspondence to at least four possible addresses. In this correspondence, plaintiffs were informed that if they failed to communicate and cooperate with counsel, that counsel would seek leave to withdraw, and the plaintiff's claims would likely be dismissed.

3. Despite these effort, Plaintiffs' Counsel have been unable to communicate with and secure discovery responses for Plaintiffs Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Kenneth Terry, and Damian Zenter.

  I declare under penalty of perjury that the foregoing is true and correct.


Date: February 29, 2008            /s/*Llezlie L. Green*
                        Llezlie L. Green