Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

**PROPOSED ORDER**

IMANAGE 348083.1 60230002

Upon consideration of Plaintiffs' Motion to Withdraw As Counsel, and the entire record herein, IT IS this ____ day of March, 2008, by the United States District Court for the Northern District of California, ORDERED THAT:

1. Plaintiffs' Motion to Withdraw as Counsel is GRANTED, and;

2. Plaintiffs are hereby granted leave to withdraw as counsel for: Kenneth Campbell, Ernesto Cisneros, Jose Colocho, Cecil Elkins, Jose Hernandez, Joseph Hutton, Sr., Patrick Moxley, Tony Ornelas, Alberto Reyes, Kenneth Terry, and Damian Zenter.

3. These plaintiffs will now proceed *pro se* and each is responsible for complying with all Court orders and deadlines established by applicable rules.

 

_____
United States District Judge