# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Campbell,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Apartment Investment and Management Company,<br><br>             Defendant(s). | 07-03640 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Robert T. Fries**
> Carter, Carter & Fries
> 44 Montgomery St., Suite 2500
> San Francisco, CA 94108
> 415-989-4800
> rfries@carterfries.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03640 SC MED                                     - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 4, 2008

RICHARD W. WIEKING
Clerk
by:  Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03640 SC MED                                          - 2 -