| | |
|---|---|
| Teresa Demchak, CA Bar No. 123989 | |
| Laura L. Ho, CA Bar No. 173179 | |
| **GOLDSTEIN, DEMCHAK, BALLER,** | |
| **BORGEN & DARDARIAN** | |
| 300 Lakeside Drive., Suite 1000 | |
| Oakland, CA 94612 | |
| (510) 763-9800 (telephone) | |
| (510) 835-1417 (telefax) | |
| tdemchak@gdblegal.com | |
| lho@gdblegal.com | |
| | |
| Joseph M. Sellers (jsellers@cmht.com) | Christopher L. Lebsock |
| Charles E. Tompkins (ctompkis@cmht.com) | CA Bar No. 184546 |
| Llezie L. Green (lgreen@cmht.com | **COHEN, MILSTEIN, HAUSFLED** |
| **COHEN, MILSTEIN, HAUSFELD** | **& TOLL, P.L.L.C.** |
| **& TOLL, P.L.L.C.** | One Embarcadero Center |
| 1100 New York Avenue, NW. | Suite 2440 |
| West Tower, Suite 500 | San Francisco, CA 94111 |
| Washington, DC 2005 | Telephone: (415) 229-2080 |
| Telephone: (202) 408-4600 | Facsimile: (415) 986-3643 |
| Facsimile (202) 408-4699 | (clebsock@cmht.com) |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*, | Case No. **3:07-cv-03640-SC** |
| Plaintiffs, | NOTICE OF APPEARANCE OF CHRISTOPHER L. LEBSOCK |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al.*, | |
| Defendants. | |

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

**NOTICE OF APPEARANCE OF**
**CHRISTOPHER L. LEBSOCK**
**CASE NO. CV-03640-SC**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Christopher L. Lebsock of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. hereby appears as counsel for plaintiffs in this action, and respectfully requests that all pleadings and other documents be served upon Mr. Lebsock as identified below:

>   Christopher L. Lebsock
>   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
>   One Embarcadero Center
>   Suite 2440
>   San Francisco, CA 94111
>   Telephone: (415) 229-2080
>   Facsimile: (415) 986-3643
>   Email: clebsock@cmht.com

Dated: March 6, 2008

By: /s/Christopher L. Lebsock
Christopher L. Lebsock (184546:
clebsock@cmht.com)
**COHEN, MILSTEIN, HAUSFLED & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone: (415) 229-2080
Facsimile:   (415) 986-3643

355378.1 1

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

NOTICE OF APPEARANCE OF
CHRISTOPHER L. LEBSOCK
CASE NO. CV-03640-SC

-2-