1  Teresa Demchak, CA Bar No. 123989
   Laura L. Ho, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
3  300 Lakeside Drive., Suite 1000
   Oakland, CA  94612
4  (510) 763-9800 (telephone)
   (510) 835-1417 (telefax)
5  tdemchak@gdblegal.com
   lho@gdblegal.com
6
   Joseph M. Sellers
7  Charles E. Tompkins
   Llezlie L. Green
8  COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
   1100 New York Avenue, N.W.
9  Suite 500, West Tower
   Washington, DC  20005
10 (202) 408-4600 (telephone)
   (202) 408-4699 (telefax)
11 jsellers@cmht.com
   ctompkins@cmht.com
12 lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | **NOTICE OF MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF GREGORY GOODWIN** |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |
| | Date: March 7, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1 |

**NOTICE OF MOTION, MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF GREGORY GOODWIN**

**PLEASE TAKE NOTICE** that on March 7, 2008 at 10:00 a.m. in Courtroom 1 of this Court

Notice, Motion and Memorandum In Support of Motion to Withdraw as Counsel, Case Nos. 3:07-cv-03640-SC
344788.1 1

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

located at 450 Golden Gate Avenue, 17th Flr., San Francisco, California, Plaintiff Gregory Goodwin will move for voluntary dismissal of his claim. This motion is based on this Motion, the memorandum of points and authorities, the Declaration of Llezlie L. Green, and the Proposed Order.

Plaintiffs have conferred with Defendants' counsel who has indicated they do not oppose this motion.

## ARGUMENT

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Gregory Goodwin, by and through his counsel, moves for voluntarily dismissal of his individual claims without prejudice, with each party to bear its own costs. *See* Declaration of Llezlie L. Green, attached hereto as Ex. A. Defendants will not be prejudiced by this voluntarily dismissal as this litigation is in its early stages and Defendants have not yet responded to discovery concerning Plaintiff Goodwin's claims. *See id*.

Plaintiffs' counsel has conferred with Defendants' counsel who has indicated Defendants do not oppose this motion. *See id*.

Dated: March 6, 2008                COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By: */s/Llezlie L. Green*

Attorneys for Plaintiffs
Joseph Dominguez, et. al.

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C. ATTORNEYS AT LAW

Notice, Motion and Memorandum In Support of Motion for Voluntary Dismissal of Plaintiff Gregory Goodwin, Case Nos. 3:07-cv-03640-SC
344788.1 1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing Motion for Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such to the following:

Chad Allen Stegeman
Akin Gump Strauss Hauer & Feld
580 California St.
San Francisco, CA 94104
cstegeman@akingump.com

John M. Husband
Holland & Hart LLP
555 17th Street
Suite 3200
Denver, CO 80202

Melissa Dulski
Richard N. Appel
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue NW
Suite 1000
Washington, DC 20036

Date: March 6, 2008           __   */s/Llezlie L. Green*_____
                                   Llezlie L. Green
                                   Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                   1100 New York Ave, NW, Suite 500 West Tower
                                   Washington, DC  20005-3964

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

Notice, Motion and Memorandum In Support of Motion for Voluntary Dismissal of Plaintiff Gregory Goodwin, Case Nos. 3:07-cv-03640-SC
344788.1 1

- 3 -