# EXHIBIT A

354975.1 1

Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*.<br><br>    Defendants. | Case No. 3:07-cv-03640 - SC |

**<u>DECLARATION OF LLEZLIE L. GREEN</u>**

354975.1 1                                             1

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration. If called to testify regarding these facts, I am competent to do so and would testify as follows:

1. I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiffs. I make this declaration in support of Plaintiffs' Motion for Voluntarily Dismissal.

2. Plaintiff Gregory Goodwin has requested that counsel seek voluntary dismissal of his claims.

3. Defendants have not yet responded to discovery concerning Plaintiff Goodwin's claims.

4. Plaintiffs' counsel has conferred with Defendants' counsel who has indicated Defendants do not oppose this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 6, 2008                     /s/Llezlie L. Green
                                        Llezlie L. Green