Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.*<br><br>          Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*.<br><br>          Defendants. | Case No. 3:07-cv-03640 - SC |

**PROPOSED ORDER**

IMANAGE 348083.1 60230002

Upon consideration of Plaintiffs' Motion for Voluntary Dismissal of Gregory Goodwin, and the entire record herein, IT IS this __ day of March, 2008, by the United States District Court for the Northern District of California, ORDERED THAT:

1. Plaintiffs' Motion for Voluntarily Dismissal of Plaintiff Gregory Goodwin is GRANTED, AND;

2. Plaintiff Gregory Goodwin is dismissed without prejudice, with each side to bear their own costs.

.

_____
United States District Judge