UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

c-07-3640          SAMUEL CONTI            DATE 3/7/08
Case Number        Judge

Title: KENNETH CAMPBELL, et al.   vs APARTMENT INVESTMENT, et al.

Attorneys: CHRISTOPHER LEBSOCK      CHAD STEGEMAN

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

Proceedings

Plaintiff's Motion to Withdraw as Counsel of Record - Denied

Plaintiff's Motion to Voluntarily Dismiss Plaintiff Gregory Goodwin - Denied.

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____


ORDERED AFTER HEARING: Plaintiff my resubmit the Dismissal Motion once Mr Goodwin signs the Request for Dismissal.


cc: