United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CAMPBELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., and NHP MANAGEMENT INC., <br><br> Defendants. | No. C-07-3640 SC <br><br> ORDER GRANTING MOTION TO EXTEND TIME TO <u>RESPOND TO DISCOVERY</u> |

Plaintiffs' responses to Defendants' requests for written discovery were due on January 18, 2008. On January 11, Plaintiffs moved the Court to enlarge time to file a motion to extend the deadline for those discovery responses ("First Motion"). Docket No. 30. On January 17, Plaintiffs filed their motion to extend the deadline ("Second Motion"). Docket No. 31. Defendants submitted an Opposition to the Second Motion and Plaintiffs submitted a Reply. Docket Nos. 32, 34.

The Second Motion was originally set for hearing on February 22. The Court vacated that hearing and informed the parties it would decide the Second Motion on the papers submitted. Plaintiffs then filed an Updated Discovery Status Report. Docket No. 36-1. According to that report, all but 11 of the Plaintiffs had responded to Defendants' discovery requests. <u>Id.</u> The Court subsequently granted Defendants' motion to dismiss those 11 plaintiffs for failure to prosecute their claims. <u>See</u> Docket No. 43.

1    Because Defendants have received responses to their discovery
2    requests from all remaining Plaintiffs, the Court finds both the
3    First Motion and the Second Motion moot.

5    IT IS SO ORDERED.

7    Dated: May 9, 2008

*[signature: Samuel Conti]*
UNITED STATES DISTRICT JUDGE

2