

Llezlie L. Green
(202) 408-4653
lgreen@cmht.com

July 7, 2008

The Honorable Samuel Conti
United States Senior District Judge
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA  94102

    Re:    *Campbell v. AIMCO* (3:07-cv-03640 -SC); *Dominguez v. AIMCO* (3:07-cv-03245-SC); *Dominguez v. AIMCO* (3:05-cv-04824-SC)

Dear Judge Conti:

    This letter confirms the parties in the above-referenced cases have reached a settlement agreement in principle, which is reflected in an outline written by the mediator.  The parties are presently preparing the final settlement agreement.  Counsel for Defendants have informed us they expect to provide us a draft by Thursday, July 10, 2008.  Assuming we receive the draft from Defendants, we will submit the final document to the Court on Monday, August 11, 2008.

        Very truly yours,

        */s/ Llezlie L. Green*

        Llezlie L. Green