UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CAMPBELL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT, INC.,<br><br>Defendants. | Case No.  07-CV-03640 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS**<br><br>**Hearing Date:  September 5, 2008**<br>**Time:               10:00 a.m.**<br>**Before the Hon. Samuel Conti** |

Upon consideration of Defendants Apartment Investment and Management Company's, AIMCO Properties, L.P.'s, NHP Management Company's, and AIMCO/Bethesda Holdings, Inc.'s (collectively, "Defendants") Motion to Dismiss Certain Plaintiffs and being fully advised in the premises, IT IS HEREBY ORDERED THAT:

The claims asserted by Plaintiffs Patrick Moxley and Damian Zentner are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated:_____, 2008

Samuel Conti
United States District Judge