Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

**DECLARATION OF LLEZLIE L. GREEN**

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration.

If called to testify regarding these facts, I am competent to do so and would testify as follows:

1.     I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiffs.  I make this declaration in support of Plaintiffs' Memorandum In Response to Defendants' Motion to Dismiss Certain Plaintiffs.

2.     Plaintiffs' counsel have made repeated attempts to communicate with Plaintiffs Patrick Moxley and Damian Zentner.  All of their attempts have been unsuccessful.  As a result, Plaintiffs' counsel were unable to secure the plaintiffs' signatures in support of counsel's motion to withdraw.

3.     Plaintiff Moxley and Plaintiff Zentner have not provided responses to discovery requests propounded by Defendants, not nor have they sought discovery from Defendants.

4.     Plaintiff Moxley and Plaintiff Zentner's failure to respond to counsel's repeated efforts to communicate them has prevented counsel from effectively advocating on their behalf in this litigation.

5.     As Plaintiffs' counsel have been unable to communicate with Plaintiffs Moxley and Zentner, it is likely the plaintiffs' have not received notice of Defendants' pending motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.


Date: August 14, 2008                                          /s/*Llezlie L. Green*
                                                                              Llezlie L. Green