Teresa Demchak, CA Bar No. 123989
Laura L. Ho, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive., Suite 1000
Oakland, CA  94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)
tdemchak@gdblegal.com
lho@gdblegal.com

Joseph M. Sellers
Charles E. Tompkins
Llezlie L. Green
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)
jsellers@cmht.com
ctompkins@cmht.com
lgreen@cmht.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNITH CAMPBELL, *et al.* | Case No. 3:07-cv-03640 - SC |
| Plaintiffs, | |
| v. | |
| APARTMENT INVESTMENT AND MANAGEMENT COMPANY, *et al*. | |
| Defendants. | |

### DECLARATION OF LLEZLIE L. GREEN

I, Llezlie L. Green, have personal knowledge of the matters described in this declaration.

If called to testify regarding these facts, I am competent to do so and would testify as follows:

396178.1 1

1. I am an attorney and an associate at the law firm of Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiffs. I make this declaration in support of the parties Joint Motion for Approval of Settlement.

2. The proposed settlement was negotiated at arm's length, with vigorous advocacy from both sides. The parties met in two different in person mediations, one lasting two days, and engaged in numerous additional discussions by telephone. A skilled, experienced mediator, Hunter Hughes, assisted the parties in reaching this agreement.

3. Prior to entering into mediation, Plaintiffs had already decided not to seek class certification of state law claims.

4. Prior to entering into this agreement, Plaintiffs' counsel contacted each participating plaintiff and each provided counsel with authorization for resolution of his or her claims in exchange for payment in the amount set forth in Exhibit A to the settlement.

5. Counsel for Plaintiffs have litigated many employment cases, and are of the opinion that based upon that past experience and the facts and circumstances in this case, that this settlement is fair and in the best interests of the plaintiffs. In addition to avoiding the risks of further litigation, including specifically the risk that plaintiffs would prevail but not recover payment for as many hours as plaintiffs sought, settlement also relieved plaintiffs of other burdens of litigation. Several plaintiffs expressed concern that their absences from their current employment to attend trial would have an adverse impact, with loss of pay for days spent at trial, and potentially loss of jobs if the trial was lengthy, which, given the number of plaintiffs, was possible.

      I declare under penalty of perjury that the foregoing is true and correct.


Date: August 15, 2008                            /s/*Llezlie L. Green*
                                                             Llezlie L. Green

Case 3:07-cv-03640-SC    Document 53-3    Filed 08/15/2008    Page 3 of 3