1  TERESA DEMCHAK, CA Bar No. 123989
   LAURA L. HO, CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER,
       BOREN & DARDARIAN
3  300 Lakeside Dr., Suite 1000
   Oakland, CA  94612, Suite 1000
4  (510) 763-9800 (telephone)
   (510) 835-1417 (telefax)
5
   JOSEPH M SELLERS, *pro hac vice*
6  CHARLES E. TOMPKINS, *pro hac vice*
   LLEZLIE L. GREEN*, pro hac vice*
7  COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
   1100 New York Ave., N.W.
8  West Tower, Suite 500
   Washington, D.C. 20005
9  (202) 408-4600 (telephone)
   (202) 408-4699 (telefax)
10
   STEVEN M PAVSNER
11 JAY P. HOLLAND
   JOSEPH, GREENWALD & LAAKE, P.A.
12 6404 Ivy Lane, Suite 400
   Greenbelt, MD 20770
13 (301) 220-2200 (telephone)
   (301) 220-1214 (telefax)
14
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNITH CAMPBELL, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY,<br><br>Defendants. | Case No. 3:07-CV-03640-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS AND THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT** |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON DEFENDANTS'
MOTION TO DISMISS CERTAIN PLAINTIFFS AND THE PARTIES JOINT MOTION TO
APPROVE SETTLEMENT
CASE NO. 3:07-CV-03640-SC

WHEREAS, Defendants' Motion to Dismiss Certain Plaintiffs is presently set for a hearing before this Court on September 5, 2008, at 10:00am;

WHEREAS, the parties' Joint Motion to Approve Settlement is presently sent for a hearing before this Court on September 19, 2008, at 10:00am;

WHEREAS, the parties agree that consolidating the hearings on the two motions would preserve judicial resources as well as those of the parties;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The hearing on Defendant's Motion to Dismiss Certain Plaintiffs currently scheduled for September 5, 2008, at 10:00am shall be continued and shall instead be held on September 19, 2008, at 10:00am.

Dated: August 27, 2008            COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

By _____/s/_____
        Llezlie L. Green

Attorneys for Plaintiffs
Joseph Dominguez, et. al.

Dated: August 27, 2008            AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
        Chad Stegeman

Attorneys for Defendants
Apartment Investment and Management Company,
AIMCO Properties, L.P., and NHP Management Company

**IT IS SO ORDERED**

Date:_____         _____
                                    Honorable Samuel Conti

2
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON DEFENDANTS'
MOTION TO DISMISS CERTAIN PLAINTIFFS AND THE PARTIES JOINT MOTION TO
APPROVE SETTLEMENT
CASE NO. 3:07-CV-03640-SC