TERESA DEMCHAK, CA Bar No. 123989
LAURA L. HO, CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER,
   BOREN & DARDARIAN
300 Lakeside Dr., Suite 1000
Oakland, CA  94612, Suite 1000
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

JOSEPH M SELLERS, *pro hac vice*
CHARLES E. TOMPKINS, *pro hac vice*
LLEZLIE L. GREEN, *pro hac vice*
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600 (telephone)
(202) 408-4699 (telefax)

STEVEN M PAVSNER
JAY P. HOLLAND
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200 (telephone)
(301) 220-1214 (telefax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNITH CAMPBELL, et. al.<br><br>           Plaintiffs,<br><br>   v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P. and NHP MANAGEMENT COMPANY,<br><br>           Defendants. | Case No. 3:07-CV-03640-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING HEARINGS ON DEFENDANTS' MOTION TO DISMISS CERTAIN PLAINTIFFS AND THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT** |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON DEFENDANTS'
MOTION TO DISMISS CERTAIN PLAINTIFFS AND THE PARTIES JOINT MOTION TO
APPROVE SETTLEMENT
CASE NO. 3:07-CV-03640-SC

WHEREAS, Defendants' Motion to Dismiss Certain Plaintiffs is presently set for a hearing before this Court on September 5, 2008, at 10:00am;

WHEREAS, the parties' Joint Motion to Approve Settlement is presently sent for a hearing before this Court on September 19, 2008, at 10:00am;

WHEREAS, the parties agree that consolidating the hearings on the two motions would preserve judicial resources as well as those of the parties;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

1. The hearing on Defendant's Motion to Dismiss Certain Plaintiffs currently scheduled for September 5, 2008, at 10:00am shall be continued and shall instead be held on September 19, 2008, at 10:00am.

Dated: August 27, 2008        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

                              By _____/s/_____
                                    Llezlie L. Green

                              Attorneys for Plaintiffs
                              Joseph Dominguez, et. al.

Dated: August 27, 2008        AKIN GUMP STRAUSS HAUER & FELD LLP


                              By _____/s/_____
                                    Chad Stegeman

                              Attorneys for Defendants
                              Apartment Investment and Management Company,
                              AIMCO Properties, L.P., and NHP Management
                              Company

**IT IS SO ORDERED**

Date: August 28, 2008         
                              _____
                              Honorable

2
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING HEARINGS ON DEFENDANTS'
MOTION TO DISMISS CERTAIN PLAINTIFFS AND THE PARTIES JOINT MOTION TO
APPROVE SETTLEMENT
CASE NO. 3:07-CV-03640-SC