1

2

3

4

5
UNITED STATES DISTRICT COURT

6
NORTHERN DISTRICT OF CALIFORNIA

7

8
KENNITH CAMPBELL, *et al.*                          Case No. 3:07-cv-03640 - SC

                    Plaintiffs,

9
v.                                                  **ORDER APPROVING
                                                    SETTLEMENT**

10

11
APARTMENT INVESTMENT AND MANAGEMENT
COMPANY, *et al.*

12
                    Defendants.

13

14

15
Upon consideration of the parties' Joint Motion to Approve Settlement and being fully advised

16
in the premises, IT IS HEREBY ORDERED THAT:

17
        The Joint Motion to Approve Settlement is approved.

18

19
        Dated: September 17, 2008

20

21
                                                    _____

22
                                                    Samuel Conti

23
                                                    United States District Judge

24

25

26

27

28